**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____
Eastern District Of Washington
(State)

Case number (*If known*): _____  Chapter 7 ____

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Gold Digger Apples, Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 9 1 – 0 3 4 8 9 8 5 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1220 Ironwood | |
| Number     Street | Number     Street |
| | PO Box 2550 |
| | P.O. Box |
| Oroville     WA     98844 | Oroville     WA     98844 |
| City     State     ZIP Code | City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| OKANOGAN | |
| County | Number     Street |
| | City     State     ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 1 of 141

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>1</u>   <u>1</u>   <u>1</u>   <u>3</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____ When _____ Case number _____
                            MM / DD / YYYY

        District _____ When _____ Case number _____
                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.   Debtor _____ Relationship _____

        District _____ When _____
                            MM / DD / YYYY

        Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other _Cherries, apples, and pears on trees_____

**Where is the property?** _____

Number      Street

_____

_____

City          State    ZIP Code

**Is the property insured?**

☒ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 3 of 141

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5/23/16___
     MM / DD / YYYY

✗ _____
Signature of authorized representative of debtor

Greg Moser
Printed name

Title President

**18. Signature of attorney**

✗ _____
Signature of attorney for debtor

Date ___May 23, 2016___
     MM / DD / YYYY

Dan O'Rourke
Printed name

Southwell & O'Rourke, P.S.
Firm name

421 W. Riverside Avenue, Suite 960
Number    Street

Spokane
City

WA     99201
State     ZIP Code

(509) 624-0159
Contact phone

Email address

4911
Bar number

WA
State

**United States Bankruptcy Court**

**Eastern District of Washington**

In re: GOLD DIGGER APPLES, INC.

Case No. _____
Chapter 11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Greg Moser, declare under penalty of perjury that I am the President of Gold Digger Apples, Inc., a Corporation incorporated in the State of Washington, that on _____, 2016, the following resolution was duly adopted by the Board of Directors of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Greg Moser, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that, Greg Moser, President of this Corporation, is authorized and directed in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that, Greg Moser, President of this Corporation, is authorized and directed to employ Southwell & O'Rourke, P.S. to represent the Corporation in such bankruptcy case."

Executed on: _May 23, 2016_

Signed: _____
GREG MOSER, President

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Washington**

In re:    **Gold Digger Apples, Inc.**

_____
                    **Debtors**

Case No. _____

Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor/s attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:    _5/23/16_____

Signed: _____

Dated:    _____

Signed: _____

```
DAN O'ROURKE
421 W. RIVERSIDE AVENUE, SUITE 960
SPOKANE, WA 99201


GOLD DIGGER APPLES, INC.
PO BOX 2550
OROVILLE, WA 98844


ABBINK, WOLTER
140 PLEASANT VALLEY ROAD
OKANOGAN, WA 98840


AKINS HARVEST FOODS
PO BOX 2450
OROVILLE, WA 98844


ALVARADO ORCHARDS, LLC
PO BOX 528
TONASKET, WA 98855


AMERIGAS-OKANOGAN
PO BOX 7155
PASADENA, CA 91109-7155


ANGELL RANCH, LLC
MICHELE ANDREW AND SHERRILL LEE ANGELL
122 LOOMIS-OROVILLE ROAD
TONASKET, WA 98855


ANOVA WORKS, PLLC
413 NORTH MISSION STREET
WENATCHEE, WA 98801


APPLE HOUSE, INC.
PO BOX 247
BREWSTER, WA 98812


ARMADA
PO BOX 71
OKANOGAN, WA 98840


AUSTIN ORCHARD
1797 HWY 7
OROVILLE, WA 98844
```

AZZANO FARMS
128 MILLER ROAD
OMAK, WA 98841


AZZANO FARMS, LLC
128 MILLER ROAD
OMAK, WA 98841


AZZANO, MIKE AND MEGAN
130 ROSS CANYON ROAD
OMAK, WA 98841


B.J. ORCHARD
24B WEST LAKE ROAD
OROVILLE, WA 98844


BEN PETERSON
246 EASTLAKE ROAD
OROVILLE, WA 98844


BERGH, BOB
100 SOUTH JANIS ROAD
TONASKET, WA 98855


BERGH, GARY D.
PO BOX 292
OROVILLE, WA 98844


BIG RIVER FREIGHT
PO BOX 3445
WENATCHEE, WA 98807


BLACKLER ORCHARD
PO BOX 299
OROVILLE, WA 98844


BLACKLER, PERRY (GDO LEASE)
PO BOX 299
OROVILLE, WA 98844


BLUE LAKE ORCHARD - FLETCHER
140 W. BOUNDARY POINT ROAD
OROVILLE, WA 98844

```
BLUE LAKE ORCHARD - JACK NELSON
140 W. BOUNDARY POINT ROAD
OROVILLE, WA 98844


BLUE LAKE ORCHARD, LLC
140 W. BOUNDARY POINT ROAD
OROVILLE, WA 98844


BLUE LAKE ORCHARD, LLC (CAPITAL LEASE)
140 W. BOUNDARY POINT ROAD
OROVILLE, WA 98844


BLUE LAKE, LLC
ATTN: JACK NELSON AND PHILLIP JOLLY
140 W. BOUNDARY POINT ROAD
OROVILLE, WA 98844


BLUE LAKE/FLETCHER, LLC
140 W. BOUNDARY POINT ROAD
OROVILLE, WA 98844


BOB BERGH
100 SOUTH JANIS ROAD
TONASKET, WA 98855


BONA FORTUNA ENTERPRISES, INC.
C/O PAUL HAMPAUL
2012-20TH STREET N.W.
CALGARY, AB CANADA T2M3V9


CALLAWAY AND DETRO
700-A OKOMA DRIVE
OMAK, WA 98841


CARLTON, DENNIS
11 LEN LOUIS ROAD
OKANOGAN, WA 98840


CED
PO BOX 1766
WENATCHEE, WA 98807


CENTURY LINK
PO BOX 91155
SEATTLE, WA 98111
```

CENTURY LINK BUSINESS SERVICES
PO BOX 52187
PHOENIX, AZ 85072


CH2O INCORPORATED
8820 OLD HWY 99 SE
OLYMPIA, WA 98501


CH2O INCORPORATED
8820 OLD HWY 99 S.E.
OLYMPIA, WA 98501


CHELAN FRESH MARKETING
PO BOX 878
CHELAN, WA 98816


CHELAN FRUIT COOPERATIVE
PO BOX 669
CHELAN, WA 98816


CHEP USA
15226 COLLECTIONS CTR DR
CHICAGO, IL 60693


CHUCK ROOT
34 WOODS ROAD
OMAK, WA 98841


CINTAS CORPORATION #607
PO BOX 650838
DALLAS, TX 75265-0838


CITY OF OROVILLE
PO BOX 2200
OROVILLE, WA 98844


CO-ENERGY
PO BOX 1451
OROVILLE, WA 98844


COMPU TECH
PO BOX 503
WENATCHEE, WA 98807

CONFLUENCE HEALTH
PO BOX 361
WENATCHEE, WA 98807-0361


CORDELL, NEHER & COMPANY
PO BOX 3068
WENATCHEE, WA 98807


COVE ORCHARD, INC.
PO BOX 565
TONASKET, WA 98855


DANA BEHAR, ET. UX.
907 11TH AVENUE EAST
SEATTLE, WA 98102


DATAPRO SOLUTIONS, INC.
6336 E. UTAH AVENUE
SPOKANE VALLEY, WA 99212


DAVID RAMOS
1767 HWY 7
OROVILLE, WA 98844


DENNIS CARLTON
11 LEN LOUIS ROAD
OKANOGAN, WA 98840


DEPARTMENT OF AGRICULTURE
ATTN: ACCOUNTS RECEIVABLE
PO BOX 42591
OLYMPIA, WA 98504-2591


DEPARTMENT OF LICENSING
OKANOGAN COUNTY AUDITOR
PO BOX 1010
OKANOGAN, WA 98840


DISET, TERRY
33429A HWY 97
OROVILLE, WA 98844


DIVERSIFIED FINANCIAL SERVICES
PO BOX 30238
OMAHA, NE 68103-1338

DUANE WARD
32630 A. HWY 97
OROVILLE, WA 98844


ELIAS SANDOVAL
PO BOX 875
OMAK, WA 98841


ELLIPS
PO BOX 601
WENATCHEE, WA 98807


ELLIS BARNES LIVESTOCK CO.
103 LOOMIS HWY
TONASKET, WA 98855


F BAR D DEVON, LTD.
ROCKY DEVON, MANAGING MEMBER
DALE DEVON, MANAGING MEMBER
3499 LOOMIS-OROVILLE ROAD
OROVILLE, WA 98844

FELIPE TORRES
PO BOX 1340
BREWSTER, WA 98812


FERRELLGAS
PO BOX 173940
DENVER, CO 80217-3940


FIVE STAR ORCHARD
2021 HWY 7
OROVILLE, WA 98844


FIVE STAR ORCHARD
2021 HWY 7
OROVILLE, WA 98844


FLATIRON CAPITAL
PO BOX 712195
DENVER, CO 80217


FRESH PEAR COMMITTEE
4382 SE INTERNATIONAL WAY #A
MILWAUKIE, OR 97222

FRONTIER FOODS
PO BOX 2088
OROVILLE, WA 98844

FRUIT PACKERS SUPPLY, INC.
1102 NORTH 16TH AVENUE
YAKIMA, WA 98902

GARRY AND SHIRLEY WILL
PO BOX 178
LOOMIS, WA 98827

GARRY WILL
PO BOX 178
LOOMIS, WA 98827

GARY AZZANO
128 MILLER ROAD
OMAK, WA 98841

GARY BERGH
PO BOX 292
OROVILLE, WA 98844

GEBBERS FARMS
PO BOX 735
BREWSTER, WA 98812

GORDON ROBERTS
PO BOX 233
OROVILLE, WA 98844

GP GRADERS
3721 AIRPORT WAY
WENATCHEE, WA 98802

GRAINGER
DEPT. 810573501
PO BOX 419267
KANSAS CITY, MO 64141

GRAPHIC LABEL, INC.
PO BOX 508
YAKIMA, WA 98907

```
GS1 US INC.
DEPT. 781271
PO BOX 78000
DETROIT, MI 48278


GUTIERREZ ORCHARD/SANTO GUTIERREZ
1159 HWY 7
TONASKET, WA 98855


HAMPAUL, PAUL (GDO HAMPAUL)
2012 - 20TH STREET NW
CALGARY AB, CANADA T2M 3V9


HENDRICK, JERRY
62 O'NEIL ROAD
OROVILLE, WA 98844


IFCO SYSTEMS US, LLC
PO BOX 846041
DALLAS, TX 75284-6041


INLAND EMPIRE INDUSTRIAL SUPPLY
12741 MAGNOLIA AVE., STE 100
RIVERSIDE, CA 92503


JACK NELSON
140 W. BOUNDARY POINT ROAD
OROVILLE, WA 98844


JASON VARGAS
PO BOX 545
OROVILLE, WA 98844


JENNIFER CISNEROS
50 GAVIN ROAD
OROVILLE, WA 98844


JERRY HENDRICK
62 O'NEIL ROAD
OROVILLE, WA 98844


KEVIN THOMPSON
1324 HWY 7 NORTH
OROVILLE, WA 98844
```

KUBOTA CREDIT CORPORATION
PO BOX 894717
LOS ANGELES, CA 90189


LA ONE, INC.
PO BOX 1067
OROVILLE, WA 98844


LA ONE, INC.
STEVE TIBBS
PO BOX 1067
OROVILLE, WA 98844


LA, INC.
PO BOX 1067
OROVILLE, WA 98844


LA, INC.
STEVE TIBBS
PO BOX 1067
OROVILLE, WA 98844


LES SCHWAB
OROVILLE TIRE CENTER
PO BOX 910
OROVILLE, WA 98844


LONG BUSINESS FORMS & GRAPHICS
PO BOX 1299
WENATCHEE, WA 98807


LUNA AND VEGA ORCH, LLC
31758 HWY 97
TONASKET, WA 98855


MAF INDUSTRIES, INC.
PO BOX 218
TRAVER, CA 93673


MAURICIO DEPAZ
PO BOX 1517
TONASKET, WA 98855


MICHAEL C. ORMSBY
US ATTORNEY ED WASHINGTON
920 W. RIVERSIDE AVENUE
SPOKANE, WA 99201

MIGUEL DEPAZ
PO BOX 1178
TONASKET, WA 98855


MIKE AZZANO
130 ROSS CANYON ROAD
OMAK, WA 98841


MOSER ORCHARDS, LLC
GERARD MOSER
369 BLUE LAKE ROAD
OROVILLE, WA 98844


MOSERS' RANCH
PO BOX 172
TONASKET, WA 98855


MRA ORCHARD
DAN AND MARY LOU PETERSON
PO BOX 1685
OROVILLE, WA 98844


NAPA OROVILLE AUTO SUPPLY, INC.
PO BOX 2210
OROVILLE, WA 98844


NELSON, JACK
140 W. BOUNDARY POINT ROAD
OROVILLE, WA 98844


NOBLE WINES LTD
9860 40TH AVENUE S
SEATTLE, WA 98118


NORCO, INC.
PO BOX 15299
BOISE, ID 83715


NORTH CASCADE PROPANE SERVICE
PO BOX 157
TWISP, WA 98856


NORTH CASCADES BROADCASTING
PO BOX 151
OMAK, WA 98841

NORTHWEST BEARING-BDI
PO BOX 17947
DENVER, CO 80217-0947


NORTHWEST WHOLESALE
PO BOX 1649
WENATCHEE, WA 98807


NULTON IRRIGATION
PO BOX 38
OROVILLE, WA 98844


OFFICE DEPOT
PO BOX 70049
LOS ANGELES, CA 70074-0049


OKANOGAN COUNTY PUBLIC HEALTH
PO BOX 231
OKANOGAN, WA 98840


OKANOGAN COUNTY PUBLIC WORKS
1234-A S 2ND
OKANOGAN, WA 98840


OKANOGAN COUNTY PUD #1
PO BOX 1969
OROVILLE, WA 98844


OKANOGAN COUNTY TREASURER
PO BOX 111
OKANOGAN, WA 98840


OKANOGAN VALLEY CONCRETE, INC.
PO BOX 1296
OKANOGAN, WA 98840


OROVILLE BUILDING SUPPLY
PO BOX 447
TONASKET, WA 98855


OROVILLE FARM, LLC
33436 HWY 97
OROVILLE, WA 98844

OROVILLE FARM, LLC
33436 HIGHWAY 97
OSC 8082
OROVILLE, WA 98844


OROVILLE TONASKET IRRIGATION
PO BOX 1729
OROVILLE, WA 98844


OROVILLE TRADING POST
PO BOX 571
OROVILLE, WA 98844


OXARC, INC.
PO BOX 2605
SPOKANE, WA 99220


PACIFIC CA SYSTEMS
1420 INDUSTRIAL WAY
UNION GAP, WA 98903


PARM DHALIWAL
PO BOX 526
OROVILLE, WA 98844


PETERSON ORCHARDS, LLC
1278 HWY 7
OROVILLE, WA 9844


PETERSON ORCHARDS, LLC
BOB PETERSON
1278 HWY 7
OROVILLE, WA 98844


PRINCES DEPARTMENT STORE
PO BOX 1463
OROVILLE, WA 98844


RANES, WAYNE
27 GLOVER LANE
OKANOGAN, WA 98840


ROBERT AND VANESSA MCDANIEL, ET. UX.
PO BOX 87
TONASKET, WA 98855

ROBERT BERGH
100 SOUTH JANIS ROAD
TONASKET, WA 98855


ROBERT S. AND KAREN G. MONROE, ET. UX.
DBA MONROE ORCHARDS
PO BOX 1332
OROVILLE, WA 98844


ROBINSON, LELAND (BOB BERGH RUNNING)
31663 HWY 97 M
TONASKET, WA 98855


ROOT, CHUCK
34 WOODS ROAD
OMAK, WA 98841


S&D ORCHARD
SANTOS GUTIERREZ
1159 HWY 97
TONASKET, WA 98855


S&D ORCHARD
SANTOS GUTIERREZ
1159 HWY 7
TONASKET, WA 98855


SAFETY KLEEN
PO BOX 650509
DALLAS, TX 75265


SANBROS FARMS
ANGADJOT S. SANDHU
PO BOX 1995
OROVILLE, WA 98844


SANBROS FARMS 1
BALRAJ S. SANDHU
PO BOX 1995
OROVILLE, WA 98844


SANTOS ALVAREZ
PO BOX 1412
TONASKET, WA 98855


SHERMAN CREEK ORCHARD
RICH ROBINSON
32 APPLE TREE DRIVE
KETTLE FALLS, WA 99141

```
SHERMAN CREEK ORCHARD
C/O RICH ROBINSON
32 APPLE TREE DRIVE
KETTLE FALLS, WA 99141


SIMILKAMEEN RANCH
DON AND MARY CURTIS
PO BOX 54
OROVILLE, WA 98844


SINCLAIR SYSTEMS INTERNATIONAL
MS 39
PO BOX 4000
PORTLAND, OR 97208


SKAGEN CONSULTING, LLC
423 19TH STREET NE
EAST WENATCHEE, WA 98802


SMITH & NELSON, INC.
PO BOX 565
TONASKET, WA 98855


SPRAGUE PEST MANAGEMENT
PO BOX 2222
TACOMA, WA 98401


STATE OF WASHINGTON
EMPLOYMENT SECURITY DEPARTMENT
UI TAX & WAGE ADMINISTRATION
PO BOX 34949
SEATTLE, WA 98124-1949

STATE OF WASHINGTON
DEPARTMENT OF LABOR & INDUSTRIES
PO BOX 34974
SEATTLE, WA 98124-1974


STATE OF WASHINGTON
DEPARTMENT OF REVENUE
1330 N. WASHINGTON ST. STE 5600
SPOKANE, WA 99207


SYLVESTER, JOHN
102 F. EAST OROVILLE ROAD
OROVILLE, WA 98844


TERRY DISET
33429A HWY 97
OROVILLE, WA 98844
```

THE MOUNTAIN GROUP, LLC
PO BOX 453
CAMP SHERMAN, OR 97730


TIBBS PROTABLE TOILET RENTALS
107 SAWTELL ROAD
OROVILLE, WA 98844


TIMBER PRODUCTS MANUFACTURERS
951 EAST THIRD AVENUE
SPOKANE, WA 99202-2287


TIM'S COUNTRY SAW SHOP
PO BOX 749
TONASKET, WA 98855


TOYOTA INDUSTRIES COMMERCIAL FINANCIAL
DEPT 2431
CAROL STREAM, IL 60132-2431


TOYOTA INDUSTRIES COMMERCIAL FINANCIAL
DEPT. 2431
CAROL STREAM, IL 60132-2431


TPM ADMINISTRATOR
PO BOX 5433
SPOKANE, WA 99205


TRIPLE M FARMS, LLC
369 BLUE LAKE ROAD
OROVILLE, WA 98844


UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19114


UNITED STATES OF AMERICA
LORETTA LYNCH, US ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DISTRICT OF COLUMBIA 20530


UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE
920 W. RIVERSIDE AVENUE 791-S
SPOKANE, WA 99201

```
UPPER VALLEY DISPOSAL
32707 HIGHWAY 97
OROVILLE, WA 98844


US BANK
PO BOX 790401
ST. LOUIS, MO 63179-0401


US BANK BUSINESS CARD
PO BOX 508
TONASKET, WA 98855


VALLEY TRACTOR & EQUIPMENT, INC.
PO BOX 75
WENATCHEE, WA 98807


VAN DOREN SALES, INC.
PO BOX 1746
WENATCHEE, WA 98801


VARGAS, JASON
PO BOX 545
OROVILLE, WA 98844


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266


WARD, DUANE
32630 A HWY 97
OROVILLE, WA 98844


WASHINGTON APPLE COMMISSION
2900 EUCLID AVENUE
WENATCHEE, WA 98801


WASHINGTON FARM BUREAU
975 CARPENTER ROAD NE, STE 301
LACEY, WA 98516


WASHINGTON STATE FRUIT COMM
105 S 18TH ST #205
ATTN: ASSESSMENTS
YAKIMA, WA 98901
```

WEINSTEIN BEVERAGE COMPANY
410 PETER STREET E
WENATCHEE, WA 98801


WESTERN GLOVES, INC.
PO BOX 3752
SPOKANE, WA 99217


WESTERN PETERBILT, INC.
PO BOX 24065
SEATTLE, WA 98124


WHITEAKER, CLYDE
PO BOX 853
OROVILLE, WA 98844


WHITESTONE MOUNTAIN ORCHARD
C/O CHRISTINE LICHTENFELS
9 JUNIPER DRIVE
LANDER, WY 82520


WILBUR-ELLIS COMPANY
PO BOX 675023
DALLAS, TX 75267-5023


WILL, GARY
PO BOX 178
LOOMIS, WA 98827


WILSON, FRANK GEORGE (SANTOS GUTIERREZ)
84 O'NEIL ROAD
OROVILLE, WA 98844


WOLTER ABBINK
140 PLEASANT VALLEY ROAD
OKANOGAN, WA 98840

# United States Bankruptcy Court

## EASTERN DISTRICT OF WASHINGTON

**In re**

**Gold Digger Apples, Inc.**

Case No. _____

**Debtor**

Chapter **11** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ *_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *_____

2. The source of the compensation paid to me was:

   **[X]** Debtor      [ ] Other (specify)      $51,570.18 received for pre-petition services, costs, and filing fee

3. The source of compensation to be paid to me is:

   **[X]** Debtor      [ ] Other (specify)      $400.00 per hour for Dan O'Rourke and $300.00 per hour for Kevin O'Rourke, plus costs.

4. **[X]** I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

e. [Other provisions as needed]

   **Set forth in Fee Agreement**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

5/23/16
_____
*Date*

_____
*Signature of Attorney*

**Southwell & O'Rourke, P.S.**
_____
*Name of law firm*

**Fill in this information to identify the case:**

Debtor name    Gold Digger Apples, Inc.

United States Bankruptcy Court for the:   Eastern District of Washington

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

**1.**   **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 09/01/2015 to 04/30/2016<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other   Sales | $ 21,773,897.00 |
| **For prior year:**   From 09/01/2014 to 08/31/2015<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other   Sales | $ 25,895,580.00 |
| **For the year before that:**   From 09/01/2013 to 08/31/2014<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other   Sales | $ 20,161,561.00 |

**2.**   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 09/01/2015 to 4/30/2016<br>MM / DD / YYYY    MM / DD / YYYY | Other | $ 83,964.00 |
| **For prior year:**   From 09/01/2014 to 08/31/2015<br>MM / DD / YYYY    MM / DD / YYYY | Other | $ 192,636.00 |
| **For the year before that:**   From 09/01/2013 to 08/31/2014<br>MM / DD / YYYY    MM / DD / YYYY | Other | $ 476,856.00 |

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 26 of 141

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $_____ | ☐ Secured debt |
| | Creditor's name | _____ | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City   State   ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | _____ | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City   State   ZIP Code | _____ | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $_____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | _____ |
| | City   State   ZIP Code | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | _____ |
| | City   State   ZIP Code | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 27 of 141

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

[X] None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | _____ | $_____ |
| Street | | | |
| City          State      ZIP Code | | | |
| 5.1. | | | |
| Creditor's name | | _____ | $_____ |
| Street | | | |
| City          State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

[X] None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | _____ | $_____ |
| Street | | | |
| City          State      ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

[X] None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | Name | [ ] Pending |
| Case number | | Street | [ ] On appeal |
| | | City          State      ZIP Code | [ ] Concluded |
| Case title | | Court or agency's name and address | [ ] Pending |
| 7.2. | | Name | [ ] On appeal |
| Case number | | Street | [ ] Concluded |
| | | City          State      ZIP Code | |

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 28 of 141

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | Name |
| | | Street |
| City        State      ZIP Code | **Case number** | |
| | | City        State        ZIP Code |
| | **Date of order or assignment** | |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City        State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| | | | |
| 9.2.  Recipient's name | | _____ | $_____ |
| Street | | | |
| City        State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

| Part 5: | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |

| Part 6: | Certain Payments or Transfers |
| --- | --- |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | Southwell & O'Rourke, P.S. | | See Attachment 1 | $ 36,994.50 |
| | **Address** | | | |
| | 421 W. Riverside Avenue, Suite 960 | | | |
| | Street | | | |
| | Spokane          WA          99201 | | | |
| | City                State        ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City                State        ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |
| | | | $_____ |
| **Trustee** | | | |
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |
| 14.2. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |

| Part 8: | Healthcare Bankruptcies |
|---|---|

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | _____<br>_____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City        State        ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name | _____<br>_____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City        State        ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

16-01783-FPC7   Doc 1   Filed 05/26/16   Entered 05/26/16 09:35:44   Pg 32 of 141

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name _____ Street _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name _____ Street _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ _____ **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ _____ **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 33 of 141

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | _____ | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

16-01783-FPC7      Doc 1      Filed 05/26/16      Entered 05/26/16 09:35:44      Pg 34 of 141

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State      ZIP Code | City          State      ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Kernar Orchards, Inc.
Name
1220 Ironwood
Street

Oroville          WA          98844
City          State          ZIP Code | Orchard property wholly owned subsidiary | EIN: _9_ _1_ – _0_ _8_ _3_ _9_ _4_ _6_ _1_
Dates business existed
From _1968_  To _Present_ |
| 25.2. | Name
Street
City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___
Dates business existed
From _____  To _____ |
| 25.3. | Name
Street
City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___
Dates business existed
From _____  To _____ |

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 35 of 141

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Roni DeVon, In House<br>Name<br>PO Box 2550<br>Street<br><br>Oroville     WA     98844<br>City    State    ZIP Code | From _____ To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2.  <br>Name<br><br>Street<br><br>City    State    ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.   Cordell Neher & Co., Attn: Phillip Blakney<br>Name<br>173 E. Penny Road #1<br>Street<br><br>Wenatchee     WA     98801<br>City    State    ZIP Code | From _____ To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2.  <br>Name<br><br>Street<br><br>City    State    ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   See #26(a)<br>Name<br><br>Street<br><br>City    State    ZIP Code | _____<br>_____<br>_____ |

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 36 of 141

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City                State        ZIP Code | _____ <br> _____ <br> _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.2.  US Bank _____ <br> Name <br> _____ <br> Street <br> _____ <br> City                State        ZIP Code |

| Name and address |
|---|
| 26d.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City                State        ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Cordell Neher & Co. | 08/31/2015 | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City                State        ZIP Code |

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 37 of 141

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name

_____
Street

_____
City        State    ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Exhibit "1" attached | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Miguel Alvarado | PO Box 528, Tonasket, WA 98855 | _____ | From See 2 To 12/2015 |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ <br> Name | _____ | _____ | _____ |
| _____ <br> Street | | _____ | |
| _____ <br> City   State   ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 38 of 141

Debtor    Gold Digger Apples, Inc.                                      Case number (if known)_____
          Name

Name and address of recipient

Name _____

Street _____

City _____ State ___ ZIP Code ___

Relationship to debtor
_____

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer identification number of the parent
                                                        corporation

_____                        EIN:_____-_____-_____-___-___  ___ ___

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

Name of the pension fund                                Employer identification number of the pension fund

_____                        EIN:_____-_____-_____-___-___  ___ ___

**Part 14:     Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by
fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the
information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/23/16
              MM / DD / YYYY

X _____                       Printed name  Greg Moser
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

Attachment
Debtor: Gold Digger Apples, Inc.        Case No:

Attachment 1
    2/25/2016 ($1,922.50); 3/26/16 ($10,072.00; 3/26/16 ($25,000.00 retainer)

Attachment 2
    12/2013

# Common Stock Holders 3/22/2016

<u>**CURRENT MEMBER NAME**</u>　　　　　　　　　　STOCK # STOCK DATE

| # | Name | Stock # | Stock Date | Address | City | State | Zip |
|---|------|---------|-----------|---------|------|-------|-----|
| 1 | Abbink, Wolter | 255 | 12/11/2012 | 140 Pleasant Valley Road | Okanogan | WA | 98840 |
| 2 | Azzano Farms, LLC | 213 | 4/1/2000 | 128 Miller Road | Omak | WA | 98841 |
| 3 | Azzano, Mike & Megan | 266 | 8/26/2014 | 130 Ross Canyon Road | Omak | WA | 98841 |
| 4 | B.J. Orchard | 236 | 10/15/2010 | 24B West Lake Road | Oroville | WA | 98844 |
| 5 | Bergh, Bob | 173 | 12/12/1995 | 100 South Janis Road | Tonasket | WA | 98855 |
| 6 | Bergh, Gary D | 205 | 9/1/1997 | P.O. Box 292 | Oroville | WA | 98844 |
| 7 | Blackler, Perry   (GDO lease) | 44 | 4/30/1958 | P.O. Box 299 | Oroville | WA | 98844 |
| 8 | Blue Lake Orchard - Fletcher | 224 | 2/27/2002 | 140 W Boundary Point Rd | Oroville | WA | 98844 |
| 9 | Blue Lake Orchard - Jack Nelson | 80 | 7/1/1980 | 140 W Boundary Point Rd | Oroville | WA | 98844 |
| 10 | Carlton, Dennis | 239 | 3/31/2011 | 11 Len Louis Road | Okanogan | WA | 98840 |
| 11 | Cove Orchard, Inc. | 261 | 11/20/2013 | P.O. Box 565 | Tonasket | WA | 98855 |
| 12 | Diset, Terry | 151 | 3/22/1990 | 33429A Hwy 97 | Oroville | WA | 98844 |
| 13 | Five Star Orchard | 256 | 5/28/2013 | 2021 Hwy 7 | Oroville | WA | 98844 |
| 14 | Gutierrez Orchard / Santos Gutierrez | 241 | 3/31/2011 | 1159 Hwy 7 | Tonasket | WA | 98855 |
| 15 | Hampaul, Paul - (GDO-Hampaul) | 262 | 11/20/2013 | 2012-20th St N.W. | Calgary | AB, Canada | T2M 3V9 |
| 16 | Hendrick, Jerry | 223 | 11/13/2001 | 62 O'Neil Road | Oroville | WA | 98844 |
| 17 | LA Inc. / Steve Tibbs | 263 | 1/7/2014 | P.O. Box 1067 | Oroville | WA | 98844 |
| 18 | LA One, Inc./Tibbs, Steve | 249 | 3/27/2012 | P.O. Box 1067 | Oroville | WA | 98844 |
| 19 | Moser Orchards LLC / Moser, Gerad | 264 | 4/29/2014 | 369 Blue Lake Road | Oroville | WA | 98844 |
| 20 | Mosers' Ranch | 245 | 12/29/2010 | P.O. Box 172 | Tonasket | WA | 98855 |
| 21 | MRA Orchard / Dan & Mary Lou Peterson | 238 | 3/31/2011 | P.O. Box 1685 | Oroville | WA | 98844 |
| 22 | Nelson, Jack | 176 | 4/11/1995 | 140 W Boundary Point Rd | Oroville | WA | 98844 |
| 23 | Peterson Orchards LLC / Bob Peterson | 240 | 3/31/2011 | 1278 Hwy 7 | Oroville | WA | 98844 |
| 24 | Peterson,Bill  (Santos running) | 201 | 9/1/1997 | 32283C Hwy 97 | Oroville | WA | 98844 |
| 25 | Ranes, Wayne | 246 | 10/5/2011 | 27 Glover Lane | Okanogan | WA | 98840 |
| 26 | Robinson, Leland   (Bob Bergh running) | 172 | 12/12/1995 | 31663 Hwy 97 M | Tonasket | WA | 98855 |
| 27 | Root, Chuck | 216 | 9/11/2000 | 34 Woods Road | Omak | WA | 98841 |
| 28 | S&D Orchard /Santos Gutierrez | 242 | 3/31/2011 | 1159 Hwy 7 | Tonasket | WA | 98855 |
| 29 | Sanbros Farms 1/Balraj S. Sandhu | 260 | 8/31/2013 | P.O. Box 1995 | Oroville | WA | |
| 30 | Sanbros Farms/Angadjot S. Sandhu | 259 | 8/31/2013 | P.O. Box 1995 | Oroville | WA | 98844 |
| 31 | Sherman Creek Orchard | 247 | 10/5/2011 | c/o Rich Robinson 32 Apple Tree Drive | Kettle Falls | WA | 99141 |
| 32 | Similkameen Ranch | 98 | 2/15/1989 | Don & Mary Curtis   P.O. Box 54 | Oroville | WA | 98844 |
| 33 | Smith & Nelson, Inc. | 257 | 6/24/2013 | P.O. Box 565 | Tonasket | WA | 98855 |
| 34 | Sylvester, John | 267 | 8/26/2014 | 102 F East Oroville Road | Oroville | WA | 98844 |
| 35 | Vargas, Jason | 258 | 6/24/2013 | P.O. Box 545 | Oroville | WA | 98844 |
| 36 | Ward, Duane | 136 | 4/1/1993 | 32630 A Hwy 97 | Oroville | WA | 98844 |
| 37 | Whiteaker, Clyde | 233 | 11/30/2005 | P.O. Box 853 | Oroville | WA | 98844 |
| 38 | Whitestone Mountain Orchard | 265 | 4/29/2014 | c/o Christine Lichtenfels 9 Juniper Drive | Lander | WY | 82520 |
| 39 | Will, Gary | 117 | 3/12/1991 | P.O. Box 178 | Loomis | WA | 98827 |
| 40 | Wilson, Frank George (Santos Gutierrez) | 254 | 6/13/2012 | 84 O'Neil Road | Oroville | WA | 98844 |

EXHIBIT __#__1__

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 1,966.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | US Bank | Savings/Checking | ___ ___ ___ ___ | $ 557,128.00 |
| 3.2. | Umpqua | Checking | ___ ___ ___ ___ | $ 40,878.00 |

See Attachment 1: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts
0

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $ _____ |
|---|---|---|
| 4.2. | _____ | $ _____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 615,226.00

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | _____ | $ _____ |
|---|---|---|
| 7.2. | _____ | $ _____ |

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 42 of 141

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Prepaid expenses _____    $ 349,762.00

   8.2. _____    $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                               $ 349,762.00

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |--|--|

11. **Accounts receivable**

    11a. 90 days old or less:  $ _____ − $ _____ = ....→   $ 3,549.00
                               face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:     $ _____ − $ _____ = ....→   $ 0.00
                               face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $ 3,549.00

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |--|--|--|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $ _____

    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1. _____    _____%    _____    $ _____

    15.2. _____    _____%    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $ _____

    16.2. _____    _____    $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                           $ _____

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 43 of 141

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** Other inventory or supplies | MM / DD / YYYY | $_____ | _____ | $ 1,486,036.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 1,486,036.00

**24. Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value  See Attachment 2  Valuation method Cost  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** Investment in growing crops | $_____ | _____ | $ 1,400,000.00 |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) See Attachments 3 & 4 See Attachment 4: Additional Farm Machinery and Equipment | $_____ | _____ | $ 7,962,669.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

16-01783-FPC7  Doc 1  Filed 05/26/16  Entered 05/26/16 09:35:44  Pg 44 of 141

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 9,362,669.00

34. **Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☒ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office Equipment - Included in Machinery | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 45 of 141

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

**49.** **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.    $_____

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 46 of 141

| Debtor | Gold Digger Apples, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 GDO - Northco 285.6 acres | Fee Simple | $_____ | Formal appraisal | $ 3,330,000.00 |
| 55.2 GDO - Cherdon 135.6 acres | Fee Simple | $_____ | Formal appraisal | $ 1,250,000.00 |
| 55.3 GDO - Cook 53.40 acres | Fee simple | $_____ | Formal appraisal | $ 590,000.00 |
| 55.4 GDO - Kernan 494.1 acres | Fee simple | $_____ | Formal appraisal | $ 2,360,000.00 |
| 55.5 GDO - McDougal 43.2 acres | Fee simple | $_____ | Formal appraisal | $ 569,000.00 |
| 55.6 GDO - Nine Mile 36.6 acres | Fee simple | $_____ | Formal appraisal | $ 273,000.00 |

See Attachment 5: Additional Buildings, Improved Real Estate, or Land

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 21,702,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

16-01783-FPC7     Doc 1     Filed 05/26/16     Entered 05/26/16 09:35:44     Pg 47 of 141

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11: All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____ _____ — _____ = ➔ $_____

Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Deferred Income Tax _____ Tax year _____ $ 174,000.00

_____ Tax year _____ $_____

_____ Tax year _____ $_____

**73. Interests in insurance policies or annuities**

_____ $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____ $_____

Nature of claim   _____

Amount requested   $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____ $_____

Nature of claim   _____

Amount requested_   $_____

**76. Trusts, equitable or future interests in property**

_____ $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Investment in other co-ops _____ $ 158,890.00

Investment in subsidiary (Kernan Orchards, Inc.) _____ $ 2,093.00

See Attachment 6: Additional Property Not Already Listed

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. $ 365,769.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

16-01783-FPC7   Doc 1   Filed 05/26/16   Entered 05/26/16 09:35:44   Pg 48 of 141

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $615,226.00 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $349,762.00 | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,549.00 | | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,486,036.00 | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $9,362,669.00 | | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $0.00 | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................. ➔ | | | $21,702,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $365,769.00 | | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $12,183,011.00 | **+** 91b. | $21,702,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... $33,885,011.00

16-01783-FPC7   Doc 1   Filed 05/26/16   Entered 05/26/16 09:35:44   Pg 49 of 141

Attachment 1: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts

    Institution: Cashmere Bank
    Account Type: Checking
    Value: $15,254.00

Attachment 2

    Packing materials at cost

Attachment 3

       (3) 2012 Toyota Forklifts Model 8FGU25, Serial Numbers: 8FGU25-44644, 8FGU25-45403, 8FGU25-45473

Attachment 4: Additional Farm Machinery and Equipment

    Description: (2) 2014 Toyota Forklifts Model 8FGU25, Serial Numbers: 8FGU25-60034, 8FGU25-62728
    Book Value: $50,000.00
    Value: $50,000.00

    Description: Eight Lane, 47 Exit Ellips sorting and grading solution
    Book Value: $350,000.00
    Value: $350,000.00

    Description: (2) RNTL Kubota Model M7040HDNB-1 4WD Narrow Tractor, Serial Numbers: 83346, 83763
    Book Value: $50,000.00
    Value: $50,000.00

    Description: GP Cherry Line Grader
    Book Value: $1,400,000.00
    Value: $1,400,000.00

    Description: (4) 2014 Model 2600 Orchard-Rite Wind Machine w/V10 Ford engine, Serial Numbers: 131265K/KDW07216, 131183K/KDW07228, 131185K/KDW07218, 131186K/KCW07141
    Book Value: $120,000.00
    Value: $120,000.00

    Description: See Exhibit #2
    Book Value:
    Value: $5,917,669.00

Attachment 5: Additional Buildings, Improved Real Estate, or Land

Nature and extent of debtor's interest in property: GDO - Kernan (Hart) 26.5 acres - Fee simple
Net book value of debtor's interest : 1.00+
Valuation method used for current value: Formal appraisal
Value: 1.00+

Nature and extent of debtor's interest in property: GDO - Kernan (60) 49.1 acres - Fee Simple
Net book value of debtor's interest : 1.00+
Valuation method used for current value: Formal appraisal
Value: 1.00+

Nature and extent of debtor's interest in property: GDO - Kernan (70) 67.7 acres - Fee Simple
Net book value of debtor's interest : 1.00+
Valuation method used for current value: Formal appraisal
Value: 1.00+

Nature and extent of debtor's interest in property: GDO - Kernan 350.8 acres (unplanted) - Fee Simple
Net book value of debtor's interest : 1.00+
Valuation method used for current value: Formal appraisal
Value: 1.00+

Nature and extent of debtor's interest in property: Twelve (12) fruit warehouse facilities described on Exhibit #3 to this attachment.
Net book value of debtor's interest : $13,330,000.00
Value: $13,330,000.00

Net book value of debtor's interest : 1.00+
Valuation method used for current value: Formal appraisal
Value: 1.00+

Attachment 6: Additional Property Not Already Listed

Description: Other receivables
Value: $30,786.00

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant: | 001 LAND | | | | | | | | | | |
| Major: | 060 ALL PLANTS | | | | | | | | | | |
| Minor: | 001 PROPERTY | | | | | | | | | | |
| 1100 | OTHER LAND | | 16,235.00 | | | | - | SL | | | 16,235.00 |
| 1102 | *OLG LAND | 9/1/1990 | 72,094.00 | | | | - | SL | | | 72,094.00 |
| 1103 | BN LEASE NO. 500,042 LAND | 7/27/1993 | 192,907.00 | | | | - | | | | 192,907.00 |
| 1104 | BN LEASE NO. 500,033 LAND | 7/27/1993 | 172,601.00 | | | | - | | | | 172,601.00 |
| 1105 | 24' PRIVATE RR CROSSING | 4/21/1992 | 26,558.00 | | 25 | 22,309.56 | 88.53 | SL | 531.18 | 22,840.74 | 3,717.26 |
| 1106 | BNR PROP BETW THORN/PL1 | 6/5/1995 | 96,454.00 | | | | - | | | | 96,454.00 |
| 1108 | LAND FROM BNSF RAILWAY CO | 2/12/2015 | 6,300.00 | | | | - | | | | 6,300.00 |
| Minor: | 001 PROPERTY | Totals | 583,149.00 | | | 22,309.56 | 88.53 | | 531.18 | 22,840.74 | 560,308.26 |
| | | | | | | | | | | | |
| Plant: | 001 LAND | | | | | | | | | | |
| Major: | 060 ALL PLANTS | | | | | | | | | | |
| Minor: | 017 WELL | | | | | | | | | | |
| 1700 | WELL | 8/1/1975 | 887.00 | | 20 | 887.00 | Fully Depr | SL | | 887.00 | |
| 1701 | WELL | 7/1/1960 | 1,226.00 | | 20 | 1,226.00 | Fully Depr | SL | | 1,226.00 | |
| Minor: | 017 WELL | Totals | 2,113.00 | | | 2,113.00 | | | | 2,113.00 | |
| | | | | | | | | | | | |
| Plant: | 001 LAND | | | | | | | | | | |
| Major: | 060 ALL PLANTS | | | | | | | | | | |
| Minor: | 018 LAND IMPROVEMENTS | | | | | | | | | | |
| 1800 | PAVING | 10/1/1976 | 6,710.00 | | 10 | 6,710.00 | Fully Depr | SL | | 6,710.00 | |
| 1801 | PAVING | 9/4/1987 | 12,798.00 | | 10 | 12,798.00 | Fully Depr | SL | | 12,798.00 | |
| 1802 | SUPPLIES-SEWER PROJECT#3 | 8/31/2004 | 4,399.58 | | 10 | 4,399.58 | Fully Depr | SL | | 4,399.58 | |
| Minor: | 018 LAND IMPROVEMENTS | Totals | 23,907.58 | | | 23,907.58 | | | | 23,907.58 | |
| | | | | | | | | | | | |
| Major: | 060 ALL PLANTS | Totals | 609,169.58 | | | 48,330.14 | 88.53 | | 531.18 | 48,861.32 | 560,308.26 |
| | | | | | | | | | | | |
| Plant: | 001 LAND | Totals | 609,169.58 | | | 48,330.14 | 88.53 | | 531.18 | 48,861.32 | 560,308.26 |
| | | | | | | | | | | | |
| Plant: | 002 WHS BLDG & EQUP | | | | | | | | | | |
| Major: | 010 PLANT #1 | | | | | | | | | | |
| Minor: | 002 BUILDINGS | | | | | | | | | | |
| 2101 | BUILDINGS | 9/1/1955 | 4,565.00 | | 40 | 4,565.00 | Fully Depr | SL | | 4,565.00 | |
| 2102 | BUILDING | 9/1/1955 | 50,102.00 | | 50 | 50,102.00 | Fully Depr | SL | | 50,102.00 | |
| 2104 | COVERED AREA | 9/1/1955 | 31,252.00 | | 50 | 31,252.00 | Fully Depr | SL | | 31,252.00 | |
| 2105 | BUILDINGS | 9/1/1956 | 234.00 | | 40 | 234.00 | Fully Depr | SL | | 234.00 | |
| 2106 | ADDITIONS | 9/1/1956 | 1,200.00 | | 50 | 1,200.00 | Fully Depr | SL | | 1,200.00 | |
| 2107 | ADDITIONS | 9/1/1956 | 7,906.00 | | 50 | 7,906.00 | Fully Depr | SL | | 7,906.00 | |
| 2108 | ADDITIONS | 9/1/1958 | 608.00 | | 50 | 608.00 | Fully Depr | SL | | 608.00 | |
| 2109 | BUILDING SLAB | 9/1/1958 | 8,117.00 | | 50 | 8,117.00 | Fully Depr | SL | | 8,117.00 | |
| 2112 | INS. HSE. & PLATFORM | 9/1/1960 | 466.00 | | 35 | 466.00 | Fully Depr | SL | | 466.00 | |
| 2113 | BUILDING | 9/1/1960 | 45,043.00 | | 50 | 45,043.00 | Fully Depr | SL | | 45,043.00 | |
| 2114 | CATWALK | 5/1/1961 | 757.00 | | 44 | 757.00 | Fully Depr | SL | | 757.00 | |
| 2118 | CA CONVERSION | 6/1/1962 | 20,901.00 | | 10 | 20,901.00 | Fully Depr | SL | | 20,901.00 | |
| 2119 | AIR DOORS | 7/1/1962 | 366.00 | | 10 | 366.00 | Fully Depr | SL | | 366.00 | |
| 2120 | CA EQUIPMENT ROOM | 7/1/1962 | 3,057.00 | | 46 | 3,057.00 | Fully Depr | SL | | 3,057.00 | |
| 2121 | AIR DOORS | 8/1/1962 | 812.00 | | 10 | 812.00 | Fully Depr | SL | | 812.00 | |
| 2122 | ROOFING | 9/1/1962 | 3,462.00 | | 15 | 3,462.00 | Fully Depr | SL | | 3,462.00 | |
| 2124 | SHOP | 9/1/1963 | 1,625.00 | | 42 | 1,625.00 | Fully Depr | SL | | 1,625.00 | |

EXHIBIT 2

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2126 | IMPROVEMENT FOR NEW REFRI | 6/1/1964 | 787.00 | | 40 | 787.00 | Fully Depr | SL | | 787.00 | |
| 2127 | IMPROVEMENT F/ NEW REFRIG | 6/1/1964 | 517.00 | | 45 | 517.00 | Fully Depr | SL | | 517.00 | |
| 2129 | TOILET | 6/1/1965 | 134.00 | | 40 | 134.00 | Fully Depr | SL | | 134.00 | |
| 2130 | ENCLOSE PUMP AREA | 8/1/1965 | 2,485.00 | | 40 | 2,485.00 | Fully Depr | SL | | 2,485.00 | |
| 2131 | AIR DUCTS | 8/1/1965 | 140.00 | | 10 | 140.00 | Fully Depr | SL | | 140.00 | |
| 2132 | TOILETS & LUNCHROOM | 5/1/1966 | 898.00 | | 28 | 898.00 | Fully Depr | SL | | 898.00 | |
| 2133 | SHOP ADDITIONS | 5/1/1966 | 510.00 | | 39 | 510.00 | Fully Depr | SL | | 510.00 | |
| 2135 | CA BUILDING | 7/1/1966 | 36,860.00 | | 44 | 36,860.00 | Fully Depr | SL | | 36,860.00 | |
| 2138 | COLD STORAGE | 6/1/1968 | 3,082.00 | | 26 | 3,082.00 | Fully Depr | SL | | 3,082.00 | |
| 2139 | COLD STORAGE ADDITION | 7/1/1968 | 1,171.00 | | 26 | 1,171.00 | Fully Depr | SL | | 1,171.00 | |
| 2140 | ADDITIONS | 5/1/1969 | 481.00 | | 28 | 481.00 | Fully Depr | SL | | 481.00 | |
| 2141 | AIR DUCTS | 7/1/1971 | 2,457.00 | | 23 | 2,457.00 | Fully Depr | SL | | 2,457.00 | |
| 2143 | CONCRETE SLAB | 8/1/1972 | 1,341.00 | | 20 | 1,341.00 | Fully Depr | SL | | 1,341.00 | |
| 2144 | CA CONVERSION | 7/1/1973 | 32,415.00 | | 10 | 32,415.00 | Fully Depr | SL | | 32,415.00 | |
| 2147 | CA ROOM | 8/1/1975 | 8,213.00 | | 10 | 8,213.00 | Fully Depr | SL | | 8,213.00 | |
| 2148 | LOADING PLATFORM | 8/1/1975 | 1,091.00 | | 7 | 1,091.00 | Fully Depr | SL | | 1,091.00 | |
| 2149 | CA CONVERSION | 7/1/1978 | 15,732.00 | | 10 | 15,732.00 | Fully Depr | SL | | 15,732.00 | |
| 2150 | CA BUILDING | 9/1/1979 | 349,264.00 | | 40 | 314,336.68 | 727.63 | SL | 4,365.78 | 318,702.46 | 30,561.54 |
| 2151 | BUILDING SLAB | 10/1/1979 | 4,619.00 | | 40 | 4,146.32 | 9.62 | SL | 57.72 | 4,204.04 | 414.96 |
| 2152 | CA BUILDING | 10/1/1981 | 488,600.00 | | 35 | 459,661.04 | 1,163.33 | SL | 6,979.98 | 466,641.02 | 21,958.98 |
| 2153 | CA CONVERSION | 8/1/1982 | 36,167.00 | | 10 | 36,167.00 | Fully Depr | SL | | 36,167.00 | |
| 2154 | CA CONVERSION (RELIFE) | 8/1/1982 | 23,286.00 | | 10 | 23,286.00 | Fully Depr | SL | | 23,286.00 | |
| 2155 | CA CONVERSION | 11/1/1982 | 5,770.00 | | 10 | 5,770.00 | Fully Depr | SL | | 5,770.00 | |
| 2156 | CA CONVERSION (RELIFE) | 11/1/1982 | 4,122.00 | | 10 | 4,122.00 | Fully Depr | SL | | 4,122.00 | |
| 2157 | LOADING DOCK PLANT 1 | 8/1/1984 | 4,736.00 | | 20 | 4,736.00 | Fully Depr | SL | | 4,736.00 | |
| 2158 | LOADING DOCK PLANT 1 | 9/1/1984 | 5,152.00 | | 20 | 5,152.00 | Fully Depr | SL | | 5,152.00 | |
| 2159 | FIREPROOF 2 CA ROOMS #1 | 9/1/1985 | 22,600.00 | | 20 | 22,600.00 | Fully Depr | SL | | 22,600.00 | |
| 2160 | CISTERN | 10/15/1986 | 381.00 | | 5 | 381.00 | Fully Depr | SL | | 381.00 | |
| 2161 | LOADING DOCK | 8/5/1987 | 13,999.00 | | 7 | 13,999.00 | Fully Depr | SL | | 13,999.00 | |
| Minor: 002 BUILDINGS | | Totals | 1,247,483.00 | | | 1,183,144.04 | 1,900.58 | | 11,403.48 | 1,194,547.52 | 52,935.48 |

Plant: 002 WHS BLDG & EQUP
Major: 010 PLANT #1
Minor: 003 EQUIPMENT

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3007 | LIGHT FIXTURES | 9/1/1959 | 756.00 | | 10 | 756.00 | Fully Depr | SL | | 756.00 | |
| 3021 | 10 HP PUMP | 1/1/1962 | 1,352.00 | | 15 | 1,352.00 | Fully Depr | SL | | 1,352.00 | |
| 3026 | CARBON UNITS | 7/1/1962 | 2,455.00 | | 10 | 2,455.00 | Fully Depr | SL | | 2,455.00 | |
| 3049 | TOWMOTOR 50ZP | 5/1/1966 | 7,987.00 | 500.00 | 10 | 7,487.00 | Fully Depr | SL | | 7,487.00 | 500 |
| 3057 | USED BAKER COIL | 6/1/1968 | 3,328.00 | | 10 | 3,328.00 | Fully Depr | SL | | 3,328.00 | |
| 3064 | DPA TREATER | 7/1/1971 | 7,680.00 | | 10 | 7,680.00 | Fully Depr | SL | | 7,680.00 | |
| 3065 | TOWMOTOR TS0 SN55340 | 7/1/1971 | 10,985.00 | 1,000.00 | 10 | 9,985.00 | Fully Depr | SL | | 9,985.00 | 1,000.00 |
| 3067 | TRACTOR BLADE | 9/1/1971 | 246.00 | | 10 | 246.00 | Fully Depr | SL | | 246.00 | |
| 3079 | HEATING PLANT | 8/1/1975 | 3,304.00 | | 7 | 3,304.00 | Fully Depr | SL | | 3,304.00 | |
| 3081 | DPA FLOOD UNIT #259FO | 8/1/1975 | 7,472.00 | | 7 | 7,472.00 | Fully Depr | SL | | 7,472.00 | |
| 3086 | DUMPER | 9/1/1975 | 15,652.00 | | 15 | 15,652.00 | Fully Depr | SL | | 15,652.00 | |
| 3087 | C B RADIOS (FOUR) | 9/1/1976 | 1,621.00 | | 5 | 1,621.00 | Fully Depr | SL | | 1,621.00 | |
| 3088 | MINIVEIL INVISIBLE DOOR | 9/1/1976 | 1,917.00 | | 12 | 1,917.00 | Fully Depr | SL | | 1,917.00 | |
| 3090 | TETROL GENERATORS (TWO) | 9/1/1977 | 1,728.00 | | 10 | 1,728.00 | Fully Depr | SL | | 1,728.00 | |
| 3091 | GLYCEL CONDENSOR | 12/1/1979 | 3,850.00 | | 7 | 3,850.00 | Fully Depr | SL | | 3,850.00 | |
| 3093 | CHATILLON SCALES (TWO) | 1/1/1981 | 1,197.00 | | 5 | 1,197.00 | Fully Depr | SL | | 1,197.00 | |
| 3094 | 4000 WATT ALTERNATOR | 8/1/1981 | 753.00 | | 7 | 753.00 | Fully Depr | SL | | 753.00 | |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3095 | WELL PUMP | 10/1/1981 | 2,030.00 | | 7 | 2,030.00 | Fully Depr | SL | | 2,030.00 | |
| 3096 | MOTOROLLA RADIOS (THREE) | 10/1/1981 | 4,287.00 | | 5 | 4,287.00 | Fully Depr | SL | | 4,287.00 | |
| 3100 | LINE STRIPER | 8/1/1982 | 209.00 | | 3 | 209.00 | Fully Depr | SL | | 209.00 | |
| 3101 | DOCK LEVELERS - PLANT #1 | 8/1/1984 | 1,799.00 | | 10 | 1,799.00 | Fully Depr | SL | | 1,799.00 | |
| 3107 | (1)GP300 HAND RADIOS/ATCH | 8/1/1992 | 850.00 | | 5 | 850.00 | Fully Depr | SL | | 850.00 | |
| 3108 | PORT.RADIOS 402ATYB604 | 2/8/1994 | 899.00 | | 5 | 899.00 | Fully Depr | SL | | 899.00 | |
| 3110 | PORT.RADIOS 402ATYB605 | 2/8/1994 | 898.00 | | 5 | 898.00 | Fully Depr | SL | | 898.00 | |
| 3111 | PORT.RADIOS 402ATYB606 | 2/8/1994 | 898.00 | | 5 | 898.00 | Fully Depr | SL | | 898.00 | |
| 3112 | TLP2044 THRML PRTR REFURB | 1/22/1997 | 3,193.00 | | 7 | 3,193.00 | Fully Depr | SL | | 3,193.00 | |
| 3113 | HT1000 PORTABLE RADIO1774 | 9/1/1994 | 963.00 | | 5 | 963.00 | Fully Depr | SL | | 963.00 | |
| 3114 | GP300 174FUN0320 RADIO | 9/7/1994 | 790.00 | | 7 | 790.00 | Fully Depr | SL | | 790.00 | |
| 3115 | GP300 174FUN0319 RADIO | 9/7/1994 | 790.00 | | 7 | 790.00 | Fully Depr | SL | | 790.00 | |
| 3116 | M120 799TUJD115 RADIO | 9/7/1994 | 497.00 | | 7 | 497.00 | Fully Depr | SL | | 497.00 | |
| 3117 | M120 799TUJD061 RADIO | 9/7/1994 | 497.00 | | 7 | 497.00 | Fully Depr | SL | | 497.00 | |
| 3120 | FLOOR SCRUBBER | 7/5/1996 | 8,315.00 | | 3 | 8,315.00 | Fully Depr | SL | | 8,315.00 | |
| 3121 | MOBLE RADIO/2 PORTABLES | 1/1/1997 | 3,479.00 | | 5 | 3,479.00 | Fully Depr | SL | | 3,479.00 | |
| 3122 | MANLIFT | 8/31/1997 | 9,342.00 | 100.00 | 10 | 9,242.00 | Fully Depr | SL | | 9,242.00 | 100 |
| 3123 | 2 VHF PORTABLE RADIOS | 3/21/1998 | 2,027.00 | | 5 | 2,027.00 | Fully Depr | SL | | 2,027.00 | |
| Minor: | 003 EQUIPMENT | Totals | 114,046.00 | 1,600.00 | | 112,446.00 | | | | 112,446.00 | 1,600.00 |

Plant: 002 WHS BLDG & EQUP
Major: 010 PLANT #1
Minor: 005 C A EQUIPMENT

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5001 | CA PUMP | 1/1/1963 | 371.00 | | 10 | 371.00 | Fully Depr | SL | | 371.00 | |
| 5003 | CA EQUIPMENT | 11/1/1966 | 11,985.00 | | 10 | 11,985.00 | Fully Depr | SL | | 11,985.00 | |
| 5004 | COLD STORAGE EQUIPMENT | 8/1/1975 | 55,626.00 | | 8 | 55,626.00 | Fully Depr | SL | | 55,626.00 | |
| 5005 | CA EQUIPMENT | 9/1/1977 | 10,470.00 | | 10 | 10,470.00 | Fully Depr | SL | | 10,470.00 | |
| 5006 | TECTROL UNITS | 7/1/1979 | 12,000.00 | | 10 | 12,000.00 | Fully Depr | SL | | 12,000.00 | |
| 5007 | C A EQUIPMENT | 10/1/1979 | 75,351.00 | | 10 | 75,351.00 | Fully Depr | SL | | 75,351.00 | |
| 5008 | C A EQUIPMENT (RELIFE) | 10/1/1979 | 9,155.00 | | 6 | 9,155.00 | Fully Depr | SL | | 9,155.00 | |
| 5009 | AMMONIA DETECTOR | 12/31/1987 | 10,159.00 | | 7 | 10,159.00 | Fully Depr | SL | | 10,159.00 | |
| 5010 | NIT.GEN.MODEL7201SER#9507 | 1/29/1996 | 88,498.00 | | 7 | 88,498.00 | Fully Depr | SL | | 88,498.00 | |
| 5011 | NITROGEN GENERATOR | 9/10/1996 | 134,466.00 | | 7 | 134,466.00 | Fully Depr | SL | | 134,466.00 | |
| 5012 | NITROGEN GEN MODEL 7201 | 9/26/2001 | 48,312.40 | | 7 | 48,312.40 | Fully Depr | SL | | 48,312.40 | |
| Minor: | 005 C A EQUIPMENT | Totals | 456,393.40 | | | 456,393.40 | | | | 456,393.40 | |

Plant: 002 WHS BLDG & EQUP
Major: 010 PLANT #1
Minor: 007 REFRIGERATION EQUIP

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7000 | REFRIGERATOR EQUIPMENT | 9/1/1960 | 26,092.00 | | 15 | 26,092.00 | Fully Depr | SL | | 26,092.00 | |
| 7001 | REFRIGERATION | 7/1/1964 | 53,313.00 | | 15 | 53,313.00 | Fully Depr | SL | | 53,313.00 | |
| 7002 | REFRIGERATION COIL & FAN | 5/1/1965 | 1,790.00 | | 10 | 1,790.00 | Fully Depr | SL | | 1,790.00 | |
| Minor: | 007 REFRIGERATION EQUIP | Totals | 81,195.00 | | | 81,195.00 | | | | 81,195.00 | |
| Major: | 010 PLANT #1 | Totals | 1,899,117.40 | 1,600.00 | | 1,833,178.44 | 1,900.58 | | 11,403.48 | 1,844,581.92 | 54,535.48 |

Plant: 002 WHS BLDG & EQUP
Major: 020 PLANT #2
Minor: 002 BUILDINGS

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2200 | BUILDING - PLANT 2 | 8/1/1975 | 189,484.00 | | 30 | 189,484.00 | Fully Depr | SL | | 189,484.00 | |
| 2201 | CONCRETE SLAB | 6/1/1976 | 11,970.00 | | 20 | 11,970.00 | Fully Depr | SL | | 11,970.00 | |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2202 | CISTERN | 8/1/1986 | 21,199.00 | | 20 | 21,199.00 | Fully Depr | SL | | 21,199.00 | |
| 2203 | REFRIG PLANT II - PAY.TAX | 10/30/1987 | 33,421.00 | | 32 | 28,754.85 | 87.03 | SR | 522.18 | 29,277.03 | 4,143.97 |
| 2204 | CA CONV 2A/2B 1/10-8/3189 | 9/1/1989 | 131,864.00 | | 20 | 131,864.00 | Fully Depr | SL | | 131,864.00 | |
| 2205 | REFRIG CONVERSION 7/27/89 | 9/1/1989 | 36,203.00 | | 10 | 36,203.00 | Fully Depr | SL | | 36,203.00 | |
| 2206 | TRAYFILL ELECTRICAL 8/89 | 9/1/1989 | 52,592.00 | | 10 | 52,592.00 | Fully Depr | SL | | 52,592.00 | |
| 2207 | NITROGEN TANK PLATFORM | 9/1/1990 | 2,469.00 | | 20 | 2,469.00 | Fully Depr | SL | | 2,469.00 | |
| 2208 | VESSEL BUILDINGS #2 | 1/5/1991 | 957.00 | | 20 | 957.00 | Fully Depr | SL | | 957.00 | |
| 2209 | CA RENOVATION PLANT #2 | 8/31/1991 | 68,702.00 | | 20 | 68,702.00 | Fully Depr | SL | | 68,702.00 | |
| 2210 | PLANT 2 ROOF REPAIR | 12/14/2004 | 6,705.47 | | 10 | 6,705.47 | Fully Depr | SL | | 6,705.47 | |
| Minor: 002 BUILDINGS | | Totals | 555,566.47 | | | 550,900.32 | 87.03 | | 522.18 | 551,422.50 | 4,143.97 |

Plant: 002 WHS BLDG & EQUP
Major: 020 PLANT #2
Minor: 003 EQUIPMENT

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3000 | CATALYST BED | 8/1/1975 | 223.00 | | 5 | 223.00 | Fully Depr | SL | | 223.00 | |
| 3001 | OXYGEN BURNER | 8/1/1975 | 5,297.00 | | 7 | 5,297.00 | Fully Depr | SL | | 5,297.00 | |
| 3003 | DRIVE THRU DRENCHER | 9/1/1990 | 44,224.00 | | 10 | 44,224.00 | Fully Depr | SL | | 44,224.00 | |
| 3004 | 386SX-25 S/N | 6/8/1993 | 1,392.00 | | 5 | 1,392.00 | Fully Depr | SL | | 1,392.00 | |
| 3005 | HOT-WATER WASHER | 9/1/1995 | 4,706.00 | | 5 | 4,706.00 | Fully Depr | SL | | 4,706.00 | |
| 3008 | STOOLS FOR WAREHOUSE | 6/24/1996 | 338.00 | | 5 | 338.00 | Fully Depr | SL | | 338.00 | |
| 3009 | WAREHOUSE VACUUM | 6/24/1996 | 325.00 | | 5 | 325.00 | Fully Depr | SL | | 325.00 | |
| 3010 | STOOLS CHERRY LINE | 7/14/1997 | 606.00 | | 5 | 606.00 | Fully Depr | SL | | 606.00 | |
| 3011 | PICNIC TABLES CHERRY LINE | 7/18/1997 | 516.00 | | 5 | 516.00 | Fully Depr | SL | | 516.00 | |
| 3018 | RECOND 50-TON CHILLER BOX | 7/1/2002 | 12,922.76 | | 5 | 12,922.76 | Fully Depr | SL | | 12,922.76 | |
| Minor: 003 EQUIPMENT | | Totals | 70,549.76 | | | 70,549.76 | | | | 70,549.76 | |

Plant: 002 WHS BLDG & EQUP
Major: 020 PLANT #2
Minor: 005 C A EQUIPMENT

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5000 | CA EQUIPMENT | 8/1/1975 | 4,858.00 | | 5 | 4,858.00 | Fully Depr | SL | | 4,858.00 | |
| 5001 | AMONIA DETECTOR | 8/1/1975 | 4,621.00 | | 8 | 4,621.00 | Fully Depr | SL | | 4,621.00 | |
| 5002 | USED SCRUBBER 3/6/89 | 9/1/1989 | 15,050.00 | | 7 | 15,050.00 | Fully Depr | SL | | 15,050.00 | |
| 5003 | CA EQUIPMENT #2 | 10/1/1990 | 1,124.00 | | 5 | 1,124.00 | Fully Depr | SL | | 1,124.00 | |
| 5004 | SULLAIR 60 HP ROTARY COMP | 7/17/2009 | 10,775.39 | | 5 | 10,775.39 | Fully Depr | SL | | 10,775.39 | |
| Minor: 005 C A EQUIPMENT | | Totals | 36,428.39 | | | 36,428.39 | | | | 36,428.39 | |
| Major: 020 PLANT #2 | | Totals | 662,544.62 | | | 657,878.47 | 87.03 | | 522.18 | 658,400.65 | 4,143.97 |

Plant: 002 WHS BLDG & EQUP
Major: 030 PLANT #3
Minor: 002 BUILDINGS

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3000 | *LOADING RAMP | 2/1/1984 | 10,384.00 | | 12 | 10,384.00 | Fully Depr | SL | | 10,384.00 | |
| 3001 | *OFFICE/LUNCHROOM | 8/1/1989 | 34,275.00 | | 30 | 29,801.00 | 95.21 | SL | 571.26 | 30,372.26 | 3,902.74 |
| 3002 | *SLABS | 8/1/1989 | 45,272.00 | | 20 | 45,272.00 | Fully Depr | SL | | 45,272.00 | |
| 3003 | *E COLD STORAGE & CA | 8/1/1989 | 294,767.00 | | 30 | 256,285.00 | 818.80 | SL | 4,912.80 | 261,197.80 | 33,569.20 |
| 3004 | *W COLD STORAGE & CA | 8/1/1989 | 425,727.00 | | 30 | 370,148.00 | 1,182.58 | SL | 7,095.48 | 377,243.48 | 48,483.52 |
| 3005 | *CA BUILDING | 8/1/1989 | 366,888.00 | | 30 | 318,988.00 | 1,019.13 | SL | 6,114.78 | 325,102.78 | 41,785.22 |
| 3006 | *COVERED AREA | 8/1/1989 | 97,256.00 | | 20 | 97,256.00 | Fully Depr | SL | | 97,256.00 | |
| 3007 | *CA CONVERSION | 10/1/1989 | 328,255.00 | | 20 | 328,255.00 | Fully Depr | SL | | 328,255.00 | |
| 3008 | CHAIN LINK FENCE | 9/1/1990 | 1,105.00 | | 7 | 1,105.00 | Fully Depr | SL | | 1,105.00 | |
| 3009 | LOADING PIT | 10/7/1990 | 27,542.00 | | 25 | 27,451.19 | Fully Depr | SL | 90.81 | 27,542.00 | |

# GOLD DIGGER APPLES, INC.
## Depreciation Master List
### Book

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3010 | SHIPPING OFFICE #3 | 1/5/1991 | 1,152.00 | | 20 | 1,152.00 | Fully Depr | SL | | 1,152.00 | |
| 3011 | SHIPPING ENCL & DOCK | 7/1/1992 | 22,142.00 | | 25 | 20,519.18 | 73.81 | SL | 442.86 | 20,962.04 | 1,179.96 |
| 3012 | EDGE OF DOCK LEVELER | 8/5/1994 | 1,154.00 | | 7 | 1,154.00 | Fully Depr | SL | | 1,154.00 | |
| 3013 | COMPUTERIZED CA ALL PLANT | 7/1/1994 | 162,703.00 | | 10 | 162,703.00 | Fully Depr | SL | | 162,703.00 | |
| 3014 | CA ROOM 301 & 302 DIVISON | 11/30/1997 | 24,411.00 | | 10 | 24,411.00 | Fully Depr | SL | | 24,411.00 | |
| 3015 | MAJOR ROOF/BLDG IMPROVE. | 9/1/1999 | 33,570.64 | | 15 | 33,570.64 | Fully Depr | SL | | 33,570.64 | |
| 3016 | CA ROOM DOORS - OSHA | 5/3/2000 | 9,948.70 | | 7 | 9,948.70 | Fully Depr | SL | | 9,948.70 | |
| 3017 | SHUT OFF VALVES - OSHA | 5/17/2000 | 6,204.22 | | 7 | 6,204.22 | Fully Depr | SL | | 6,204.22 | |
| 3018 | COALESCING FILTER ELEMENT | 6/30/2000 | 3,019.85 | | 7 | 3,019.85 | Fully Depr | SL | | 3,019.85 | |
| 3019 | PACK LINE CORNER OFFICE | 3/1/2001 | 4,412.23 | | 12 | 4,412.23 | Fully Depr | SL | | 4,412.23 | |
| 3020 | EMPTY BIN ROOM PL 3 | 8/31/2001 | 4,859.28 | | 10 | 4,859.28 | Fully Depr | SL | | 4,859.28 | |
| 3021 | SHIPPING BREEZE WAY | 8/7/2007 | 5,197.35 | | 5 | 5,197.35 | Fully Depr | SL | | 5,197.35 | |
| 3022 | PLANT 3 TPO ROOF | 4/8/2011 | 11,708.11 | | 39 | 1,326.06 | 25.02 | SL | 150.12 | 1,476.18 | 10,231.93 |
| 3023 | PLANT 3 ROOFING | 8/31/2012 | 26,856.65 | | 10 | 8,280.97 | 223.81 | SL | 1,342.86 | 9,623.83 | 17,232.82 |
| 3024 | PLANT 3 ROOFING | 1/14/2012 | 4,120.00 | | 10 | 1,167.22 | 34.33 | SL | 205.98 | 1,373.20 | 2,746.80 |
| Minor: | 002 BUILDINGS | Totals | 1,952,930.03 | | | 1,772,870.89 | 3,472.69 | | 20,926.95 | 1,793,797.84 | 159,132.19 |

Plant:  002 WHS BLDG & EQUP
Major:  030 PLANT #3
Minor:  003 EQUIPMENT

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3021 | *COMPRESSOR REPAIR | 9/1/1986 | 3,952.00 | | 2 | 3,952.00 | Fully Depr | SL | | 3,952.00 | |
| 3026 | MOT.MOB.RAD. #778TSYC781 | 5/1/1993 | 651.00 | | 5 | 651.00 | Fully Depr | SL | | 651.00 | |
| 3028 | 386DX-33 S/N UP GRADE | 12/26/1996 | 2,728.00 | | 5 | 2,728.00 | Fully Depr | SL | | 2,728.00 | |
| 3032 | I-O 2677C TERM. - SHIPPNG | 4/21/1995 | 775.00 | | 5 | 775.00 | Fully Depr | SL | | 775.00 | |
| 3033 | FOUR FM RADIOS | 8/31/1995 | 3,346.00 | | 5 | 3,346.00 | Fully Depr | SL | | 3,346.00 | |
| 3034 | 94-95 MAJOR REPAIR W/H | 8/31/1995 | 25,834.00 | | 5 | 25,834.00 | Fully Depr | SL | | 25,834.00 | |
| 3035 | SHIPPING OFFICE FAX | 8/31/1995 | 2,616.00 | | 5 | 2,616.00 | Fully Depr | SL | | 2,616.00 | |
| 3037 | 3 PORTABLE RADIOS | 9/1/1996 | 2,863.00 | | 3 | 2,863.00 | Fully Depr | SL | | 2,863.00 | |
| 3038 | PORT. RADIO & CHARGER | 11/12/1996 | 963.00 | | 5 | 963.00 | Fully Depr | SL | | 963.00 | |
| 3039 | RADIOS 3 40WT/3VHF 5WAT | 9/10/1997 | 3,848.00 | | 3 | 3,848.00 | Fully Depr | SL | | 3,848.00 | |
| 3041 | DWALT TAPE UNIT | 8/31/1997 | 807.00 | | 5 | 807.00 | Fully Depr | SL | | 807.00 | |
| 3042 | LN#2 BRUSH REBUILD | 8/31/1997 | 1,293.00 | | 5 | 1,293.00 | Fully Depr | SL | | 1,293.00 | |
| 3044 | 4 SW 2CH / 5 40W 2 CH RAD | 9/14/1998 | 5,927.95 | | 5 | 5,927.95 | Fully Depr | SL | | 5,927.95 | |
| 3046 | HOT WATER WASHER-GRAINGER | 6/13/2000 | 2,559.70 | | 5 | 2,559.70 | Fully Depr | SL | | 2,559.70 | |
| 3047 | P/O REP COMP & SOFTWARE | 11/22/1999 | 2,474.80 | | 5 | 2,474.80 | Fully Depr | SL | | 2,474.80 | |
| 3049 | IRRIGATION SYSTEM PL3 | 6/1/2001 | 1,853.84 | | 5 | 1,853.84 | Fully Depr | SL | | 1,853.84 | |
| 3050 | FIREPROOF SAFE AMSEBF1512 | 10/9/2001 | 977.40 | | 10 | 977.40 | Fully Depr | SL | | 977.40 | |
| 3052 | 2 AP-5131 ACCESS POINTS | 5/25/2010 | 1,192.34 | | 3 | 1,192.34 | Fully Depr | SL | | 1,192.34 | |
| Minor: | 003 EQUIPMENT | Totals | 64,662.03 | | | 64,662.03 | | | | 64,662.03 | |

Plant:  002 WHS BLDG & EQUP
Major:  030 PLANT #3
Minor:  005 C A EQUIPMENT

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5000 | *CA EQUIPMENT | 8/1/1989 | 64,500.00 | | 10 | 64,500.00 | Fully Depr | SL | | 64,500.00 | |
| 5001 | *DEFROST TANK | 9/1/1989 | 2,482.00 | | 8 | 2,482.00 | Fully Depr | SL | | 2,482.00 | |
| 5002 | *CA ROOM SCRUBBER | 10/1/1989 | 32,239.00 | | 8 | 32,239.00 | Fully Depr | SL | | 32,239.00 | |
| 5003 | NITROGEN GENERATION SYST | 9/1/1995 | 134,466.00 | | 7 | 134,466.00 | Fully Depr | SL | | 134,466.00 | |
| 5004 | COMPRESSOR REBUILD | 9/30/1997 | 6,047.00 | | 3 | 6,047.00 | Fully Depr | SL | | 6,047.00 | |
| 5005 | SCHAAKE USED COMPRESSOR | 3/7/2000 | 5,477.87 | | 3 | 5,477.87 | Fully Depr | SL | | 5,477.87 | |
| 5007 | INSTALL RECOLD EVAPS P3R5 | 9/1/2002 | 34,408.33 | | 5 | 34,408.33 | Fully Depr | SL | | 34,408.33 | |
| 5008 | 7200 MODULE FOR NIT GEN | 4/30/2003 | 19,773.66 | | 7 | 19,773.66 | Fully Depr | SL | | 19,773.66 | |

16-01783-FPC7     Doc 1     Filed 05/26/16     Entered 05/26/16 09:35:44     Pg 56 of 141

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 5009 | MYCOM 6WB BARE COMPRESSOR | 1/8/2010 | 29,583.98 | | 5 | 29,583.98 | Fully Depr SL | | 29,583.98 | |
| Minor: | 005 C A EQUIPMENT | Totals | 328,977.84 | | | 328,977.84 | | | 328,977.84 | |
| | | | | | | | | | | |
| Major: | 030 PLANT #3 | Totals | 2,346,569.90 | | | 2,166,510.76 | 3,472.69 | 20,926.95 | 2,187,437.71 | 159,132.19 |
| | | | | | | | | | | |
| Plant: | 002 WHS BLDG & EQUP | | | | | | | | | |
| Major: | 040 PLANT VARIOUS | | | | | | | | | |
| Minor: | 002 BUILDINGS | | | | | | | | | |
| 4001 | *LIGHT FIXTURES | 10/1/1976 | 295.00 | | 15 | 295.00 | Fully Depr SL | | 295.00 | |
| 4002 | *OFFICE RESTROOM | 9/1/1985 | 2,411.00 | | 5 | 2,411.00 | Fully Depr SL | | 2,411.00 | |
| 4003 | *SEGREGATING ROOM | 9/1/1985 | 25,044.00 | | 10 | 25,044.00 | Fully Depr SL | | 25,044.00 | |
| 4004 | *PACKING ROOM | 9/1/1985 | 68,940.00 | | 20 | 68,940.00 | Fully Depr SL | | 68,940.00 | |
| 4005 | *RECEIVING ROOM | 9/1/1985 | 5,000.00 | | 20 | 5,000.00 | Fully Depr SL | | 5,000.00 | |
| 4006 | *SHOP | 9/1/1985 | 3,102.00 | | 20 | 3,102.00 | Fully Depr SL | | 3,102.00 | |
| 4007 | *COMPRESSOR ROOM | 9/1/1985 | 3,861.00 | | 20 | 3,861.00 | Fully Depr SL | | 3,861.00 | |
| 4008 | *DRY STORAGE BUILDING | 9/1/1985 | 24,159.00 | | 10 | 24,159.00 | Fully Depr SL | | 24,159.00 | |
| 4009 | *CA ROOMS 1,2,3 | 9/1/1985 | 155,169.00 | | 20 | 155,169.00 | Fully Depr SL | | 155,169.00 | |
| 4010 | *COLD STORAGE ROOM | 9/1/1985 | 151,667.00 | | 20 | 151,667.00 | Fully Depr SL | | 151,667.00 | |
| 4011 | *RECONDITION CA BLDG | 10/1/1985 | 6,026.00 | | 5 | 6,026.00 | Fully Depr SL | | 6,026.00 | |
| 4012 | *ELECTRIC | 11/1/1985 | 9,654.00 | | 10 | 9,654.00 | Fully Depr SL | | 9,654.00 | |
| 4013 | *DEFROST WATER | 1/1/1986 | 1,155.00 | | 5 | 1,155.00 | Fully Depr SL | | 1,155.00 | |
| 4014 | *ROOF OVER SEGREGATING | 7/1/1986 | 5,845.00 | | 5 | 5,845.00 | Fully Depr SL | | 5,845.00 | |
| 4015 | *CA ROOM REPAIR | 8/1/1987 | 19,538.00 | | 5 | 19,538.00 | Fully Depr SL | | 19,538.00 | |
| 4016 | *CA VIEWING DOMES | 8/1/1987 | 2,847.00 | | 3 | 2,847.00 | Fully Depr SL | | 2,847.00 | |
| 4017 | *REFRIG UNIT - SEG ROOM | 7/1/1988 | 7,553.00 | | 8 | 7,553.00 | Fully Depr SL | | 7,553.00 | |
| 4018 | *SEG. ROOM MODIFICATION | 9/1/1988 | 6,894.00 | | 7 | 6,894.00 | Fully Depr SL | | 6,894.00 | |
| 4019 | OVER HEAD DOOR SHOP 12X14 | 12/17/1991 | 2,575.00 | | 7 | 2,575.00 | Fully Depr SL | | 2,575.00 | |
| 4020 | CLOSE IN MECHANIC SHOP | 7/1/1992 | 5,390.00 | | 25 | 4,995.66 | 17.97 SL | 107.82 | 5,103.48 | 286.52 |
| 4021 | PL4 CA CONVERSION | 9/1/1994 | 181,521.00 | | 20 | 181,521.00 | Fully Depr SL | | 181,521.00 | |
| 4022 | CEILING REPAIR CA ROOM401 | 9/9/1998 | 25,688.42 | | 15 | 25,688.42 | Fully Depr SL | | 25,688.42 | |
| 4023 | PLANT FOUR ROOM FANS | 4/30/2001 | 7,550.69 | | 7 | 7,550.69 | Fully Depr SL | | 7,550.69 | |
| 4024 | REMODEL RETAIL BLDG | 6/27/2001 | 4,586.04 | | 10 | 4,586.04 | Fully Depr SL | | 4,586.04 | |
| 4025 | HEAVY PACK ROOF REPAIR | 8/31/2004 | 31,956.56 | | 10 | 31,956.56 | Fully Depr SL | | 31,956.56 | |
| 4026 | RFID STORAGE SYSTEM | 3/27/2010 | 45,694.13 | | 5 | 45,694.13 | Fully Depr SL | | 45,694.13 | |
| 4027 | ROOFING-EAST END ORO BLD | 2/3/2010 | 9,347.60 | | 39 | 1,337.99 | 19.97 SL | 119.82 | 1,457.81 | 7,889.79 |
| 4028 | ROOFING-EAST CA RM AT O.C | 3/25/2010 | 5,000.71 | | 39 | 705.54 | 10.69 SL | 64.14 | 769.68 | 4,231.03 |
| 4029 | ROOFING-SW CORNER COLBERT | 3/31/2010 | 6,931.36 | | 39 | 977.46 | 14.81 SL | 88.86 | 1,066.32 | 5,865.04 |
| 4030 | 14 TRUSSES-RM16 O.C.BLDG | 3/29/2013 | 11,793.15 | | 39 | 756.00 | 25.20 SL | 151.20 | 907.20 | 10,885.95 |
| 4031 | MEMBRANE ROOF OC RM 15&16 | 5/31/2013 | 12,413.30 | | 39 | 742.56 | 26.52 SL | 159.12 | 901.68 | 11,511.62 |
| 4032 | PEAR CONDITIONING ROOM P4 | 1/31/2015 | 15,072.29 | | 7 | 1,435.44 | 179.43 SL | 1,076.58 | 2,512.02 | 12,560.27 |
| 4033 | AW ROOMS 21 & 22 ROOFING | 9/22/2014 | 11,893.99 | | 10 | 1,189.44 | 99.12 SL | 594.72 | 1,784.16 | 10,109.83 |
| Minor: | 002 BUILDINGS | Totals | 876,574.24 | | | 810,871.93 | 393.71 | 2,362.26 | 813,234.19 | 63,340.05 |
| | | | | | | | | | | |
| Plant: | 002 WHS BLDG & EQUP | | | | | | | | | |
| Major: | 040 PLANT VARIOUS | | | | | | | | | |
| Minor: | 003 EQUIPMENT | | | | | | | | | |
| 3011 | *SLIP SHEET PUSH PULL | 9/1/1985 | 4,598.00 | | 5 | 4,598.00 | Fully Depr SL | | 4,598.00 | |
| 3014 | *BAND SAW DRILL PRESS | 2/1/1988 | 1,980.00 | | 5 | 1,980.00 | Fully Depr SL | | 1,980.00 | |
| 3015 | *FLOOD LIGHTS FOR CA | 7/1/1988 | 3,219.00 | | 10 | 3,219.00 | Fully Depr SL | | 3,219.00 | |
| 3017 | WASTE OIL HEATER MECHANIC | 7/1/1992 | 4,019.00 | | 7 | 4,019.00 | Fully Depr SL | | 4,019.00 | |
| 3020 | M-120 M43GMC20A2 RADIO | 8/1/1994 | 1,033.00 | | 5 | 1,033.00 | Fully Depr SL | | 1,033.00 | |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3026 | M1225 4CHVHF150-174 25-40 | 9/29/2000 | 532.63 | | 3 | 532.63 | Fully Depr | SL | | 532.63 | |
| 3027 | MOBILE PHONE - FIELD STF | 9/29/2000 | 274.39 | | 3 | 274.39 | Fully Depr | SL | | 274.39 | |
| 3028 | 2 REMOTE RECEIVING STNS | 9/1/2001 | 3,896.96 | | 5 | 3,896.96 | Fully Depr | SL | | 3,896.96 | |
| 3030 | 5000LB 4X4 SCALE NEW | 6/11/2002 | 2,690.00 | | 5 | 2,690.00 | Fully Depr | SL | | 2,690.00 | |
| 3031 | LIGHTING & INSTAL(CHERLN) | 7/1/2002 | 17,850.46 | | 12 | 17,850.46 | Fully Depr | SL | | 17,850.46 | |
| 3033 | MAF CHERRY LINE NEW | 7/1/2002 | 600,000.00 | | 20 | 395,000.00 | 2,500.00 | SL | 15,000.00 | 410,000.00 | 190,000.00 |
| 3037 | PNEMATIC WELD TOOL | 8/31/2004 | 3,173.81 | | 5 | 3,173.81 | Fully Depr | SL | | 3,173.81 | |
| 3038 | FES65ME&180ME COMPRESSOR | 5/31/2012 | 17,032.00 | | 5 | 11,354.80 | 283.87 | SL | 1,703.22 | 13,058.02 | 3,973.98 |
| 3039 | TRUCK SCALE | 6/15/2015 | 13,825.99 | | 10 | 345.66 | 115.22 | SL | 691.32 | 1,036.98 | 12,789.01 |
| 3040 | CASE 580C BACKHOE | 11/13/2015 | 10,500.00 | | 5 | | 175.00 | SL | 700.00 | 700.00 | 9,800.00 |
| Minor: | 003 EQUIPMENT | Totals | 684,625.24 | | | 449,967.71 | 3,074.09 | | 18,094.54 | 468,062.25 | 216,562.99 |

Plant:   002 WHS BLDG & EQUP
Major:  040 PLANT VARIOUS
Minor:  005 C A EQUIPMENT

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5000 | *CA EQUIPMENT | 9/1/1985 | 146,000.00 | | 15 | 146,000.00 | Fully Depr | SL | | 146,000.00 | |
| 5001 | *TECTROL BURNER | 9/1/1985 | 14,700.00 | | 10 | 14,700.00 | Fully Depr | SL | | 14,700.00 | |
| 5002 | *ELECTRIC DEFROST | 3/1/1986 | 1,867.00 | | 5 | 1,867.00 | Fully Depr | SL | | 1,867.00 | |
| 5003 | *AMMONIA DETECTION SYSTEM | 9/1/1987 | 3,344.00 | | 15 | 3,344.00 | Fully Depr | SL | | 3,344.00 | |
| 5004 | *TECTROL GENERATORS | 9/1/1988 | 17,903.00 | | 8 | 17,903.00 | Fully Depr | SL | | 17,903.00 | |
| 5005 | *CA REFRIGERATION COILS | 10/25/1988 | 39,615.00 | | 10 | 39,615.00 | Fully Depr | SL | | 39,615.00 | |
| 5006 | PLT #4 NITROGEN GENTERATR | 9/10/1997 | 134,466.00 | | 7 | 134,466.00 | Fully Depr | SL | | 134,466.00 | |
| Minor: | 005 C A EQUIPMENT | Totals | 357,895.00 | | | 357,895.00 | | | | 357,895.00 | |

Plant:   002 WHS BLDG & EQUP
Major:  040 PLANT VARIOUS
Minor:  007 REFRIGERATION EQUIP

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7000 | *DIGITAL TEMP METER | 9/1/1985 | 4,294.00 | | 10 | 4,294.00 | Fully Depr | SL | | 4,294.00 | |
| 7001 | *CONDENSER | 9/1/1986 | 3,979.00 | | 5 | 3,979.00 | Fully Depr | SL | | 3,979.00 | |
| 7002 | *COMPRESSOR REBUILD | 9/1/1987 | 3,494.00 | | 5 | 3,494.00 | Fully Depr | SL | | 3,494.00 | |
| 7004 | *WESCOLD AIR UNIT | 9/1/1988 | 3,763.00 | | 8 | 3,763.00 | Fully Depr | SL | | 3,763.00 | |
| 7005 | AMMONIA CONVERSION | 3/31/1997 | 1,616.00 | | 10 | 1,616.00 | Fully Depr | SL | | 1,616.00 | |
| 7006 | COMPRESSOR REBUILD | 9/15/1999 | 5,975.62 | | 5 | 5,975.62 | Fully Depr | SL | | 5,975.62 | |
| 7007 | MYCOM NBAM COMPRESS#15448 | 9/23/1999 | 6,052.50 | | 5 | 6,052.50 | Fully Depr | SL | | 6,052.50 | |
| 7008 | WALK IN COOLER - RETAIL | 7/20/2000 | 2,433.80 | | 15 | 2,433.80 | Fully Depr | SL | | 2,433.80 | |
| 7009 | CA COMPUTER & SOFTWARE | 9/30/2000 | 3,017.81 | | 5 | 3,017.81 | Fully Depr | SL | | 3,017.81 | |
| 7010 | CA AMMONIA CARDS & SUCTIO | 9/30/2000 | 14,067.46 | | 7 | 14,067.46 | Fully Depr | SL | | 14,067.46 | |
| 7011 | USED RECOLD COILS | 4/1/2002 | 10,222.00 | | 7 | 10,222.00 | Fully Depr | SL | | 10,222.00 | |
| 7012 | PVC NITROGEN SUPPLY LINES | 9/1/2001 | 6,536.70 | | 7 | 6,536.70 | Fully Depr | SL | | 6,536.70 | |
| 7013 | MOVING CONDENSER | 8/31/2004 | 7,107.87 | | 5 | 7,107.87 | Fully Depr | SL | | 7,107.87 | |
| 7014 | FINAL-CONDENSER-HEAVYPACK | 9/1/2004 | 11,650.33 | | 5 | 11,650.33 | Fully Depr | SL | | 11,650.33 | |
| 7015 | 10 HP COMPRESSOR-PLANT 3 | 9/30/2005 | 2,097.66 | | 5 | 2,097.66 | Fully Depr | SL | | 2,097.66 | |
| 7016 | CHERRY FACILITY CONDENSER | 6/11/2012 | 120,781.47 | | 7 | 56,077.32 | 1,437.88 | SL | 8,627.28 | 64,704.60 | 56,076.87 |
| Minor: | 007 REFRIGERATION EQUIP | Totals | 207,089.22 | | | 142,385.07 | 1,437.88 | | 8,627.28 | 151,012.35 | 56,076.87 |
| Major: | 040 PLANT VARIOUS | Totals | 2,126,183.70 | | | 1,761,119.71 | 4,905.68 | | 29,084.08 | 1,790,203.79 | 335,979.91 |

Plant:   002 WHS BLDG & EQUP
Major:  060 ALL PLANTS
Minor:  005 C A EQUIPMENT

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FIXTURES PACIFIC CA | 7/30/2000 | 5,879.21 | | 10 | 5,879.21 | Fully Depr | SL | | 5,879.21 | |

GOLD DIGGER APPLES, INC.
Depreciation Master List
Book

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ORO - REFRIG. & MISC EQUI | 9/1/1997 | 787,799.00 | | 12 | 787,799.00 | Fully Depr | SL | | 787,799.00 | |
| 3 | MYCON COMPRESSOR OVERHAUL | 9/9/1998 | 7,076.50 | | 10 | 7,076.50 | Fully Depr | SL | | 7,076.50 | |
| Minor: 005 C A EQUIPMENT | | Totals | 800,754.71 | | | 800,754.71 | | | | 800,754.71 | |

Plant: 002 WHS BLDG & EQUP
Major: 060 ALL PLANTS
Minor: 015 BINS

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1537 | 11,032 NEW BINS 1987 | 9/1/1987 | 39,703.00 | | 10 | 39,703.00 | Fully Depr | SL | | 39,703.00 | |
| 1538 | 11,032 NEW BINS (RELIFE) | 9/1/1987 | 357,330.00 | | 12 | 357,330.00 | Fully Depr | SL | | 357,330.00 | |
| 1539 | *3,998 BINS | 10/1/1987 | 127,639.00 | | 15 | 127,639.00 | Fully Depr | SL | | 127,639.00 | |
| 1540 | *2,070 BINS | 3/3/1989 | 37,649.00 | | 10 | 37,649.00 | Fully Depr | SL | | 37,649.00 | |
| 1541 | 504 CHERRY BUCKETS | 9/1/1990 | 1,005.00 | | 5 | 1,005.00 | Fully Depr | SL | | 1,005.00 | |
| 1542 | 6,000 BINS | 9/1/1990 | 234,995.00 | | 12 | 234,995.00 | Fully Depr | SL | | 234,995.00 | |
| 1544 | 2,000 NEW BINS | 8/31/1991 | 79,019.00 | | 12 | 79,019.00 | Fully Depr | SL | | 79,019.00 | |
| 1545 | 120 CHERRY BUCKETS | 9/1/1991 | 259.00 | | 5 | 259.00 | Fully Depr | SL | | 259.00 | |
| 1546 | 750 CHERRY LUGS | 5/1/1992 | 4,152.00 | | 5 | 4,152.00 | Fully Depr | SL | | 4,152.00 | |
| 1547 | 5,000 BINS | 7/1/1992 | 185,515.00 | | 12 | 185,515.00 | Fully Depr | SL | | 185,515.00 | |
| 1548 | 775 LUGS | 7/1/1992 | 3,718.00 | | 5 | 3,718.00 | Fully Depr | SL | | 3,718.00 | |
| 1549 | 1,925 CHERRY FIRE 10/96 | 7/15/1993 | 7,850.00 | | 5 | 7,850.00 | Fully Depr | SL | | 7,850.00 | |
| 1550 | 9/92 - 8/93 BIN RELIFE | 8/31/1993 | 117,140.00 | | 7 | 117,140.00 | Fully Depr | SL | | 117,140.00 | |
| 1551 | 10,296 NEW BINS 9/1/93 | 9/1/1993 | 418,707.00 | | 12 | 418,707.00 | Fully Depr | SL | | 418,707.00 | |
| 1552 | 5,400 CHERRY LUG 17X11X9 | 5/25/1994 | 18,240.00 | | 5 | 18,240.00 | Fully Depr | SL | | 18,240.00 | |
| 1553 | 6,600 17X11X9 PL CH LUGS | 6/17/1994 | 24,618.00 | | 5 | 24,618.00 | Fully Depr | SL | | 24,618.00 | |
| 1554 | 4,574 OF 5,000 NEW BINS | 9/1/1994 | 213,301.00 | | 12 | 213,301.00 | Fully Depr | SL | | 213,301.00 | |
| 1555 | 426 BINS BALANCE OF 5,000 | 10/1/1994 | 19,332.00 | | 12 | 19,332.00 | Fully Depr | SL | | 19,332.00 | |
| 1556 | 7,544 17X11X9 CHERRY LUGS | 6/2/1995 | 31,685.00 | | 5 | 31,685.00 | Fully Depr | SL | | 31,685.00 | |
| 1557 | 3,000 17X11X9 CHERRY LUGS | 6/14/1995 | 12,600.00 | | 5 | 12,600.00 | Fully Depr | SL | | 12,600.00 | |
| 1558 | 1995 NEW BINS 5,007 | 8/31/1995 | 214,759.00 | | 12 | 214,759.00 | Fully Depr | SL | | 214,759.00 | |
| 1560 | 1995/96 NEW BINS ( | 8/31/1996 | 244,491.00 | 5.00 | 12 | 244,486.00 | Fully Depr | SL | | 244,486.00 | 5 |
| 1561 | 1500 NEW BINS N.W.W | 5/31/1997 | 68,695.00 | 10.00 | 12 | 68,685.00 | Fully Depr | SL | | 68,685.00 | 10 |
| 1562 | 16084 CHERRY LUGS - FLYNN | 6/17/1997 | 56,294.00 | | 5 | 56,294.00 | Fully Depr | SL | | 56,294.00 | |
| 1563 | 2500 BINS (WILBUR & NWW) | 8/31/1997 | 112,460.00 | | 15 | 112,460.00 | Fully Depr | SL | | 112,460.00 | |
| 1564 | 5000 LUGS PLASTIC CHERRY | 7/1/2000 | 23,887.20 | | 5 | 23,887.20 | Fully Depr | SL | | 23,887.20 | |
| 1565 | ORO - BINS | 9/1/1997 | 555,297.00 | | 10 | 555,297.00 | Fully Depr | SL | | 555,297.00 | |
| 1566 | BIN MATERIALS NWW | 12/18/2000 | 17,775.52 | | 7 | 17,775.52 | Fully Depr | SL | | 17,775.52 | |
| 1569 | 3967 RAINIER PICKING LUG | 7/1/2001 | 14,955.59 | | 5 | 14,955.59 | Fully Depr | SL | | 14,955.59 | |
| 1570 | 3,354 LUGS PLASTIC NWW | 7/1/2001 | 36,835.17 | | 5 | 36,835.17 | Fully Depr | SL | | 36,835.17 | |
| 1571 | 2000 BINS @ $4 EACH | 4/20/2004 | 8,560.00 | | 5 | 8,560.00 | Fully Depr | SL | | 8,560.00 | |
| 1572 | 1292 BINS | 8/22/2005 | 9,690.00 | | 10 | 9,690.00 | Fully Depr | SL | | 9,690.00 | |
| 1573 | 15015 CHERRY TOTES | 6/20/2005 | 72,696.18 | | 5 | 72,696.18 | Fully Depr | SL | | 72,696.18 | |
| 1574 | 704 BINS @ $5.00 | 10/4/2005 | 3,520.00 | | 5 | 3,520.00 | Fully Depr | SL | | 3,520.00 | |
| 1575 | 1000 CHERRY BINS-47X47X12 | 3/31/2008 | 38,621.22 | | 15 | 19,310.40 | 214.56 | SL | 1,287.36 | 20,597.76 | 18,023.46 |
| 1576 | 1000 CHERRY BINS-47X47X12 | 6/30/2009 | 37,141.80 | | 5 | 37,141.80 | Fully Depr | SL | | 37,141.80 | |
| 1577 | 480 CHERRY BINS | 4/30/2010 | 16,149.83 | | 10 | 8,747.70 | 134.58 | SL | 807.48 | 9,555.18 | 6,594.65 |
| 1578 | 520 CHERRY BINS | 5/19/2010 | 17,495.65 | | 10 | 9,331.20 | 145.80 | SL | 874.80 | 10,206.00 | 7,289.65 |
| 1579 | 500 CHERRY BINS & LABOR | 7/31/2012 | 21,966.62 | | 10 | 6,956.28 | 183.06 | SL | 1,098.36 | 8,054.64 | 13,911.98 |
| 1580 | 500 CHERRY BINS | 5/17/2013 | 23,263.20 | | 10 | 5,428.08 | 193.86 | SL | 1,163.16 | 6,591.24 | 16,671.96 |
| 1581 | 500 CHERRY BINS + LABOR | 5/22/2014 | 27,279.23 | | 10 | 3,637.28 | 227.33 | SL | 1,363.98 | 5,001.26 | 22,277.97 |
| 1582 | 497 BINS-CANADIAN + LABOR | 7/28/2014 | 33,378.74 | | 10 | 3,894.24 | 278.16 | SL | 1,668.96 | 5,563.20 | 27,815.54 |
| 1583 | 503 BINS-48X48X24 + LABOR | 7/24/2014 | 33,781.69 | | 10 | 3,941.14 | 281.51 | SL | 1,689.06 | 5,630.20 | 28,151.49 |
| 1584 | 15,368 BINS REPAIRED | 8/31/2014 | 96,068.68 | | 5 | 19,213.80 | 1,601.15 | SL | 9,606.90 | 28,820.70 | 67,247.98 |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1585 | 500 WEN-STYLE CHERRY BINS | 5/14/2015 | 23,625.26 | | 10 | 787.52 | 196.88 | SL | 1,181.28 | 1,968.80 | 21,656.46 |
| 1586 | 1000 CANADIAN STYLE BINS | 7/14/2015 | 60,125.22 | | 10 | 1,002.08 | 501.04 | SL | 3,006.24 | 4,008.32 | 56,116.90 |
| 1587 | 2015 CHERRY BIN LABOR | 8/31/2015 | 7,226.67 | | 10 | 60.22 | 60.22 | SL | 361.32 | 421.54 | 6,805.13 |
| 1588 | 2015 APPLE BIN LABOR | 8/31/2015 | 8,960.72 | | 10 | 74.67 | 74.67 | SL | 448.02 | 522.69 | 8,438.03 |
| 1589 | 8900 BINS REPAIRED | 8/31/2015 | 187,772.37 | | 5 | | 3,129.54 | SL | 18,777.24 | 18,777.24 | 168,995.13 |
| Minor | 015 BINS | Totals | 4,007,229.56 | 15.00 | | 3,493,884.07 | 7,222.36 | | 43,334.16 | 3,537,218.23 | 470,011.33 |

Plant: 002 WHS BLDG & EQUP
Major: 060 ALL PLANTS
Minor: 016 PALLETS

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1610 | 22 SKIDS | 9/1/1990 | 966.00 | | 5 | 966.00 | Fully Depr | SL | | 966.00 | |
| 1612 | 750 PEAR PALLETS | 9/1/1990 | 8,475.00 | | 5 | 8,475.00 | Fully Depr | SL | | 8,475.00 | |
| 1613 | 1,000 48 X 43 PLY PALLETS | 1/2/1992 | 18,533.00 | | 7 | 18,533.00 | Fully Depr | SL | | 18,533.00 | |
| 1614 | 300 PALLETS 48 X 46 | 11/30/1994 | 5,451.00 | | 7 | 5,451.00 | Fully Depr | SL | | 5,451.00 | |
| 1615 | 620 PALLETS 52X44 | 10/1/1995 | 11,873.00 | | 7 | 11,873.00 | Fully Depr | SL | | 11,873.00 | |
| 1616 | 500 PALLETS 52X44 PLYWOOD | 11/1/1995 | 9,574.00 | | 7 | 9,574.00 | Fully Depr | SL | | 9,574.00 | |
| 1619 | 1,050 52X44 PALLETS | 11/1/2000 | 37,303.00 | | 7 | 37,303.00 | Fully Depr | SL | | 37,303.00 | |
| 1620 | 300 52X44 PALLETS | 12/18/2000 | 7,212.00 | | 7 | 7,212.00 | Fully Depr | SL | | 7,212.00 | |
| 1621 | 214 48X40 5BRD H/W PALLET | 2/28/2001 | 2,232.02 | | 7 | 2,232.02 | Fully Depr | SL | | 2,232.02 | |
| 1622 | 500 HOUSE PALLETS | 8/31/2015 | 20,047.14 | | 7 | | 238.66 | SL | 1,431.96 | 1,431.96 | 18,615.18 |
| Minor | 016 PALLETS | Totals | 121,666.16 | | | 101,619.02 | 238.66 | | 1,431.96 | 103,050.98 | 18,615.18 |

| Major | 060 ALL PLANTS | Totals | 4,929,650.43 | 15.00 | | 4,396,257.80 | 7,461.02 | | 44,766.12 | 4,441,023.92 | 488,626.51 |

Plant: 002 WHS BLDG & EQUP
Major: 090 PLANT #5/ORO ACQUIS
Minor: 002 BUILDINGS

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5001 | PHONE MERLIN 10 MERLIN 34 | 9/26/1994 | 969.00 | | 7 | 969.00 | Fully Depr | SL | | 969.00 | |
| 5002 | 3 OAK SECRETARIAL DESK #5 | 10/14/1994 | 860.00 | | 10 | 860.00 | Fully Depr | SL | | 860.00 | |
| 5003 | 4 DRW LEGAL SIZE FILE #5 | 11/1/1994 | 298.00 | | 5 | 298.00 | Fully Depr | SL | | 298.00 | |
| 5004 | 3 MID BACK CHAIRS PL 5 | 11/1/1994 | 399.00 | | 5 | 399.00 | Fully Depr | SL | | 399.00 | |
| 5006 | COMPUTERIZED CA PROGRAM | 6/1/1997 | 14,061.00 | | 10 | 14,061.00 | Fully Depr | SL | | 14,061.00 | |
| 5007 | ORO - BUILDINGS | 9/1/1997 | 1,998,606.85 | | 40 | 899,889.19 | 4,163.76 | SL | 24,982.56 | 924,871.75 | 1,073,735.10 |
| 5008 | APPLEWAY MAJOR ROOF REPAIrR | 11/2/1999 | 40,565.20 | | 15 | 40,565.20 | Fully Depr | SL | | 40,565.20 | |
| 5009 | PHIL BLAKENEY WORKING ON | 9/1/1997 | 37,720.00 | | 12 | 37,720.00 | Fully Depr | SL | | 37,720.00 | |
| Minor | 002 BUILDINGS | Totals | 2,093,479.05 | | | 994,761.39 | 4,163.76 | | 24,982.56 | 1,019,743.95 | 1,073,735.10 |

Plant: 002 WHS BLDG & EQUP
Major: 090 PLANT #5/ORO ACQUIS
Minor: 003 EQUIPMENT

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5500 | PLANT FIVE PACKING LINE | 8/31/1995 | 94,554.00 | | 12 | 94,554.00 | Fully Depr | SL | | 94,554.00 | |
| 5501 | USED SORT TABLE FROM CHIE | 9/26/1995 | 968.00 | | 5 | 968.00 | Fully Depr | SL | | 968.00 | |
| Minor | 003 EQUIPMENT | Totals | 95,522.00 | | | 95,522.00 | | | | 95,522.00 | |

| Major | 090 PLANT #5/ORO ACQUIS | Totals | 2,189,001.05 | | | 1,090,283.39 | 4,163.76 | | 24,982.56 | 1,115,265.95 | 1,073,735.10 |

| Plant | 002 WHS BLDG & EQUP | Totals | 14,153,067.10 | 1,615.00 | | 11,905,228.57 | 21,990.76 | | 131,685.37 | 12,036,913.94 | 2,116,153.16 |

Plant: 003 P/S BLDG & EQUP
Major: 010 PLANT #1

GOLD DIGGER APPLES, INC.
Depreciation Master List
Book

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Minor: | 002 BUILDINGS | | | | | | | | | | |
| 2001 | BUILDING & FLOOR | 3/1/1984 | 292,214.00 | | 20 | 292,214.00 | Fully Depr | SL | | 292,214.00 | |
| 2002 | LUNCHROOM | 3/1/1984 | 30,543.00 | | 20 | 30,543.00 | Fully Depr | SL | | 30,543.00 | |
| 2003 | BUILDING ADDITIONS | 9/1/1984 | 4,748.00 | | 20 | 4,748.00 | Fully Depr | SL | | 4,748.00 | |
| 2004 | PRE-SIZE SLAB | 8/1/1986 | 2,580.00 | | 20 | 2,580.00 | Fully Depr | SL | | 2,580.00 | |
| 2005 | CATWALK PRESIZE | 9/18/1990 | 408.00 | | 20 | 408.00 | Fully Depr | SL | | 408.00 | |
| 2006 | REGULAR STORAGE PRESIZE | 12/1/1994 | 435,913.00 | | 30 | 301,506.63 | 1,210.87 | SL | 7,265.22 | 308,771.85 | 127,141.15 |
| Minor: | 002 BUILDINGS | Totals | 766,406.00 | | | 631,999.63 | 1,210.87 | | 7,265.22 | 639,264.85 | 127,141.15 |
| | | | | | | | | | | | |
| Plant: | 003 P/S BLDG & EQUP | | | | | | | | | | |
| Major: | 010 PLANT #1 | | | | | | | | | | |
| Minor: | 003 EQUIPMENT | | | | | | | | | | |
| 3032 | 2-DRIP PANS 15'10"X4'71/4 | 9/15/2000 | 3,303.32 | | 7 | 3,303.32 | Fully Depr | SL | | 3,303.32 | |
| Minor : | 003 EQUIPMENT | Totals | 3,303.32 | | | 3,303.32 | | | | 3,303.32 | |
| | | | | | | | | | | | |
| Major : | 010 PLANT #1 | Totals | 769,709.32 | | | 635,302.95 | 1,210.87 | | 7,265.22 | 642,568.17 | 127,141.15 |
| | | | | | | | | | | | |
| Plant : | 003 P/S BLDG & EQUP | Totals | 769,709.32 | | | 635,302.95 | 1,210.87 | | 7,265.22 | 642,568.17 | 127,141.15 |
| | | | | | | | | | | | |
| Plant: | 004 T/F BLDG & EQUP | | | | | | | | | | |
| Major: | 030 PLANT #3 | | | | | | | | | | |
| Minor: | 002 BUILDINGS | | | | | | | | | | |
| 2000 | *PACKING BUILDING | 8/1/1989 | 163,950.00 | | 30 | 142,546.00 | 455.42 | SL | 2,732.52 | 145,278.52 | 18,671.48 |
| 2001 | *PACKING ROOM ROOF | 9/1/1989 | 52,537.00 | | 15 | 52,537.00 | Fully Depr | SL | | 52,537.00 | |
| 2002 | PLANT #3 LUNCHROOM ROOF | 6/17/1994 | 7,366.00 | | 15 | 7,366.00 | Fully Depr | SL | | 7,366.00 | |
| 2003 | PACKING LINE P#3 - ROOF | 2/24/2006 | 12,937.82 | | 20 | 6,199.65 | 53.91 | SL | 323.46 | 6,523.11 | 6,414.71 |
| 2004 | LIGHTING PROJECT-PHASE 1 | 3/31/2014 | 29,913.53 | | 7 | 6,409.98 | 356.11 | SL | 2,136.66 | 8,546.64 | 21,366.89 |
| 2005 | OUTSIDE LIGHT PROJ.PHASE3 | 2/28/2015 | 15,641.45 | | 7 | 1,303.47 | 186.21 | SL | 1,117.26 | 2,420.73 | 13,220.72 |
| Minor: | 002 BUILDINGS | Totals | 282,345.80 | | | 216,362.10 | 1,051.65 | | 6,309.90 | 222,672.00 | 59,673.80 |
| | | | | | | | | | | | |
| Plant: | 004 T/F BLDG & EQUP | | | | | | | | | | |
| Major: | 030 PLANT #3 | | | | | | | | | | |
| Minor: | 003 EQUIPMENT | | | | | | | | | | |
| 3020 | *STAMPING MACHINE | 9/1/1986 | 2,835.00 | | 2 | 2,835.00 | Fully Depr | SL | | 2,835.00 | |
| 3025 | *POMONA BIN FILLER | 2/1/1988 | 945.00 | | 5 | 945.00 | Fully Depr | SL | | 945.00 | |
| 3029 | DEHUMIDIFIER 5/31/89 | 9/1/1989 | 31,100.00 | | 10 | 31,100.00 | Fully Depr | SL | | 31,100.00 | |
| 3030 | STRAPPER | 9/1/1989 | 20,931.00 | | 10 | 20,931.00 | Fully Depr | SL | | 20,931.00 | |
| 3031 | 8/31/89 TO 9/30/89 TRAYFI | 9/1/1989 | 205,339.00 | | 10 | 205,339.00 | Fully Depr | SL | | 205,339.00 | |
| 3033 | TAPE MACHINE 5/6/89 | 9/1/1989 | 14,975.00 | | 10 | 14,975.00 | Fully Depr | SL | | 14,975.00 | |
| 3034 | TRAYFILL LINE 4/18-8/3189 | 9/1/1989 | 264,987.00 | | 10 | 264,987.00 | Fully Depr | SL | | 264,987.00 | |
| 3038 | TWO AUTO BAGGING MACHINES | 12/1/1989 | 18,041.00 | | 10 | 18,041.00 | Fully Depr | SL | | 18,041.00 | |
| 3041 | S/S FLUME BIN DUMP E.TANK | 9/1/1990 | 4,633.00 | | 10 | 4,633.00 | Fully Depr | SL | | 4,633.00 | |
| 3043 | USED BAGGING MACHINES | 3/5/1991 | 3,000.00 | | 5 | 3,000.00 | Fully Depr | SL | | 3,000.00 | |
| 3044 | ML BAG TENSIONER 38685 | 5/1/1991 | 2,260.00 | | 5 | 2,260.00 | Fully Depr | SL | | 2,260.00 | |
| 3052 | GLOBAL BALER | 10/1/1992 | 9,396.00 | | 10 | 9,396.00 | Fully Depr | SL | | 9,396.00 | |
| 3054 | USED STAMPER /PESHASTIN | 4/7/1993 | 5,395.00 | | 5 | 5,395.00 | Fully Depr | SL | | 5,395.00 | |
| 3059 | 94-95 MAJOR REPAIR T/F | 8/31/1995 | 50,165.00 | | 5 | 50,165.00 | Fully Depr | SL | | 50,165.00 | |
| 3062 | INK JET PRINTER SOFTWARE | 10/10/1995 | 629.00 | | 10 | 629.00 | Fully Depr | SL | | 629.00 | |
| 3066 | TIME CLOCK | 7/3/1996 | 1,582.00 | | 3 | 1,582.00 | Fully Depr | SL | | 1,582.00 | |
| 3069 | STRAPPING POWER GUN | 9/15/1996 | 1,851.00 | | 5 | 1,851.00 | Fully Depr | SL | | 1,851.00 | |
| 3074 | TIMECLOCK FOR CHERRY LINE | 7/15/1997 | 1,636.00 | | 5 | 1,636.00 | Fully Depr | SL | | 1,636.00 | |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3081 | BRADLY CONTRLR LN #1 | 4/20/1998 | 4,686.00 | | 3 | 4,686.00 | Fully Depr | SL | | 4,686.00 | |
| 3082 | LINE #1 WAX APPLICATOR | 4/27/1998 | 1,890.00 | | 5 | 1,890.00 | Fully Depr | SL | | 1,890.00 | |
| 3083 | HAND STRAP.SN:YT15847CE99 | 10/21/1999 | 2,082.15 | | 5 | 2,082.15 | Fully Depr | SL | | 2,082.15 | |
| 3085 | T-650 TAPE MACH/BELT CONV | 4/1/2000 | 4,086.95 | | 3 | 4,086.95 | Fully Depr | SL | | 4,086.95 | |
| 3089 | SCANNER-STAMPER TRAYFILL | 1/30/2001 | 3,267.04 | | 5 | 3,267.04 | Fully Depr | SL | | 3,267.04 | |
| 3090 | CHAIN MODIF.FOR STAMPER | 1/30/2001 | 2,620.78 | | 5 | 2,620.78 | Fully Depr | SL | | 2,620.78 | |
| 3091 | PROCESSOR,BASEBORD,DIGITI | 7/15/2001 | 13,169.47 | | 7 | 13,169.47 | Fully Depr | SL | | 13,169.47 | |
| 3092 | STRAPPER REBUILD | 11/14/2001 | 18,715.96 | | 5 | 18,715.96 | Fully Depr | SL | | 18,715.96 | |
| 3094 | MAF COLOR SORTER UPGRADE | 3/1/2002 | 98,400.00 | | 5 | 98,400.00 | Fully Depr | SL | | 98,400.00 | |
| 3096 | 24 ACCU WEIGHT SPC 60 | 8/31/2004 | 4,447.86 | | 5 | 4,447.86 | Fully Depr | SL | | 4,447.86 | |
| 3104 | NEW CONDENSER | 3/14/2006 | 69,000.00 | | 30 | 21,850.38 | 191.67 | SL | 1,150.02 | 23,000.40 | 45,999.60 |
| 3106 | 17 CONVEYORS CHERRY LINE | 3/19/2008 | 28,760.85 | | 10 | 21,570.30 | 239.67 | SL | 1,438.02 | 23,008.32 | 5,752.53 |
| 3107 | RECONDITIONED REPACKAGER | 4/17/2008 | 29,133.00 | | 10 | 21,607.42 | 242.78 | SL | 1,456.68 | 23,064.10 | 6,068.90 |
| 3108 | MANIFOLDS-BAGGING CHERRY | 5/21/2008 | 18,712.64 | | 10 | 13,722.72 | 155.94 | SL | 935.64 | 14,658.36 | 4,054.28 |
| 3109 | (3)4X4 CHERRY LINE SCALES | 5/31/2008 | 6,326.30 | | 10 | 4,639.36 | 52.72 | SL | 316.32 | 4,955.68 | 1,370.62 |
| 3110 | 2 METRIC SCALES | 7/3/2008 | 4,677.16 | | 10 | 3,352.28 | 38.98 | SL | 233.88 | 3,586.16 | 1,091.00 |
| 3111 | PNEUMATIC COMBO TOOL | 7/18/2008 | 3,661.62 | | 5 | 3,661.62 | Fully Depr | SL | | 3,661.62 | |
| 3112 | 25 SETS 5 WIDE LOCKERS | 8/1/2008 | 3,280.00 | | 7 | 3,280.00 | Fully Depr | SL | | 3,280.00 | |
| 3113 | PALLET TICKET PRINTER | 10/31/2008 | 1,755.52 | | 5 | 1,755.52 | Fully Depr | SL | | 1,755.52 | |
| 3114 | REBUILD SIMS TAPE MACHINE | 2/28/2009 | 17,170.07 | | 5 | 17,170.07 | Fully Depr | SL | | 17,170.07 | |
| 3115 | CHERRY LINE MANIFOLD | 4/29/2009 | 14,512.58 | | 5 | 14,512.58 | Fully Depr | SL | | 14,512.58 | |
| 3116 | CHERRY BIN DUMPER-WAYCON | 6/15/2009 | 11,600.00 | | 7 | 10,357.50 | 138.10 | SL | 828.60 | 11,186.10 | 413.9 |
| 3117 | PACKING LINE UPGRADE-MAF | 8/31/2009 | 224,209.07 | | 7 | 194,848.68 | 2,669.16 | SL | 16,014.96 | 210,863.64 | 13,345.43 |
| 3320 | WESTMARK STAMPER | 12/7/2009 | 49,887.55 | | 5 | 49,887.55 | Fully Depr | SL | | 49,887.55 | |
| 3321 | 100 CHERRY MANIFOLDS | 3/31/2010 | 10,635.38 | | 5 | 10,635.38 | Fully Depr | SL | | 10,635.38 | |
| 3322 | CHERRY CLUSTER CUTTER BLA | 4/25/2011 | 6,555.27 | | 5 | 5,790.25 | 109.25 | SL | 655.50 | 6,445.75 | 109.52 |
| 3323 | 50FULL EURO 12/2 C BAGGER | 3/31/2012 | 5,904.78 | | 5 | 4,133.22 | 98.41 | SL | 590.46 | 4,723.68 | 1,181.10 |
| 3324 | 50CA 8/2.25 C BOX BAGGER | 3/31/2012 | 5,084.67 | | 5 | 3,559.08 | 84.74 | SL | 508.44 | 4,067.52 | 1,017.15 |
| 3325 | CORNER UNIT APPLE/PEAR LN 1 | 1/26/2012 | 40,821.54 | | 5 | 23,132.24 | 680.36 | SL | 4,082.16 | 27,214.40 | 13,607.14 |
| 3326 | WESTMARK STAMPER SOFTWARE | 7/25/2013 | 8,522.83 | | 5 | 3,693.30 | 142.05 | SL | 852.30 | 4,545.60 | 3,977.23 |
| 3327 | VANDOREN MANIFOLDS-CHERRY | 6/3/2013 | 15,508.80 | | 5 | 6,978.96 | 258.48 | SL | 1,550.88 | 8,529.84 | 6,978.96 |
| 3328 | RAINLIER-3RD DUMPER TANK | 7/11/2013 | 3,828.42 | | 5 | 1,659.06 | 63.81 | SL | 382.86 | 2,041.92 | 1,786.50 |
| 3329 | INGERSOLL RAND COMPRESSOR | 7/14/2013 | 15,382.82 | | 10 | 3,332.94 | 128.19 | SL | 769.14 | 4,102.08 | 11,280.74 |
| 3330 | WAYCON BIN TIPPER | 7/14/2013 | 20,888.03 | | 10 | 4,525.82 | 174.07 | SL | 1,044.42 | 5,570.24 | 15,317.79 |
| 3331 | GP CHERRY LINE GRADER | 7/14/2013 | 1,986,913.95 | | 10 | 429,773.22 | 16,557.62 | SL | 99,345.72 | 529,118.94 | 1,457,795.01 |
| 3332 | GP GRADER - MODIFICATIONS | 6/1/2014 | 40,850.29 | | 10 | 5,106.30 | 340.42 | SL | 2,042.52 | 7,148.82 | 33,701.47 |
| 3333 | PACTELLER MODIFICATION | 6/11/2014 | 13,096.54 | | 5 | 3,274.20 | 218.28 | SL | 1,309.68 | 4,583.88 | 8,512.66 |
| 3334 | PRINT&APPLY LABELING SYS. | 6/11/2014 | 15,190.45 | | 5 | 3,797.55 | 253.17 | SL | 1,519.02 | 5,316.57 | 9,873.88 |
| 3335 | BARCODE VERFI SCANNER EQU | 6/11/2014 | 12,667.66 | | 5 | 3,166.95 | 211.13 | SL | 1,266.78 | 4,433.73 | 8,233.93 |
| 3336 | GLYCOL COOLER-CHERRY LINE | 7/31/2014 | 13,147.41 | | 10 | 1,533.84 | 109.56 | SL | 657.36 | 2,191.20 | 10,956.21 |
| 3337 | INGERSOLL-RAND 50HP-PK LN | 9/5/2014 | 22,955.72 | | 7 | 3,279.36 | 273.28 | SL | 1,639.68 | 4,919.04 | 18,036.68 |
| 3338 | 90 DEGREE CONVEYOR CURVE | 10/27/2014 | 11,690.03 | | 7 | 1,530.87 | 139.17 | SL | 835.02 | 2,365.89 | 9,324.14 |
| 3339 | NEW CHERRY LINE AIR DRYER | 3/31/2015 | 7,147.80 | | 5 | 714.78 | 119.13 | SL | 714.78 | 1,429.56 | 5,718.24 |
| 3340 | A&B CLAM SHELL MACHINE-4 | 6/1/2015 | 176,240.36 | | 10 | 4,406.01 | 1,468.67 | SL | 8,812.02 | 13,218.03 | 163,022.33 |
| 3341 | ELLIPS 8 LN TRUE SORT RET | 8/15/2015 | 399,116.96 | | 10 | 3,325.99 | 3,325.99 | SL | 19,955.94 | 23,281.93 | 375,837.03 |
| 3342 | 8K SINGULATOR WHEELS-APPL | 8/15/2015 | 21,653.07 | | 10 | 180.44 | 180.44 | SL | 1,082.64 | 1,263.08 | 20,389.99 |
| 3343 | NEW CHAIN TRACK-CONVEYER | 10/31/2015 | 64,091.33 | | 7 | | 762.99 | SL | 3,814.95 | 3,814.95 | 60,276.38 |
| 3344 | 200' DUMPER CHAIN NH45 D6 | 2/29/2016 | 8,546.39 | | 7 | | 101.74 | SL | 101.74 | 101.74 | 8,444.65 |
| Minor: | 003 EQUIPMENT | Totals | 4,202,195.07 | | | 1,702,811.95 | 29,529.97 | | 175,908.13 | 1,878,720.08 | 2,323,474.99 |
| | | | | | | | | | | | |
| Major: | 030 PLANT #3 | Totals | 4,484,540.87 | | | 1,919,174.05 | 30,581.62 | | 182,218.03 | 2,101,392.08 | 2,383,148.79 |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Plant: | 004 T/F BLDG & EQUP | Totals | 4,484,540.87 | | | 1,919,174.05 | 30,581.62 | 182,218.03 | 2,101,392.08 | 2,383,148.79 |
| Plant: | 005 OFF BLDG & EQUP | | | | | | | | | |
| Major: | 050 MAIN OFFICE | | | | | | | | | |
| Minor: | 002 BUILDINGS | | | | | | | | | |
| 2001 | OFFICE BUILDING | 11/1/1978 | 45,473.00 | | 40 | 41,874.64 | 94.74 SL | 568.44 | 42,443.08 | 3,029.92 |
| 2002 | CONCRETE SLAB | 11/1/1978 | 11,695.00 | | 20 | 11,695.00 | Fully Depr SL | | 11,695.00 | |
| 2003 | OFFICE ADDITION | 9/1/1990 | 56,384.00 | | 35 | 40,275.00 | 134.25 SL | 805.50 | 41,080.50 | 15,303.50 |
| 2004 | WALK IN COOLER SHELVING | 1/1/1991 | 2,368.25 | | 35 | 1,669.44 | 5.64 SL | 33.84 | 1,703.28 | 664.97 |
| 2005 | 12' WOODFOLD DOOR | 2/4/1994 | 867.00 | | 5 | 867.00 | Fully Depr SL | | 867.00 | |
| 2006 | CARPET & VINYL MAIN OFFIC | 9/14/1997 | 3,474.00 | | 5 | 3,474.00 | Fully Depr SL | | 3,474.00 | |
| 2007 | REMODEL MAIN OFFICES | 1/30/1999 | 4,793.03 | | 10 | 4,793.03 | Fully Depr SL | | 4,793.03 | |
| 2008 | STRG ROOM/MRKT CABINETS | 1/30/2001 | 1,937.32 | | 7 | 1,937.32 | Fully Depr SL | | 1,937.32 | |
| Minor: | 002 BUILDINGS | Totals | 126,991.60 | | | 106,585.43 | 234.63 | 1,407.78 | 107,993.21 | 18,998.39 |
| Plant: | 005 OFF BLDG & EQUP | | | | | | | | | |
| Major: | 050 MAIN OFFICE | | | | | | | | | |
| Minor: | 003 EQUIPMENT | | | | | | | | | |
| 3050 | *FIREPROOF FILE CABINET | 9/1/1985 | 2,886.00 | | 10 | 2,886.00 | Fully Depr SL | | 2,886.00 | |
| 3082 | THREE CHAIRS SALES | 12/1/1990 | 1,210.00 | | 10 | 1,210.00 | Fully Depr SL | | 1,210.00 | |
| 3104 | G&A OFFICE ORGANIZER WOOD | 12/13/1993 | 467.00 | | 10 | 467.00 | Fully Depr SL | | 467.00 | |
| 3126 | OFFICE CHAIR - TAMMY | 12/31/1996 | 345.00 | | 5 | 345.00 | Fully Depr SL | | 345.00 | |
| 3129 | 2 MAX TT TICKER PRINTERS | 5/2/1997 | 8,220.00 | | 5 | 8,220.00 | Fully Depr SL | | 8,220.00 | |
| 3145 | OFFICE CHAIR - GRAY | 7/19/1999 | 323.98 | | 5 | 323.98 | Fully Depr SL | | 323.98 | |
| 3147 | SNOKONETTE ICE SHAVER | 8/1/1999 | 691.81 | | 5 | 691.81 | Fully Depr SL | | 691.81 | |
| 3148 | OFFICE CHAIR | 9/8/1999 | 214.90 | | 5 | 214.90 | Fully Depr SL | | 214.90 | |
| 3155 | NETWORKING-COMPUTECH | 9/30/2000 | 2,839.87 | | 5 | 2,839.87 | Fully Depr SL | | 2,839.87 | |
| 3159 | IBM-AS/400 UPGRADE | 3/1/2002 | 69,236.57 | | 5 | 69,236.57 | Fully Depr SL | | 69,236.57 | |
| 3167 | HEAT PUMP-AIR CONDITIONER | 7/11/2008 | 10,009.89 | | 10 | 7,174.12 | 83.42 SL | 500.52 | 7,674.64 | 2,335.25 |
| Minor: | 003 EQUIPMENT | Totals | 96,445.02 | | | 93,609.25 | 83.42 | 500.52 | 94,109.77 | 2,335.25 |
| Plant: | 005 OFF BLDG & EQUP | | | | | | | | | |
| Major: | 050 MAIN OFFICE | | | | | | | | | |
| Minor: | 038 INTANGIBLES | | | | | | | | | |
| 1000 | BARCODE PREFIX RIGHTS | 3/31/2008 | 8,285.00 | | 15 | 4,142.70 | 46.03 SL | 276.18 | 4,418.88 | 3,866.12 |
| Minor: | 038 INTANGIBLES | Totals | 8,285.00 | | | 4,142.70 | 46.03 | 276.18 | 4,418.88 | 3,866.12 |
| Major: | 050 MAIN OFFICE | Totals | 231,721.62 | | | 204,337.38 | 364.08 | 2,184.48 | 206,521.86 | 25,199.76 |
| Plant: | 005 OFF BLDG & EQUP | Totals | 231,721.62 | | | 204,337.38 | 364.08 | 2,184.48 | 206,521.86 | 25,199.76 |
| Plant: | 006 TRUCKS & OTHER | | | | | | | | | |
| Major: | 060 ALL PLANTS | | | | | | | | | |
| Minor: | 009 TRACTORS | | | | | | | | | |
| 9000 | 77 CHEV C6STR V150460 | 7/1/1984 | 7,469.00 | | 5 | 7,469.00 | Fully Depr SL | | 7,469.00 | |
| 9002 | 77 INTL TRAC #GCA13866 | 6/17/1987 | 3,001.00 | | 7 | 3,001.00 | Fully Depr SL | | 3,001.00 | |
| 9004 | 61 PETB6TRAC #13063 | 1/10/1989 | 4,000.00 | | 5 | 4,000.00 | Fully Depr SL | | 4,000.00 | |
| 9009 | 61 WHITE 6TRAC VIN #6019 | 3/18/1999 | 2,156.00 | | 7 | 2,156.00 | Fully Depr SL | | 2,156.00 | |
| 9010 | 84 FRGHTLNR #208 #232860 | 8/31/1991 | 14,900.00 | | 7 | 14,900.00 | Fully Depr SL | | 14,900.00 | |
| 9011 | ENGINE OVERHAUL - LONGHL | 8/31/1991 | 7,566.00 | | 7 | 7,566.00 | Fully Depr SL | | 7,566.00 | |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9012 | ENT/TRAN/RADIATO/REPAIR | 8/31/1991 | 7,000.00 | | 7 | 7,000.00 | Fully Depr | SL | | 7,000.00 | |
| 9013 | TRANSMISSION REBUILD L/H | 8/31/1991 | 10,597.00 | | 7 | 10,597.00 | Fully Depr | SL | | 10,597.00 | |
| 9018 | PETE UNIT #209 OVERHAUL | 12/13/1995 | 8,270.00 | | 7 | 8,270.00 | Fully Depr | SL | | 8,270.00 | |
| 9019 | 86 INTL TRCT #197 17937 | 7/14/1997 | 18,665.00 | | 7 | 18,665.00 | Fully Depr | SL | | 18,665.00 | |
| 9020 | FRLINER #208 OVERHAUL | 7/31/1997 | 6,135.00 | | 7 | 6,135.00 | Fully Depr | SL | | 6,135.00 | |
| 9021 | 87 WHITE TRAC.#198 117447 | 7/31/1997 | 18,313.00 | | 7 | 18,313.00 | Fully Depr | SL | | 18,313.00 | |
| 9022 | TRK 211 TRANSMISSION | 5/21/1998 | 2,145.00 | | 3 | 2,145.00 | Fully Depr | SL | | 2,145.00 | |
| 9024 | 95 FRHTLNR SN#SP719546 | 6/29/1999 | 22,250.00 | | 7 | 22,250.00 | Fully Depr | SL | | 22,250.00 | |
| 9025 | 95 FRHTLNR #SP719530 | 6/30/1999 | 22,250.00 | | 7 | 22,250.00 | Fully Depr | SL | | 22,250.00 | |
| 9026 | 85 PETERB L#944437 S#1195 | 9/8/1999 | 8,411.93 | | 7 | 8,411.93 | Fully Depr | SL | | 8,411.93 | |
| 9027 | MASTER CYLINDER KIT #211 | 6/30/2000 | 4,261.06 | | 5 | 4,261.06 | Fully Depr | SL | | 4,261.06 | |
| 9028 | 96 FRGHT #230 LIC#&178961 | 7/18/2000 | 20,900.00 | | 7 | 20,900.00 | Fully Depr | SL | | 20,900.00 | |
| 9029 | JOHN DEERE 2255 TRACTOR | 10/21/1999 | 10,300.00 | | 7 | 10,300.00 | Fully Depr | SL | | 10,300.00 | |
| 9030 | ENGINE KIT TRK#230 | 1/30/2002 | 5,934.98 | | 5 | 5,934.98 | Fully Depr | SL | | 5,934.98 | |
| 9031 | TRUCK # 214 REBUILD | 8/31/2004 | 9,329.30 | | 5 | 9,329.30 | Fully Depr | SL | | 9,329.30 | |
| 9032 | 1989 INTERNATIONAL TRUCK | 9/21/2005 | 9,948.00 | | 7 | 9,948.00 | Fully Depr | SL | | 9,948.00 | |
| 9033 | 96FRT V#1FUYDCYB3TH710989 | 4/26/2006 | 10,000.00 | | 7 | 10,000.00 | Fully Depr | SL | | 10,000.00 | |
| 9034 | REFER VIN#1JJU532WL442828 | 7/8/2010 | 9,052.00 | | 5 | 9,052.00 | Fully Depr | SL | | 9,052.00 | |
| 9035 | TRUCK #230 ENGINE REBUILD | 11/14/2011 | 8,801.77 | | 5 | 6,748.20 | 146.70 | SL | 880.20 | 7,628.40 | 1,173.37 |
| Minor: | 009 TRACTORS | Totals | 251,656.04 | | | 249,602.47 | 146.70 | | 880.20 | 250,482.67 | 1,173.37 |

Plant: 006 TRUCKS & OTHER
Major: 060 ALL PLANTS
Minor: 010 TRAILERS

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1002 | 76 HM 4FB TRLR #327774 | 7/1/1981 | 1,650.00 | | 5 | 1,650.00 | Fully Depr | SL | | 1,650.00 | |
| 1003 | 79 COMET FB T11 23393 | 3/17/1987 | 7,204.00 | | 7 | 7,204.00 | Fully Depr | SL | | 7,204.00 | |
| 1004 | 75 UTIL FB P21 20015 | 4/30/1987 | 5,929.00 | | 7 | 5,929.00 | Fully Depr | SL | | 5,929.00 | |
| 1006 | 74 TRAIL BELLYDMP L21095 | 1/12/1988 | 4,051.00 | | 7 | 4,051.00 | Fully Depr | SL | | 4,051.00 | |
| 1009 | 69 FRGTL CONGEAR/JODOG886 | 5/9/1990 | 1,500.00 | | 7 | 1,500.00 | Fully Depr | SL | | 1,500.00 | |
| 1012 | 78 WESCO FB VIN788639 | 7/19/1993 | 5,926.00 | | 7 | 5,926.00 | Fully Depr | SL | | 5,926.00 | |
| 1013 | 75 UTIL FB VIN7LS8396002 | 7/19/1993 | 4,313.00 | | 7 | 4,313.00 | Fully Depr | SL | | 4,313.00 | |
| 1015 | 40 TRLMO TLR FB 6685KA | 10/11/1994 | 1,614.00 | | 5 | 1,614.00 | Fully Depr | SL | | 1,614.00 | |
| 1017 | TRLR #218 ENGINE/COMPRSSR | 4/30/1998 | 8,768.00 | | 5 | 8,768.00 | Fully Depr | SL | | 8,768.00 | |
| 1018 | 8487LY JCKSN TRLR 1998 | 6/2/1998 | 3,061.00 | | 10 | 3,061.00 | Fully Depr | SL | | 3,061.00 | |
| 1019 | 91 GREAT DANE REEFER | 11/18/1998 | 15,189.20 | | 10 | 15,189.20 | Fully Depr | SL | | 15,189.20 | |
| 1020 | #216 SIDEWALL & ROOF | 2/6/2001 | 2,467.59 | | 5 | 2,467.59 | Fully Depr | SL | | 2,467.59 | |
| 1021 | #217 SIDEWALL & FLOOR | 3/31/2001 | 3,760.00 | | 5 | 3,760.00 | Fully Depr | SL | | 3,760.00 | |
| 1022 | 1978 FB TRAILER STRIC | 12/3/2001 | 3,000.00 | | 5 | 3,000.00 | Fully Depr | SL | | 3,000.00 | |
| 1023 | 1996 UTILITY REEFER TRLR | 1/18/2007 | 16,188.05 | | 7 | 16,188.05 | Fully Depr | SL | | 16,188.05 | |
| 1024 | 1997 UTILITY 53' REEFER | 6/12/2012 | 8,152.00 | | 7 | 3,784.95 | 97.05 | SL | 582.30 | 4,367.25 | 3,784.75 |
| 1025 | 1998 53' 4AXLE REEFER | 6/12/2012 | 9,078.00 | | 7 | 4,214.73 | 108.07 | SL | 648.42 | 4,863.15 | 4,214.85 |
| 1026 | VIN#1T9PC48B1Y1066101 | 3/12/2013 | 14,000.00 | | 5 | 6,999.90 | 233.33 | SL | 1,399.98 | 8,399.88 | 5,600.12 |
| Minor: | 010 TRAILERS | Totals | 115,850.84 | | | 99,620.42 | 438.45 | | 2,630.70 | 102,251.12 | 13,599.72 |

Plant: 006 TRUCKS & OTHER
Major: 060 ALL PLANTS
Minor: 011 STRADDLE CARRIERS

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100 | 67 VANDO 4STRADL #61234 | 7/1/1967 | 7,616.00 | 500.00 | 8 | 7,116.00 | Fully Depr | SL | | 7,116.00 | 500 |
| 1101 | 68 VANDO 4STRDLCR 1237 | 8/1/1975 | 13,972.00 | | 7 | 13,972.00 | Fully Depr | SL | | 13,972.00 | |
| 1102 | 58 EDWAR STRDLCR ST41118 | 10/1/1983 | 6,211.00 | | 7 | 6,211.00 | Fully Depr | SL | | 6,211.00 | |
| 1103 | 58 EDWAR 7STRDCR ST41131 | 9/1/1987 | 11,825.00 | | 3 | 11,825.00 | Fully Depr | SL | | 11,825.00 | |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1105 | 66 STRAL 4STRADL 660013 | 1/20/1989 | 8,000.00 | | 5 | 8,000.00 | Fully Depr | SL | | 8,000.00 | |
| 1106 | 63 GERLI STRDOL 30004 | 1/20/1989 | 8,000.00 | | 5 | 8,000.00 | Fully Depr | SL | | 8,000.00 | |
| 1108 | *75INT#21393/50MECH#50D20 | 7/13/1989 | 17,200.00 | | 5 | 17,200.00 | Fully Depr | SL | | 17,200.00 | |
| 1109 | 61 STRAL STRDLCR VN610005 | 3/18/1991 | 10,241.00 | | 5 | 10,241.00 | Fully Depr | SL | | 10,241.00 | |
| 1110 | 72 INTL TRAC717951G519439 | 8/15/1994 | 5,182.00 | | 5 | 5,182.00 | Fully Depr | SL | | 5,182.00 | |
| 1111 | 1971 KOCAL STRADDLE 32BIN | 9/20/1996 | 41,002.00 | 500.00 | 7 | 40,502.00 | Fully Depr | SL | | 40,502.00 | 500 |
| 1112 | 1971 32 BIN KOKAL ST CAR | 9/22/1998 | 41,002.00 | | 7 | 41,002.00 | Fully Depr | SL | | 41,002.00 | |
| 1113 | 1989 PETE STOCK# 60901 C | 2/15/2008 | 6,619.00 | | 5 | 6,619.00 | Fully Depr | SL | | 6,619.00 | |
| 1114 | 1990 WGMC TRACTOR | 1/24/2014 | 3,500.00 | | 5 | 1,166.60 | 58.33 | SL | 349.98 | 1,516.58 | 1,983.42 |
| 1115 | 1990 FREIGHTLINER | 1/24/2014 | 5,000.00 | | 5 | 1,666.60 | 83.33 | SL | 499.98 | 2,166.58 | 2,833.42 |
| 1116 | 1989 COMET STRDLCR 40BIN | 1/24/2014 | 2,000.00 | | 5 | 666.60 | 33.33 | SL | 199.98 | 866.58 | 1,133.42 |
| 1117 | 1989 COMET STRDLCR 40BIN | 1/24/2014 | 2,000.00 | | 5 | 666.60 | 33.33 | SL | 199.98 | 866.58 | 1,133.42 |
| Minor: | 011 STRADDLE CARRIERS | Totals | 189,370.00 | 1,000.00 | | 180,036.40 | 208.32 | | 1,249.92 | 181,286.32 | 8,083.68 |

Plant: 006 TRUCKS & OTHER
Major: 060 ALL PLANTS
Minor: 012 TRUCKS

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1204 | 77 FORD DMPTRKF61EV022245 | 8/1/1994 | 7,137.00 | | 7 | 7,137.00 | Fully Depr | SL | | 7,137.00 | |
| 1205 | 61 GMC FB BV4012N1838 | 8/9/1994 | 1,174.00 | | 5 | 1,174.00 | Fully Depr | SL | | 1,174.00 | |
| 1206 | ORO - TRUCKS | 9/1/1997 | 62,173.25 | | 7 | 62,173.25 | Fully Depr | SL | | 62,173.25 | |
| 1207 | ENGINE-1977 FORD F600 | 3/31/2001 | 2,844.90 | | 5 | 2,844.90 | Fully Depr | SL | | 2,844.90 | |
| 1208 | 1999 FORD RANGER FILED ST | 3/21/2001 | 12,129.95 | | 7 | 12,129.95 | Fully Depr | SL | | 12,129.95 | |
| 1209 | 2000 CHEV S-10 PICKUP | 12/3/2002 | 9,984.90 | | 7 | 9,984.90 | Fully Depr | SL | | 9,984.90 | |
| 1210 | 96 TOYOTA PICKUP | 9/12/2003 | 5,500.00 | | 5 | 5,500.00 | Fully Depr | SL | | 5,500.00 | |
| 1212 | 95 DODGE PICKUP | 5/15/2009 | 3,500.00 | | 5 | 3,500.00 | Fully Depr | SL | | 3,500.00 | |
| 1213 | 2002 CHEVY SUBURBAN | 7/15/2010 | 7,200.00 | | 5 | 7,200.00 | Fully Depr | SL | | 7,200.00 | |
| 1214 | 1994 CHERY DIESEL PICKUP | 3/23/2011 | 3,500.00 | | 5 | 3,149.82 | 58.33 | SL | 349.98 | 3,499.80 | 0.2 |
| 1215 | 2007 FORD RANGER PICKUP | 3/30/2011 | 16,809.65 | | 5 | 15,128.64 | 280.16 | SL | 1,680.96 | 16,809.60 | 0.05 |
| 1216 | 2006 FORD RANGER XLT | 6/13/2012 | 15,267.25 | | 5 | 9,923.55 | 254.45 | SL | 1,526.70 | 11,450.25 | 3,817.00 |
| 1217 | 2007 FORD RANGER PICKUP | 4/18/2014 | 16,094.00 | | 5 | 4,559.91 | 268.23 | SL | 1,609.38 | 6,169.29 | 9,924.71 |
| 2008 | 88-L9000 FORD DUMP TRUCK | 10/27/2014 | 8,175.00 | | 5 | 1,498.75 | 136.25 | SL | 817.50 | 2,316.25 | 5,858.75 |
| 2009 | 1996GREEN FORD F25 PICKUP | 1/6/2015 | 8,212.50 | | 5 | 1,095.04 | 136.88 | SL | 821.28 | 1,916.32 | 6,296.18 |
| 2010 | 2007 FORD RANGER SPORT | 3/20/2015 | 15,014.90 | | 5 | 1,501.50 | 250.25 | SL | 1,501.50 | 3,003.00 | 12,011.90 |
| Minor: | 012 TRUCKS | Totals | 194,717.30 | | | 148,501.21 | 1,384.55 | | 8,307.30 | 156,808.51 | 37,908.79 |

Plant: 006 TRUCKS & OTHER
Major: 060 ALL PLANTS
Minor: 014 MISC

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1401 | REBUILT ENGINE | 8/1/1984 | 696.00 | | 5 | 696.00 | Fully Depr | SL | | 696.00 | |
| 1402 | TARPS FOR TRUCKS | 3/24/1987 | 1,420.00 | | 7 | 1,420.00 | Fully Depr | SL | | 1,420.00 | |
| 1403 | 3 TARPS AS PER DRAWING | 9/18/1992 | 5,260.00 | | 7 | 5,260.00 | Fully Depr | SL | | 5,260.00 | |
| 1404 | USED REEFER | 8/31/1991 | 5,823.00 | | 7 | 5,823.00 | Fully Depr | SL | | 5,823.00 | |
| 1405 | REEFER ENGINE | 8/31/1991 | 4,429.00 | | 7 | 4,429.00 | Fully Depr | SL | | 4,429.00 | |
| 1406 | USED 63" SLEEPER PETERBLT | 12/20/1991 | 2,900.00 | | 7 | 2,900.00 | Fully Depr | SL | | 2,900.00 | |
| 1407 | M120 #799TVEC306 VHF 45W | 5/2/1995 | 592.00 | | 5 | 592.00 | Fully Depr | SL | | 592.00 | |
| 1408 | M120 #779TVEC304 VHF 45W | 5/2/1995 | 592.00 | | 5 | 592.00 | Fully Depr | SL | | 592.00 | |
| 1409 | M120 #779TVEC192 VHF 45W | 5/2/1995 | 592.00 | | 5 | 592.00 | Fully Depr | SL | | 592.00 | |
| 1410 | BAG PHONE #313GVC1765Y | 5/2/1995 | 591.00 | | 5 | 591.00 | Fully Depr | SL | | 591.00 | |
| 1411 | TRK #208 REBUILT TRANSMSN | 10/22/1997 | 3,657.00 | | 5 | 3,657.00 | Fully Depr | SL | | 3,657.00 | |
| 1412 | ENGINE OVERHAUL TRK #207 | 6/30/1997 | 9,733.00 | | 5 | 9,733.00 | Fully Depr | SL | | 9,733.00 | |
| 1413 | TRK #208 TRANSMISSION | 10/22/1997 | 7,834.00 | | 3 | 7,834.00 | Fully Depr | SL | | 7,834.00 | |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1414 | TRK 209 CYLINER HEADS | 6/30/1998 | 5,778.00 | | 5 | 5,778.00 | Fully Depr | SL | | 5,778.00 | |
| 1415 | REEFER UNIT | 10/29/1998 | 7,500.00 | | 7 | 7,500.00 | Fully Depr | SL | | 7,500.00 | |
| 1416 | MAJOR REPAIRS AJE20 | 9/1/1999 | 27,262.58 | | 7 | 27,262.58 | Fully Depr | SL | | 27,262.58 | |
| 1417 | T215 ENGINE KIT | 4/30/2002 | 4,049.69 | | 7 | 4,049.69 | Fully Depr | SL | | 4,049.69 | |
| 1418 | 8XTN SERIES 2WT 6CH RADIO | 7/23/2004 | 2,527.20 | | 5 | 2,527.20 | Fully Depr | SL | | 2,527.20 | |
| 1419 | TRANSMISSION-TK #214 | 3/28/2006 | 3,389.40 | | 3 | 3,389.40 | Fully Depr | SL | | 3,389.40 | |
| Minor: 014 MISC | | Totals | 94,625.87 | | | 94,625.87 | | | | | |
| | | | | | | | | | | 94,625.87 | |

Plant:    006 TRUCKS & OTHER
Major:   060 ALL PLANTS
Minor:   020 VEHICLES

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | 1990 CHEV CK10 PU Z155682 | 8/31/1992 | 10,955.00 | | 7 | 10,955.00 | Fully Depr | SL | | 10,955.00 | |
| 2007 | 71 GMC TRK CE134Z117792 | 3/3/1995 | 871.00 | | 7 | 871.00 | Fully Depr | SL | | 871.00 | |
| 2009 | RED 1992 DOD. DAKOTA TRK | 2/3/1997 | 12,266.00 | 1,200.00 | 7 | 11,066.00 | Fully Depr | SL | | 11,066.00 | 1,200.00 |
| 2010 | 94 CHVY T10PU RED/SILVER | 6/18/1998 | 12,931.00 | | 7 | 12,931.00 | Fully Depr | SL | | 12,931.00 | |
| 2012 | ORO - VEHICLES | 9/1/1997 | 1,884.00 | | 5 | 1,884.00 | Fully Depr | SL | | 1,884.00 | |
| 2013 | 98 FORD RANGER XLT (MB) | 12/15/2000 | 10,672.15 | | 7 | 10,672.15 | Fully Depr | SL | | 10,672.15 | |
| 2014 | 83 FORD F1PU RAMHNTR | 7/11/2001 | 1,800.00 | | 5 | 1,800.00 | Fully Depr | SL | | 1,800.00 | |
| 2015 | 89 FORD#1FTEF14H3KPB30231 | 1/19/2005 | 3,500.00 | | 3 | 3,500.00 | Fully Depr | SL | | 3,500.00 | |
| 2016 | 89 FORD#1FTEF14NOKPA33882 | 1/28/2005 | 3,400.00 | | 3 | 3,400.00 | Fully Depr | SL | | 3,400.00 | |
| 2017 | TRANSMISSION-1990 CHEV | 8/31/2005 | 1,796.06 | | 5 | 1,796.06 | Fully Depr | SL | | 1,796.06 | |
| Minor: 020 VEHICLES | | Totals | 60,075.21 | 1,200.00 | | 58,875.21 | | | | 58,875.21 | 1,200.00 |
| Major: 060 ALL PLANTS | | Totals | 906,295.26 | 2,200.00 | | 831,261.58 | 2,178.02 | | 13,068.12 | 844,329.70 | 61,965.56 |
| Plant: 006 TRUCKS & OTHER | | Totals | 906,295.26 | 2,200.00 | | 831,261.58 | 2,178.02 | | 13,068.12 | 844,329.70 | 61,965.56 |

Plant:    007 FORKLIFTS
Major:   060 ALL PLANTS
Minor:   013 LIFT TRUCKS

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1313 | *REBUILD FLORKLIFT ENGINE | 2/1/1988 | 5,279.00 | | 3 | 5,279.00 | Fully Depr | SL | | 5,279.00 | |
| 1315 | *CLARK C500560 FORKLIFT | 8/1/1989 | 14,512.00 | | 8 | 14,512.00 | Fully Depr | SL | | 14,512.00 | |
| 1316 | CLARK LOADER | 12/1/1963 | 9,274.00 | 500.00 | 10 | 8,774.00 | Fully Depr | SL | | 8,774.00 | 500 |
| 1320 | MOD 540BP LIFTTRUCK | 8/1/1975 | 2,694.00 | | 5 | 2,694.00 | Fully Depr | SL | | 2,694.00 | |
| 1337 | S55XL2 F/L SN C187V06072P | 10/26/1993 | 26,154.00 | | 7 | 26,154.00 | Fully Depr | SL | | 26,154.00 | |
| 1343 | 95-068 D177B21410S HYSTER | 1/31/1997 | 22,106.00 | 500.00 | 10 | 21,606.00 | Fully Depr | SL | | 21,606.00 | 500 |
| 1344 | HYSTER H50XM LIFT TRUCK | 7/1/1999 | 23,569.32 | 500.00 | 10 | 23,069.32 | Fully Depr | SL | | 23,069.32 | 500 |
| 1345 | HYSTER H50XM LIFT TRUCK | 7/1/1999 | 23,569.32 | 500.00 | 10 | 23,069.32 | Fully Depr | SL | | 23,069.32 | 500 |
| 1346 | HYSTER H50XM LIFT TRUCK | 7/1/1999 | 23,569.32 | 500.00 | 10 | 23,069.32 | Fully Depr | SL | | 23,069.32 | 500 |
| 1347 | HYSTER H50XM LIFT TRUCK | 7/1/1999 | 23,569.32 | 500.00 | 10 | 23,069.32 | Fully Depr | SL | | 23,069.32 | 500 |
| 1348 | HYSTER H50XM LIFT TRUCK | 7/1/1999 | 23,569.32 | 500.00 | 10 | 23,069.32 | Fully Depr | SL | | 23,069.32 | 500 |
| 1349 | HYSTER H50XM LIFT TRUCK | 7/1/1999 | 23,569.32 | 500.00 | 10 | 23,069.32 | Fully Depr | SL | | 23,069.32 | 500 |
| 1356 | FORKLIFT#40 PARTS & LABOR | 8/31/2004 | 4,279.58 | | 5 | 4,279.58 | Fully Depr | SL | | 4,279.58 | |
| 1357 | 48" FORKS | 8/31/2004 | 4,050.00 | | 5 | 4,050.00 | Fully Depr | SL | | 4,050.00 | |
| 1358 | REPAIR TRANSMISSION # | 7/29/2005 | 6,576.99 | | 5 | 6,576.99 | Fully Depr | SL | | 6,576.99 | |
| 1359 | REBUILD TRANSMISSION-#30 | 8/26/2005 | 12,273.49 | | 5 | 12,273.49 | Fully Depr | SL | | 12,273.49 | |
| 1360 | REPAIR LIFT TRUCK # 40 | 9/30/2005 | 3,517.86 | | 5 | 3,517.86 | Fully Depr | SL | | 3,517.86 | |
| 1361 | REPAIR LIFT TRUCK #43 | 9/30/2005 | 7,422.05 | | 5 | 7,422.05 | Fully Depr | SL | | 7,422.05 | |
| 1364 | HYSTER ELECTRIC E45XM | 5/31/2007 | 7,290.00 | | 5 | 7,290.00 | Fully Depr | SL | | 7,290.00 | |
| 1365 | 3 TOYOTA FORKLIFTS | 9/30/2007 | 69,737.76 | | 10 | 55,790.40 | 581.15 | SL | 3,486.90 | 59,277.30 | 10,460.46 |
| 1366 | TOYOTA #26167 & #26179 | 9/24/2009 | 49,115.50 | | 10 | 29,469.60 | 409.30 | SL | 2,455.80 | 31,925.40 | 17,190.10 |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1367 | TOYOTA SERIAL #16012 | 9/1/2010 | 20,734.82 | | 10 | 10,367.40 | 172.79 | SL | 1,036.74 | 11,404.14 | 9,330.68 |
| 1368 | TOYOTA SERIAL #15991 | 9/1/2010 | 20,734.82 | | 10 | 10,367.40 | 172.79 | SL | 1,036.74 | 11,404.14 | 9,330.68 |
| 1369 | TOYOTA SERIAL # 16035 | 9/1/2010 | 20,734.82 | | 10 | 10,367.40 | 172.79 | SL | 1,036.74 | 11,404.14 | 9,330.68 |
| 1370 | TOYOTA SERIAL # 16048 | 9/1/2010 | 20,734.82 | | 10 | 10,367.40 | 172.79 | SL | 1,036.74 | 11,404.14 | 9,330.68 |
| 1371 | TOYOTA SERIAL # 44644 | 6/30/2013 | 28,131.24 | | 10 | 6,329.61 | 234.43 | SL | 1,406.58 | 7,736.19 | 20,395.05 |
| 1372 | TOYOTA SERIAL # 45403 | 6/30/2013 | 28,131.24 | | 10 | 6,329.61 | 234.43 | SL | 1,406.58 | 7,736.19 | 20,395.05 |
| 1373 | TOYOTA SERIAL # 45473 | 6/30/2013 | 28,131.24 | | 10 | 6,329.61 | 234.43 | SL | 1,406.58 | 7,736.19 | 20,395.05 |
| 1374 | TOYOTA SERIAL # 60034 | 9/9/2014 | 28,862.70 | | 10 | 2,886.24 | 240.52 | SL | 1,443.12 | 4,329.36 | 24,533.34 |
| 1375 | TOYOTA SERIAL # 62728 | 9/9/2014 | 28,862.70 | | 10 | 2,886.24 | 240.52 | SL | 1,443.12 | 4,329.36 | 24,533.34 |
| Minor: 013 LIFT TRUCKS | | Totals | 610,756.55 | 4,000.00 | | 414,335.80 | 2,865.94 | | 17,195.64 | 431,531.44 | 179,225.11 |
| | | | | | | | | | | | |
| Major: 060 ALL PLANTS | | Totals | 610,756.55 | 4,000.00 | | 414,335.80 | 2,865.94 | | 17,195.64 | 431,531.44 | 179,225.11 |
| | | | | | | | | | | | |
| Plant: 007 FORKLIFTS | | Totals | 610,756.55 | 4,000.00 | | 414,335.80 | 2,865.94 | | 17,195.64 | 431,531.44 | 179,225.11 |

Plant: 008 ORCHARD ASSETS
Major: 096 ORCHARDS
Minor: 032 ORCHARD LAND

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | GAUSMAN LAND | 2/15/2000 | 1,500.00 | | | | - | SL | | | 1,500.00 |
| 200 | COOK LAND | 5/15/2000 | 73,919.82 | | | | - | SL | | | 73,919.82 |
| 300 | NORTHCO LAND | 3/28/2000 | 662,214.00 | | | | - | SL | | | 662,214.00 |
| 301 | NORTHCO/COBANK CLOSING | 2/20/2010 | 39,320.81 | | | | - | SL | | | 39,320.81 |
| 400 | NINE MILE LAND | 2/5/2005 | 37,074.00 | | | | - | SL | | | 37,074.00 |
| 500 | MCDOUGAL LAND | 2/5/2005 | 72,263.00 | | | | - | SL | | | 72,263.00 |
| 600 | BLUE LAKE LAND | 9/17/2012 | 263,821.48 | | | | - | SL | | | 263,821.48 |
| Minor: 032 ORCHARD LAND | | Totals | 1,150,113.11 | | | | | | | | 1,150,113.11 |

Plant: 008 ORCHARD ASSETS
Major: 096 ORCHARDS
Minor: 033 ORCHARD BUILDINGS

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | COOK BUILDINGS | 5/15/2000 | 205,504.00 | | 40 | 78,775.93 | 428.13 | SL | 2,568.78 | 81,344.71 | 124,159.29 |
| 300 | NORTHCO BUILDINGS | 3/28/2000 | 89,694.00 | | 40 | 34,569.11 | 186.86 | SL | 1,121.16 | 35,690.27 | 54,003.73 |
| 310 | NORTHCO SHOP ROOF | 7/31/2011 | 9,100.04 | | 10 | 3,791.50 | 75.83 | SL | 454.98 | 4,246.48 | 4,853.56 |
| Minor: 033 ORCHARD BUILDINGS | | Totals | 304,298.04 | | | 117,136.54 | 690.82 | | 4,144.92 | 121,281.46 | 183,016.58 |

Plant: 008 ORCHARD ASSETS
Major: 096 ORCHARDS
Minor: 034 ORCHARD IRRIGATION

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | GAUSMAN IRRIGATION | 2/15/2000 | 2,566.00 | | 7 | 2,566.00 | Fully Depr | SL | | 2,566.00 | |
| 200 | COOK IRRIGATION | 5/15/2000 | 28,692.00 | | 7 | 28,692.00 | Fully Depr | SL | | 28,692.00 | |
| 300 | NORTHCO IRRIGATION | 3/28/2000 | 152,426.00 | | 7 | 152,426.00 | Fully Depr | SL | | 152,426.00 | |
| 301 | PUMP B6ZPL 25HP 3PH | 4/30/2002 | 2,451.13 | | 7 | 2,451.13 | Fully Depr | SL | | 2,451.13 | |
| 415 | CHERDON IRRIGATION | 5/31/2005 | 7,501.15 | | 7 | 7,501.15 | Fully Depr | SL | | 7,501.15 | |
| 420 | KERNAN IRRIGATION COSTS | 6/30/2006 | 20,766.49 | | 7 | 20,766.49 | Fully Depr | SL | | 20,766.49 | |
| 421 | MCDOUGAL-IRRIG SYSTEM | 5/31/2008 | 10,786.08 | | 7 | 10,786.08 | Fully Depr | SL | | 10,786.08 | |
| 422 | NORTHCO 50HP TURBINE PUMP | 5/31/2008 | 8,004.15 | | 7 | 8,004.15 | Fully Depr | SL | | 8,004.15 | |
| 423 | CHERDON NEW PLANTING IRRI | 6/1/2009 | 7,187.13 | | 7 | 6,417.00 | 85.56 | SL | 513.36 | 6,930.36 | 256.77 |
| 424 | KERNAN NEW PLANTING IRRIG | 6/1/2009 | 4,896.26 | | 7 | 4,371.75 | 58.29 | SL | 349.74 | 4,721.49 | 174.77 |
| 425 | NORTHCO NEW PLANTING IRRI | 6/1/2009 | 19,408.41 | | 7 | 17,328.75 | 231.05 | SL | 1,386.30 | 18,715.05 | 693.36 |
| 426 | 9MILE NEW PLANTING IRRIGA | 6/1/2009 | 6,120.93 | | 7 | 5,465.25 | 72.87 | SL | 437.22 | 5,902.47 | 218.46 |
| 427 | 8"MAIN LINE - KERNAN | 1/25/2010 | 5,128.47 | | 7 | 4,151.40 | 61.05 | SL | 366.30 | 4,517.70 | 610.77 |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 428 | KERNAN - NEW IRRIGATION | 6/1/2010 | 2,970.23 | | 10 | 1,559.25 | 24.75 | SL | 148.50 | 1,707.75 | 1,262.48 |
| 429 | NORTHCO-NEW IRRIGATION | 6/1/2010 | 1,656.63 | | 10 | 870.03 | 13.81 | SL | 82.86 | 952.89 | 703.74 |
| 430 | NINE MILE-NEW IRRIGATION | 6/1/2010 | 3,203.37 | | 10 | 1,682.10 | 26.70 | SL | 160.20 | 1,842.30 | 1,361.07 |
| 431 | KERNAN - NEW IRRIGATION | 6/1/2011 | 2,252.29 | | 7 | 1,367.31 | 26.81 | SL | 160.86 | 1,528.17 | 724.12 |
| 432 | GAUSMAN - NEW IRRIGATION | 6/1/2011 | 4,313.25 | | 7 | 2,618.85 | 51.35 | SL | 308.10 | 2,926.95 | 1,386.30 |
| 433 | BLACKLER - NEW IRRIGATION | 6/1/2011 | 5,389.46 | | 7 | 3,272.16 | 64.16 | SL | 384.96 | 3,657.12 | 1,732.34 |
| 434 | NORTHCO - NEW IRRIGATION | 6/1/2011 | 5,702.60 | | 7 | 3,462.39 | 67.89 | SL | 407.34 | 3,869.73 | 1,832.87 |
| 435 | CHERDON - NEW IRRIGATION | 5/31/2012 | 3,764.50 | | 7 | 1,792.80 | 44.82 | SL | 268.92 | 2,061.72 | 1,702.78 |
| 436 | KERNAN - NEW IRRIGATION | 5/31/2012 | 23,015.88 | | 7 | 10,960.00 | 274.00 | SL | 1,644.00 | 12,604.00 | 10,411.88 |
| 437 | NORTHCO - NEW IRRIGATION | 5/31/2012 | 12,617.41 | | 7 | 6,008.40 | 150.21 | SL | 901.26 | 6,909.66 | 5,707.75 |
| 438 | GAUSMAN - NEW IRRIGATION | 5/31/2012 | 2,010.76 | | 7 | 957.60 | 23.94 | SL | 143.64 | 1,101.24 | 909.52 |
| 439 | 9 NILE - NEW IRRIGATION | 5/31/2012 | 2,846.88 | | 7 | 1,355.60 | 33.89 | SL | 203.34 | 1,558.94 | 1,287.94 |
| 440 | KERNAN-2.7 ACRE CHERRY IR | 6/1/2013 | 10,799.34 | | 7 | 3,471.12 | 128.56 | SL | 771.36 | 4,242.48 | 6,556.86 |
| 441 | KERNAN-.5 ACRE R PEAR IRR | 6/1/2013 | 4,521.81 | | 7 | 1,453.41 | 53.83 | SL | 322.98 | 1,776.39 | 2,745.42 |
| 442 | NCO IRRIG-6AC FUJI BLK 6D | 5/31/2014 | 15,238.79 | | 7 | 2,902.56 | 181.41 | SL | 1,088.46 | 3,991.02 | 11,247.77 |
| 443 | NCO-5.18AC M.RED BLK 16E | 6/30/2014 | 9,703.91 | | 7 | 1,732.80 | 115.52 | SL | 693.12 | 2,425.92 | 7,277.99 |
| 444 | KERNAN-NEW MAIN LINE | 4/30/2014 | 10,382.74 | | 7 | 2,101.20 | 123.60 | SL | 741.60 | 2,842.80 | 7,539.94 |
| 445 | KERNAN-2.5AC CHERRY+MISC | 7/15/2014 | 6,090.83 | | 7 | 1,015.14 | 72.51 | SL | 435.06 | 1,450.20 | 4,640.63 |
| 446 | IRRIGATION PUMP-NORTHCO | 4/17/2015 | 5,057.27 | | 5 | 421.45 | 84.29 | SL | 505.74 | 927.19 | 4,130.08 |
| Minor: | 034 ORCHARD IRRIGATION | Totals | 407,472.15 | | | 319,931.32 | 2,070.87 | | 12,425.22 | 332,356.54 | 75,115.61 |

Plant:    008 ORCHARD ASSETS
Major:    096 ORCHARDS
Minor:    035 ORCHARD EQUIPMENT

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 79 JD WHEEL TRACTOR 2240 | 2/15/2000 | 4,500.00 | | 7 | 4,500.00 | Fully Depr | SL | | 4,500.00 | |
| 101 | 75 FORD TRACTOR 3000 | 2/15/2000 | 3,000.00 | | 7 | 3,000.00 | Fully Depr | SL | | 3,000.00 | |
| 102 | 70 METTER SPRAYER | 2/15/2000 | 3,000.00 | | 7 | 3,000.00 | Fully Depr | SL | | 3,000.00 | |
| 103 | 75 WOODS MOWER | 2/15/2000 | 1,000.00 | | 7 | 1,000.00 | Fully Depr | SL | | 1,000.00 | |
| 104 | .7 CASE TRCT W/ 63 EDW FL | 2/15/2000 | 2,000.00 | | 7 | 2,000.00 | Fully Depr | SL | | 2,000.00 | |
| 106 | 78 FERTILIZER SPREADER | 2/15/2000 | 600.00 | | 7 | 600.00 | Fully Depr | SL | | 600.00 | |
| 107 | 68 GMC 1 TON FLATBED TRK | 2/15/2000 | 1,000.00 | | 7 | 1,000.00 | Fully Depr | SL | | 1,000.00 | |
| 108 | 85 4 WHEEL HONDA BIKE | 2/15/2000 | 1,000.00 | | 7 | 1,000.00 | Fully Depr | SL | | 1,000.00 | |
| 109 | OLD SERVIS MOWER | 2/15/2000 | 500.00 | | 7 | 500.00 | Fully Depr | SL | | 500.00 | |
| 110 | OLD FORD MOWER | 2/15/2000 | 500.00 | | 7 | 500.00 | Fully Depr | SL | | 500.00 | |
| 111 | BLADE FOR WHEEL TRACTOR | 2/15/2000 | 300.00 | | 7 | 300.00 | Fully Depr | SL | | 300.00 | |
| 112 | LADDERS AND BAGS | 2/15/2000 | 2,000.00 | | 7 | 2,000.00 | Fully Depr | SL | | 2,000.00 | |
| 113 | PRUNING EQUIPMENT | 2/15/2000 | 1,000.00 | | 7 | 1,000.00 | Fully Depr | SL | | 1,000.00 | |
| 115 | GAS TANK ABOVE GROUND | 2/15/2000 | 500.00 | | 7 | 500.00 | Fully Depr | SL | | 500.00 | |
| 116 | 2 THREE POINT HITCH FORKS | 2/15/2000 | 400.00 | | 7 | 400.00 | Fully Depr | SL | | 400.00 | |
| 200 | MOWER AND SPRAYER D&D ACT | 3/6/2002 | 2,044.40 | | 5 | 2,044.40 | Fully Depr | SL | | 2,044.40 | |
| 300 | .6ACTOR KUBOTA M4500 | 3/28/2000 | 3,500.00 | | 7 | 3,500.00 | Fully Depr | SL | | 3,500.00 | |
| 301 | TRACTOR FORD 4600 | 3/28/2000 | 3,000.00 | | 7 | 3,000.00 | Fully Depr | SL | | 3,000.00 | |
| 302 | TRACTOR FORD 4610 | 3/28/2000 | 3,000.00 | | 7 | 3,000.00 | Fully Depr | SL | | 3,000.00 | |
| 303 | TRACTOR FORD 4000 | 3/28/2000 | 3,000.00 | | 7 | 3,000.00 | Fully Depr | SL | | 3,000.00 | |
| 304 | TRACTOR JOHN DEERE 2240 | 3/28/2000 | 4,500.00 | | 7 | 4,500.00 | Fully Depr | SL | | 4,500.00 | |
| 305 | TRACTOR J.D.2240 W/LOADER | 3/28/2000 | 7,000.00 | | 7 | 7,000.00 | Fully Depr | SL | | 7,000.00 | |
| 306 | TRACTOR J.D.2020 W/LOADER | 3/28/2000 | 5,500.00 | | 7 | 5,500.00 | Fully Depr | SL | | 5,500.00 | |
| 308 | TRACTOR MF 135 GAS | 3/28/2000 | 2,800.00 | | 7 | 2,800.00 | Fully Depr | SL | | 2,800.00 | |
| 313 | SPRAYER FMC 430-400 GAL | 3/28/2000 | 2,500.00 | | 7 | 2,500.00 | Fully Depr | SL | | 2,500.00 | |
| 314 | SPRAYER FMC 430-400 GAL | 3/28/2000 | 2,500.00 | | 7 | 2,500.00 | Fully Depr | SL | | 2,500.00 | |
| 315 | SPRAYER FMC 430-400 GAL | 3/28/2000 | 2,500.00 | | 7 | 2,500.00 | Fully Depr | SL | | 2,500.00 | |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 316 | SPRAYER LV 300-300 GAL | 3/28/2000 | 1,550.00 | | 7 | 1,550.00 | Fully Depr | SL | | 1,550.00 | |
| 317 | SPRAYER LV 300-300 GAL | 3/28/2000 | 1,550.00 | | 7 | 1,550.00 | Fully Depr | SL | | 1,550.00 | |
| 318 | SPRAYER METTERS-400 GAL | 3/28/2000 | 2,500.00 | | 7 | 2,500.00 | Fully Depr | SL | | 2,500.00 | |
| 323 | WEED SPRAYER 100 GAL | 3/28/2000 | 200.00 | | 7 | 200.00 | Fully Depr | SL | | 200.00 | |
| 324 | WEED SPRAYER 100 GAL | 3/28/2000 | 200.00 | | 7 | 200.00 | Fully Depr | SL | | 200.00 | |
| 325 | WEED SPRAYER 100 GAL | 3/28/2000 | 200.00 | | 7 | 200.00 | Fully Depr | SL | | 200.00 | |
| 330 | MOWER BUSHOG 109" MOWER | 3/28/2000 | 500.00 | | 7 | 500.00 | Fully Depr | SL | | 500.00 | |
| 331 | MOWER BUSHOG 109" MOWER | 3/28/2000 | 500.00 | | 7 | 500.00 | Fully Depr | SL | | 500.00 | |
| 332 | MOWER RANKIN 96" MOWER | 3/28/2000 | 600.00 | | 7 | 600.00 | Fully Depr | SL | | 600.00 | |
| 333 | MOWER SERVIS 72" MOWER | 3/28/2000 | 1,000.00 | | 7 | 1,000.00 | Fully Depr | SL | | 1,000.00 | |
| 334 | MOWER BUSHOG 84" MOWER | 3/28/2000 | 200.00 | | 7 | 200.00 | Fully Depr | SL | | 200.00 | |
| 338 | LIFTS EDWARD REAR | 3/28/2000 | 300.00 | | 7 | 300.00 | Fully Depr | SL | | 300.00 | |
| 339 | LIFTS 7-REAR PACK FORKS | 3/28/2000 | 2,100.00 | | 7 | 2,100.00 | Fully Depr | SL | | 2,100.00 | |
| 340 | LIFTS FRONT PACK FORK | 3/28/2000 | 300.00 | | 7 | 300.00 | Fully Depr | SL | | 300.00 | |
| 345 | SNOW EQUIP 6' REAR BLADE | 3/28/2000 | 300.00 | | 7 | 300.00 | Fully Depr | SL | | 300.00 | |
| 346 | SNOW EQUIP 6' REAR BLADE | 3/28/2000 | 300.00 | | 7 | 300.00 | Fully Depr | SL | | 300.00 | |
| 347 | SNOW EQUIP 60" SNOW BLOWR | 3/28/2000 | 700.00 | | 7 | 700.00 | Fully Depr | SL | | 700.00 | |
| 350 | 4-WHEELER SUZUKI 185 | 3/28/2000 | 1,500.00 | | 7 | 1,500.00 | Fully Depr | SL | | 1,500.00 | |
| 351 | 4-WHEELER SUZUKI 250 | 3/28/2000 | 1,500.00 | | 7 | 1,500.00 | Fully Depr | SL | | 1,500.00 | |
| 352 | 4-WHEELER HONDA 250 | 3/28/2000 | 1,500.00 | | 7 | 1,500.00 | Fully Depr | SL | | 1,500.00 | |
| 353 | 3-WHEELER HONDA | 3/28/2000 | 1,000.00 | | 7 | 1,000.00 | Fully Depr | SL | | 1,000.00 | |
| 354 | 3-WHEELER HONDA | 3/28/2000 | 1,000.00 | | 7 | 1,000.00 | Fully Depr | SL | | 1,000.00 | |
| 355 | 3-WHEELER HONDA | 3/28/2000 | 1,000.00 | | 7 | 1,000.00 | Fully Depr | SL | | 1,000.00 | |
| 356 | 3-WHEELER HONDA | 3/28/2000 | 1,000.00 | | 7 | 1,000.00 | Fully Depr | SL | | 1,000.00 | |
| 359 | MISC EQUIP 2' TREE AUGER | 3/28/2000 | 400.00 | | 7 | 400.00 | Fully Depr | SL | | 400.00 | |
| 360 | MISC EQUIP ORCH TRAILER | 3/28/2000 | 500.00 | | 7 | 500.00 | Fully Depr | SL | | 500.00 | |
| 361 | MISC EQUIP ORCH TRAILER | 3/28/2000 | 500.00 | | 7 | 500.00 | Fully Depr | SL | | 500.00 | |
| 362 | MISC EQUIP ORCH TRAILER | 3/28/2000 | 500.00 | | 7 | 500.00 | Fully Depr | SL | | 500.00 | |
| 363 | MISC EQUIP LIME SPREADER | 3/28/2000 | 750.00 | | 7 | 750.00 | Fully Depr | SL | | 750.00 | |
| 364 | MISC EQUIP RADIO EQUIP | 3/28/2000 | 1,595.00 | | 7 | 1,595.00 | Fully Depr | SL | | 1,595.00 | |
| 370 | 1989 S-10 | 3/28/2000 | 9,341.00 | | 7 | 9,341.00 | Fully Depr | SL | | 9,341.00 | |
| 371 | 1984 S-10 | 3/28/2000 | 4,500.00 | | 7 | 4,500.00 | Fully Depr | SL | | 4,500.00 | |
| 372 | CHEV LUV P/U | 3/28/2000 | 1,000.00 | | 7 | 1,000.00 | Fully Depr | SL | | 1,000.00 | |
| 373 | CHEV LUV P/U | 3/28/2000 | 1,000.00 | | 7 | 1,000.00 | Fully Depr | SL | | 1,000.00 | |
| 374 | CHEV LUV P/U | 3/28/2000 | 1,000.00 | | 7 | 1,000.00 | Fully Depr | SL | | 1,000.00 | |
| 375 | 1965 CHEV TRUCK | 3/28/2000 | 1,000.00 | | 7 | 1,000.00 | Fully Depr | SL | | 1,000.00 | |
| 376 | INTERNATIONAL CAB OVER | 3/28/2000 | 19,000.00 | | 7 | 19,000.00 | Fully Depr | SL | | 19,000.00 | |
| 377 | 24 BIN EDWARD STRADDLE | 3/28/2000 | 10,000.00 | | 7 | 10,000.00 | Fully Depr | SL | | 10,000.00 | |
| 378 | 60-10' ALUMINUM LADDERS | 3/28/2000 | 3,000.00 | | 7 | 3,000.00 | Fully Depr | SL | | 3,000.00 | |
| 379 | 8-12' ALUMINUM LADDERS | 3/28/2000 | 400.00 | | 7 | 400.00 | Fully Depr | SL | | 400.00 | |
| 380 | 5-8' ALUMINUM LADDERS | 3/28/2000 | 200.00 | | 7 | 200.00 | Fully Depr | SL | | 200.00 | |
| 384 | CHAIN SAW | 3/28/2000 | 1,250.00 | | 7 | 1,250.00 | Fully Depr | SL | | 1,250.00 | |
| 385 | CHAIN SAW | 3/28/2000 | 1,250.00 | | 7 | 1,250.00 | Fully Depr | SL | | 1,250.00 | |
| 390 | WIND MACH 25HP TR BR ELEC | 3/28/2000 | 9,500.00 | | 7 | 9,500.00 | Fully Depr | SL | | 9,500.00 | |
| 391 | WIND MACH EOT TROP BREEZE | 3/28/2000 | 9,000.00 | | 7 | 9,000.00 | Fully Depr | SL | | 9,000.00 | |
| 392 | WIND MACH EOT TROP BREEZE | 3/28/2000 | 9,000.00 | | 7 | 9,000.00 | Fully Depr | SL | | 9,000.00 | |
| 393 | WIND MACH EOT TROP BREEZE | 3/28/2000 | 9,000.00 | | 7 | 9,000.00 | Fully Depr | SL | | 9,000.00 | |
| 394 | WIND MACH GRND PWR TR/BR | 3/28/2000 | 8,000.00 | | 7 | 8,000.00 | Fully Depr | SL | | 8,000.00 | |
| 395 | WIND MACH GRND PWR TR/BR | 3/28/2000 | 8,000.00 | | 7 | 8,000.00 | Fully Depr | SL | | 8,000.00 | |
| 396 | WIND MACH ORCHARD RITE | 3/28/2000 | 6,350.00 | | 7 | 6,350.00 | Fully Depr | SL | | 6,350.00 | |
| 397 | WIND MACH ORCHARD RITE | 3/28/2000 | 6,350.00 | | 7 | 6,350.00 | Fully Depr | SL | | 6,350.00 | |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 398 | FINAL WIND MACHINE-NAEDA | 4/19/2001 | 5,555.86 | | 7 | 5,555.86 | Fully Depr | SL | | 5,555.86 | |
| 399 | SPRAYER | 3/12/2002 | 2,000.00 | | 5 | 2,000.00 | Fully Depr | SL | | 2,000.00 | |
| 400 | GD PORTION OF KERNAN | 8/31/2001 | | | | 3,582.12 | Fully Depr | SL | | 3,582.12 | -3,582.12 |
| 401 | 86 FORD F1PU | 6/25/2002 | 1,311.45 | | 5 | 1,311.45 | Fully Depr | SL | | 1,311.45 | |
| 500 | KERNAN 2 TRACTORS | 4/30/2004 | 55,841.28 | | 7 | 55,841.28 | Fully Depr | SL | | 55,841.28 | |
| 510 | NORTHCO 1987 DODGE VAN | 5/6/2004 | 3,200.00 | | 5 | 3,200.00 | Fully Depr | SL | | 3,200.00 | |
| 900 | RANKIN SNG SHANK RIPPER | 5/1/2000 | 301.28 | | 5 | 301.28 | Fully Depr | SL | | 301.28 | |
| 901 | DANNSER 9"X40" AUGER BIT | 5/1/2000 | 307.74 | | 5 | 307.74 | Fully Depr | SL | | 307.74 | |
| 902 | BEAN MOD-100-GAL SPRAYER | 6/1/2000 | 1,614.00 | | 5 | 1,614.00 | Fully Depr | SL | | 1,614.00 | |
| 903 | BRABER-MASCHIO TILLER | 4/30/2001 | 2,824.20 | | 7 | 2,824.20 | Fully Depr | SL | | 2,824.20 | |
| 904 | PUMP & FITTINGS - GAUSMAN | 4/30/2001 | 1,421.95 | | 5 | 1,421.95 | Fully Depr | SL | | 1,421.95 | |
| 906 | WOODS OFFSET MOWER | 8/15/2002 | 882.00 | | 5 | 882.00 | Fully Depr | SL | | 882.00 | |
| 907 | BUNCH MOWER | 3/10/2005 | 2,750.00 | | 5 | 2,750.00 | Fully Depr | SL | | 2,750.00 | |
| 908 | NINE MILE&MCDOUGAL EQUIP | 8/31/2005 | 24,849.00 | | 5 | 24,849.00 | Fully Depr | SL | | 24,849.00 | |
| 909 | SPRAYER FOR COOK ORCH | 4/26/2006 | 1,500.00 | | 5 | 1,500.00 | Fully Depr | SL | | 1,500.00 | |
| 910 | 06 RALLY ATV BOMBARDIER | 5/10/2006 | 3,373.25 | | 7 | 3,373.25 | Fully Depr | SL | | 3,373.25 | |
| 911 | HONDA 4 WHEELER/KERNAN | 6/7/2006 | 1,000.00 | | 5 | 1,000.00 | Fully Depr | SL | | 1,000.00 | |
| 912 | MOWER FOR BKO | 6/12/2006 | 1,500.00 | | 5 | 1,500.00 | Fully Depr | SL | | 1,500.00 | |
| 913 | TURBO MIST BIN TRAILER | 9/30/2006 | 2,000.00 | | 7 | 2,000.00 | Fully Depr | SL | | 2,000.00 | |
| 914 | 2006 KAW 4 WHEELER | 9/6/2006 | 3,100.00 | | 5 | 3,100.00 | Fully Depr | SL | | 3,100.00 | |
| 915 | 2006 HAWKEYE 2X4 RED ATV | 7/6/2007 | 4,077.00 | | 5 | 4,077.00 | Fully Depr | SL | | 4,077.00 | |
| 916 | 4-WHEELERS/NORTHCO&KERNAN | 6/26/2008 | 4,029.35 | | 5 | 4,029.35 | Fully Depr | SL | | 4,029.35 | |
| 917 | 1984 TOYOTA PICKUP | 7/22/2008 | 1,900.00 | | 7 | 1,900.00 | Fully Depr | SL | | 1,900.00 | |
| 918 | 30P41123&S30P41122SPRAYER | 4/15/2009 | 32,956.20 | | 5 | 32,956.20 | Fully Depr | SL | | 32,956.20 | |
| 919 | 2005 KUBOTA TRACTOR | 2/8/2010 | 18,500.00 | | 5 | 18,500.00 | Fully Depr | SL | | 18,500.00 | |
| 920 | VIN#1GCDT14X4V86463/S-10 | 4/15/2010 | 3,061.50 | | 7 | 2,369.25 | 36.45 | SL | 218.70 | 2,587.95 | 473.55 |
| 921 | 2009 FOX FLATBED TRAILER | 8/19/2010 | 5,000.00 | | 5 | 5,000.00 | Fully Depr | SL | | 5,000.00 | |
| 922 | 1987 FORD RANGER KERNAN | 3/23/2011 | 600.00 | | 5 | 540.00 | 10.00 | SL | 60.00 | 600.00 | |
| 923 | 2010 TURBO MIST SPRAYER | 3/31/2011 | 16,693.50 | | 5 | 15,024.42 | 277.93 | SL | 1,669.08 | 16,693.50 | |
| 924 | 2 KUBOTAS #83346 & #83763 | 5/17/2011 | 55,578.65 | | 5 | 48,168.12 | 926.31 | SL | 5,557.86 | 53,725.98 | 1,852.67 |
| 925 | 2009 HONDA 4 WHEELER | 7/15/2011 | 4,420.54 | | 5 | 3,684.00 | 73.68 | SL | 442.08 | 4,126.08 | 294.46 |
| 926 | KERNAN-4 BIN HYDR.TRAILER | 9/7/2011 | 6,756.25 | | 5 | 5,404.80 | 112.60 | SL | 675.60 | 6,080.40 | 675.85 |
| 927 | 2000 TURBO MIST SPRAYER | 3/30/2012 | 6,462.00 | | 5 | 4,523.40 | 107.70 | SL | 646.20 | 5,169.60 | 1,292.40 |
| 928 | S#S30P41204NSHD SPRAYER | 3/31/2012 | 17,770.50 | | 5 | 12,439.56 | 296.18 | SL | 1,777.08 | 14,216.64 | 3,553.86 |
| 929 | S#S30P41270NSHD SPRAYER | 3/31/2012 | 17,770.50 | | 5 | 12,439.56 | 296.18 | SL | 1,777.08 | 14,216.64 | 3,553.86 |
| 930 | 5 ACRES OF EXTENDAY | 4/30/2012 | 15,368.60 | | 5 | 10,501.74 | 256.14 | SL | 1,536.84 | 12,038.58 | 3,330.02 |
| 931 | 07 TACOMA - SILVER | 5/23/2012 | 17,540.34 | | 5 | 11,693.60 | 292.34 | SL | 1,754.04 | 13,447.64 | 4,092.70 |
| 932 | 2004 ARTIC CAT 250 ATV | 6/1/2012 | 2,000.00 | | 5 | 1,299.87 | 33.33 | SL | 199.98 | 1,499.85 | 500.15 |
| 933 | 2012 RED HONDA RECON ATV | 6/1/2012 | 4,599.76 | | 5 | 2,989.74 | 76.66 | SL | 459.96 | 3,449.70 | 1,150.06 |
| 934 | BARBER TRP-175 MOWER | 3/7/2013 | 8,411.37 | | 5 | 4,205.70 | 140.19 | SL | 841.14 | 5,046.84 | 3,364.53 |
| 935 | C601 S/N SPRAYER 400 GAL | 3/28/2013 | 2,500.00 | | 5 | 1,250.10 | 41.67 | SL | 250.02 | 1,500.12 | 999.88 |
| 936 | WIND MACHINE-TROP.BREEZE | 4/1/2013 | 9,000.00 | | 7 | 3,107.06 | 107.14 | SL | 642.84 | 3,749.90 | 5,250.10 |
| 937 | S30P4810NS-TURBO MIST SPR | 5/2/2013 | 6,000.00 | | 5 | 2,800.00 | 100.00 | SL | 600.00 | 3,400.00 | 2,600.00 |
| 938 | 1991 INT. SCHOOL BUS #9 | 5/16/2013 | 2,500.00 | | 7 | 833.28 | 29.76 | SL | 178.56 | 1,011.84 | 1,488.16 |
| 940 | SUZUKI #JSAAJ45AXH2120537 | 6/17/2013 | 900.00 | | 5 | 405.00 | 15.00 | SL | 90.00 | 495.00 | 405 |
| 941 | DEER FENCING AND POSTS | 6/1/2013 | 17,533.82 | | 7 | 5,635.98 | 208.74 | SL | 1,252.44 | 6,888.42 | 10,645.40 |
| 942 | JD 5400#1 KO-TRANSMISSION | 9/25/2013 | 6,913.09 | | 5 | 2,765.28 | 115.22 | SL | 691.32 | 3,456.60 | 3,456.49 |
| 943 | PET TIGER- | 3/26/2014 | 23,680.00 | | 5 | 7,104.06 | 394.67 | SL | 2,368.02 | 9,472.08 | 14,207.92 |
| 944 | 13 CARRARO TGF9800S | 4/28/2014 | 38,699.80 | | 5 | 10,965.00 | 645.00 | SL | 3,870.00 | 14,835.00 | 23,864.80 |
| 945 | 86 INTERNATIONAL BUS | 4/17/2014 | 2,000.00 | | 5 | 566.61 | 33.33 | SL | 199.98 | 766.59 | 1,233.41 |
| 946 | 98 DODGE 15 PASSENGER VAN | 6/6/2014 | 6,354.50 | | 5 | 1,588.65 | 105.91 | SL | 635.46 | 2,224.11 | 4,130.39 |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 947 | COOK-WINDMACHINE 2600 V10 | 4/1/2014 | 33,026.19 | | 7 | 6,683.89 | 393.17 | SL | 2,359.02 | 9,042.91 | 23,983.28 |
| 948 | NCO-(3)WINDMACHINES2600V1 | 4/1/2014 | 92,791.60 | | 7 | 18,779.22 | 1,104.66 | SL | 6,627.96 | 25,407.18 | 67,384.42 |
| 949 | 14HONDA-1HFTE2108E4507081 | 7/14/2014 | 4,653.00 | | 5 | 1,085.70 | 77.55 | SL | 465.30 | 1,551.00 | 3,102.00 |
| 950 | 95 GMC 1 TON PASS. VAN | 8/12/2014 | 3,995.00 | | 7 | 618.28 | 47.56 | SL | 285.36 | 903.64 | 3,091.36 |
| 951 | 6HANDHELD SCANNERS-TIGDIR | 8/20/2014 | 3,291.00 | | 5 | 713.05 | 54.85 | SL | 329.10 | 1,042.15 | 2,248.85 |
| 952 | 1979 INTERNATIONAL BUS | 10/13/2014 | 1,500.00 | | 5 | 275.00 | 25.00 | SL | 150.00 | 425.00 | 1,075.00 |
| 953 | 1979 FERRARI TRACTOR M85 | 2/9/2015 | 5,405.00 | | 5 | 630.56 | 90.08 | SL | 540.48 | 1,171.04 | 4,233.96 |
| 954 | NEW HOLLAND TRACTOR | 4/9/2015 | 6,486.00 | | 5 | 540.50 | 108.10 | SL | 648.60 | 1,189.10 | 5,296.90 |
| 955 | BUSH HOG MOWER SER#3008SH | 6/30/2015 | 7,664.29 | | 7 | 273.72 | 91.24 | SL | 547.44 | 821.16 | 6,843.13 |
| Minor: | 035 ORCHARD EQUIPMENT | Totals | 840,751.76 | | | 594,311.78 | 6,724.34 | | 40,347.54 | 634,659.32 | 206,092.44 |

Plant: 008 ORCHARD ASSETS
Major: 096 ORCHARDS
Minor: 036 TREES-PRODUCING

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | COOK PROD TREES | 5/15/2000 | 46,448.00 | | 10 | 46,448.00 | Fully Depr | SL | | 46,448.00 | |
| 300 | NORTHCO PROD TREES | 3/28/2000 | 478,307.98 | | 10 | 478,307.98 | Fully Depr | SL | | 478,307.98 | |
| 410 | COOK 2000 PREPROD. COST | 1/1/2004 | 128,810.39 | | 20 | 68,759.20 | 536.71 | SL | 3,220.26 | 71,979.46 | 56,830.93 |
| 420 | KERNAN 2000 PREPROD.COST | 1/1/2004 | 253,761.84 | | 20 | 140,054.40 | 1,057.34 | SL | 6,344.04 | 146,398.44 | 107,363.40 |
| 430 | NORTHCO 2000 PREPROD.COST | 1/1/2004 | 529,908.80 | | 20 | 290,379.20 | 2,207.95 | SL | 13,247.70 | 303,626.90 | 226,281.90 |
| 460 | CHERDON PREPROD. COST | 8/31/2005 | 106,012.47 | | 20 | 56,628.85 | 441.72 | SL | 2,650.32 | 59,279.17 | 46,733.30 |
| 461 | COOK PREPROD. COST | 8/31/2005 | 9,725.51 | | 20 | 5,194.72 | 40.52 | SL | 243.12 | 5,437.84 | 4,287.67 |
| 462 | KERNAN PREPROD. COST | 8/31/2005 | 85,200.00 | | 20 | 45,511.13 | 355.00 | SL | 2,130.00 | 47,641.13 | 37,558.87 |
| 463 | NORTHCO PREPROD. COST | 8/31/2005 | 206,355.51 | | 20 | 110,229.51 | 859.82 | SL | 5,158.92 | 115,388.43 | 90,967.08 |
| 470 | NINE MILE PREPROD COST | 8/31/2005 | 24,716.00 | | 10 | 24,716.00 | Fully Depr | SL | | 24,716.00 | |
| 480 | MCDOUGAL PREPROD COST | 8/31/2005 | 48,176.00 | | 10 | 48,176.00 | Fully Depr | SL | | 48,176.00 | |
| 481 | CHERDON PREPROD. COST | 8/31/2006 | 158,914.84 | | 10 | 143,023.32 | 1,324.29 | SL | 7,945.74 | 150,969.06 | 7,945.78 |
| 482 | KERNAN PREPROD. COST | 8/31/2006 | 50,058.16 | | 10 | 45,052.20 | 417.15 | SL | 2,502.90 | 47,555.10 | 2,503.06 |
| 483 | NORTHCO PREPROD. COST | 8/31/2006 | 93,072.32 | | 10 | 83,764.80 | 775.60 | SL | 4,653.60 | 88,418.40 | 4,653.92 |
| 485 | NINE MILE PREPROD. COST | 8/31/2006 | 2,929.87 | | 10 | 2,637.36 | 24.42 | SL | 146.52 | 2,783.88 | 145.99 |
| 486 | COOK PREPROD. COSTS | 8/31/2006 | 22,721.23 | | 10 | 18,176.64 | 189.34 | SL | 1,136.04 | 19,312.68 | 3,408.55 |
| 487 | KERNAN PREPROD. COST | 8/31/2006 | 50,761.69 | | 10 | 40,608.96 | 423.01 | SL | 2,538.06 | 43,147.02 | 7,614.67 |
| 489 | NINE MILE PREPROD. COST | 8/31/2006 | 3,592.30 | | 10 | 2,874.24 | 29.94 | SL | 179.64 | 3,053.88 | 538.42 |
| 490 | COOK PREPRODUCIVE COSTS | 8/31/2008 | 71,578.52 | | 10 | 50,701.65 | 596.49 | SL | 3,578.94 | 54,280.59 | 17,297.93 |
| 491 | KERNAN-PREPRODUCTIVE COST | 8/31/2008 | 22,678.13 | | 10 | 16,063.30 | 188.98 | SL | 1,133.88 | 17,197.18 | 5,480.95 |
| 492 | NORTHCO PREPROD. COSTS | 8/31/2008 | 20,135.85 | | 10 | 14,263.00 | 167.80 | SL | 1,006.80 | 15,269.80 | 4,866.05 |
| 493 | NINE MILE-PREPROD. COST | 8/31/2008 | 5,605.67 | | 10 | 3,970.35 | 46.71 | SL | 280.26 | 4,250.61 | 1,355.06 |
| 494 | CHER DON-PREPROD. COSTS | 1/1/2009 | 23,831.51 | | 10 | 15,888.00 | 198.60 | SL | 1,191.60 | 17,079.60 | 6,751.91 |
| 495 | COOK-PREPRODUCTIVE COSTS | 1/1/2009 | 6,585.28 | | 10 | 4,390.40 | 54.88 | SL | 329.28 | 4,719.68 | 1,865.60 |
| 496 | MCDOUGAL-PREPROD. COSTS | 1/1/2009 | 3,861.65 | | 10 | 2,574.40 | 32.18 | SL | 193.08 | 2,767.48 | 1,094.17 |
| 497 | CHERDON-PREPROD. COSTS | 1/1/2010 | 18,796.78 | | 10 | 10,651.52 | 156.64 | SL | 939.84 | 11,591.36 | 7,205.42 |
| 498 | KERNAN-PREPROD. COSTS | 1/1/2010 | 5,993.57 | | 10 | 3,396.55 | 49.95 | SL | 299.70 | 3,696.25 | 2,297.32 |
| 499 | NORTHCO-PREPROD. COSTS | 1/1/2010 | 74,346.03 | | 10 | 42,129.40 | 619.55 | SL | 3,717.30 | 45,846.70 | 28,499.33 |
| 500 | OTHER-PREPRODUCTIVE COSTS | 1/1/2010 | 5,540.35 | | 10 | 3,139.56 | 46.17 | SL | 277.02 | 3,416.58 | 2,123.77 |
| 501 | KERNAN-PREPRODUCTIVE COST | 1/1/2011 | 158,765.83 | | 10 | 74,090.82 | 1,323.05 | SL | 7,938.30 | 82,029.12 | 76,736.71 |
| 502 | CHERDON PREPROD. COSTS | 1/1/2012 | 132,450.58 | | 10 | 48,565.44 | 1,103.76 | SL | 6,622.56 | 55,188.00 | 77,262.58 |
| 503 | KERNAN PREPRODUCTIVE COST | 1/1/2012 | 7,518.70 | | 10 | 2,757.04 | 62.66 | SL | 375.96 | 3,133.00 | 4,385.70 |
| 504 | MCDOUGAL PREPROD. COSTS | 1/1/2012 | 69,674.24 | | 10 | 25,547.28 | 580.62 | SL | 3,483.72 | 29,031.00 | 40,643.24 |
| 505 | NORTHCO PP COSTS 6.3 A CH | 1/1/2012 | 54,423.69 | | 10 | 16,327.08 | 453.53 | SL | 2,721.18 | 19,048.26 | 35,375.43 |
| 506 | CHERDON PP COSTS 2.6 A CH | 1/1/2012 | 22,680.94 | | 10 | 6,804.36 | 189.01 | SL | 1,134.06 | 7,938.42 | 14,742.52 |
| 507 | KERNAN PP (P/Y CORRECT) | 1/1/2011 | 12,866.16 | | 10 | 3,859.92 | 107.22 | SL | 643.32 | 4,503.24 | 8,362.92 |
| 511 | NORTHCO 4.5 ACRE PP COSTS | 1/1/2014 | 56,724.46 | | 10 | 9,454.00 | 472.70 | SL | 2,836.20 | 12,290.20 | 44,434.26 |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 512 | KERNAN 6.35 ACRE PP COSTS | 1/1/2014 | 58,416.54 | | 10 | 9,736.00 | 486.80 SL | 2,920.80 | 12,656.80 | 45,759.74 |
| 513 | CHERDON 1.9 ACRE PP COSTS | 1/1/2014 | 16,601.18 | | 10 | 2,766.80 | 138.34 SL | 830.04 | 3,596.84 | 13,004.34 |
| 514 | MCDOUGAL 1.3 ACRE PP COST | 1/1/2014 | 12,611.71 | | 10 | 2,102.00 | 105.10 SL | 630.60 | 2,732.60 | 9,879.11 |
| 515 | NINE MILE 4.5 ACRE PPCOST | 1/1/2014 | 41,325.08 | | 10 | 6,887.60 | 344.38 SL | 2,066.28 | 8,953.88 | 32,371.20 |
| 516 | GAUSMAN 1.9 ACRE PP COSTS | 1/1/2014 | 14,812.02 | | 10 | 2,468.60 | 123.43 SL | 740.58 | 3,209.18 | 11,602.84 |
| 517 | NC 6.05 AC REDS PP COSTS | 1/1/2015 | 48,170.40 | | 10 | 3,211.36 | 401.42 SL | 2,408.52 | 5,619.88 | 42,550.52 |
| 518 | KERNAN 6.5 PEARS/2.57FUJI | 1/1/2015 | 120,757.80 | | 10 | 8,050.56 | 1,006.32 SL | 6,037.92 | 14,088.48 | 106,669.32 |
| 519 | CHERDON 1.7 AC SWHE PPCO | 1/1/2015 | 12,389.46 | | 10 | 826.00 | 103.25 SL | 619.50 | 1,445.50 | 10,943.96 |
| 520 | COOK .9 ANJOUS PP COSTS | 1/1/2015 | 13,260.90 | | 10 | 884.08 | 110.51 SL | 663.06 | 1,547.14 | 11,713.76 |
| 521 | 9MILE 3.5 FUJI/2 GSM PPCO | 1/1/2015 | 46,257.59 | | 10 | 3,083.84 | 385.48 SL | 2,312.88 | 5,396.72 | 40,860.87 |
| 522 | GAUSMAN .5 ERO/.6 BLK PRL | 1/1/2015 | 5,085.36 | | 10 | 339.04 | 42.38 SL | 254.28 | 593.32 | 4,492.04 |
| 523 | BLUE LK 2.6 REDS PP COSTS | 1/1/2015 | 9,431.15 | | 10 | 628.72 | 78.59 SL | 471.54 | 1,100.26 | 8,330.89 |
| Minor: 036 TREES-PRODUCING | | Totals | 3,472,650.04 | | | 2,046,101.18 | 18,459.31 | 110,755.86 | 2,156,857.04 | 1,315,793.00 |

Plant: 008 ORCHARD ASSETS
Major: 096 ORCHARDS
Minor: 037 TREES-NON-PRODUCING

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 200 | COOK NON-PROD TREES | 9/1/2007 | 71,456.72 | | 10 | 57,165.12 | 595.47 SL | 3,572.82 | 60,737.94 | 10,718.78 |
| 300 | NORTHCO NON-PROD TREES | 9/1/2007 | 43,971.00 | | 10 | 35,177.28 | 366.43 SL | 2,198.58 | 37,375.86 | 6,595.14 |
| 301 | CHERDON GRANNY GRAFTS | 9/1/2007 | 3,327.45 | | 10 | 2,662.08 | 27.73 SL | 166.38 | 2,828.46 | 498.99 |
| 302 | CHERDON GRANNY GRAFTS | 9/1/2007 | 4,183.90 | | 10 | 3,347.52 | 34.87 SL | 209.22 | 3,556.74 | 627.16 |
| 400 | KERNAN BRAEBURN GRAFTS | 9/1/2007 | 862.40 | | 10 | 690.24 | 7.19 SL | 43.14 | 733.38 | 129.02 |
| 500 | CHERDON XFER 2004 APPLES | 1/1/2009 | 6,255.90 | | 10 | 4,170.40 | 52.13 SL | 312.78 | 4,483.18 | 1,772.72 |
| 510 | KERNAN XFER 2004 APPLES | 1/1/2009 | 24,999.71 | | 10 | 16,666.40 | 208.33 SL | 1,249.98 | 17,916.38 | 7,083.33 |
| 520 | NORTHCO XFER 2004 APPLES | 1/1/2009 | 80,259.00 | | 10 | 53,506.40 | 668.83 SL | 4,012.98 | 57,519.38 | 22,739.62 |
| 540 | KERNAN GRAFTING 328TREES | 1/1/2009 | 1,129.80 | | 10 | 753.60 | 9.42 SL | 56.52 | 810.12 | 319.68 |
| 550 | KERNAN 280 SKEENA CHERRY | 1/1/2009 | 1,901.24 | | 10 | 1,267.20 | 15.84 SL | 95.04 | 1,362.24 | 539 |
| 560 | CHERDON NON-PROD. TREES | 1/1/2009 | 15,160.04 | | 10 | 10,106.40 | 126.33 SL | 757.98 | 10,864.38 | 4,295.66 |
| 565 | COOK NON-PROD. TREES | 1/1/2009 | 98.77 | | 10 | 65.60 | 0.82 SL | 4.92 | 70.52 | 28.25 |
| 570 | KERNAN NON-PROD. TREES | 1/1/2009 | 3,566.94 | | 10 | 2,377.60 | 29.72 SL | 178.32 | 2,555.92 | 1,011.02 |
| 575 | NORTHCO NON-PROD. TREES | 1/1/2009 | 9,611.22 | | 10 | 6,407.20 | 80.09 SL | 480.54 | 6,887.74 | 2,723.48 |
| 585 | CHERDON NON-PROD. TREES | 1/1/2009 | 12,628.77 | | 10 | 8,419.20 | 105.24 SL | 631.44 | 9,050.64 | 3,578.13 |
| 590 | KERNAN - APPLES & PEARS | 1/1/2009 | 5,365.92 | | 10 | 3,577.60 | 44.72 SL | 268.32 | 3,845.92 | 1,520.00 |
| 595 | KERNAN - 264 CAMEO | 1/1/2009 | 2,007.69 | | 10 | 1,338.40 | 16.73 SL | 100.38 | 1,438.78 | 568.91 |
| 600 | KERNAN - 800 GALA | 1/1/2009 | 5,454.00 | | 10 | 3,636.00 | 45.45 SL | 272.70 | 3,908.70 | 1,545.30 |
| 610 | NORTHCO-APPLE,PEAR,CHERRY | 1/1/2009 | 11,851.19 | | 10 | 7,900.80 | 98.76 SL | 592.56 | 8,493.36 | 3,357.83 |
| 615 | NORTHCO-4290 TREE GRAFTS | 1/1/2009 | 1,501.50 | | 10 | 1,000.80 | 12.51 SL | 75.06 | 1,075.86 | 425.64 |
| 620 | COOK-4624 TREE GRAFTS | 1/1/2009 | 1,618.40 | | 10 | 1,079.20 | 13.49 SL | 80.94 | 1,160.14 | 458.26 |
| 625 | KERNAN-GRAFT A.,N.,G.8191 | 1/1/2009 | 2,866.85 | | 10 | 1,911.20 | 23.89 SL | 143.34 | 2,054.54 | 812.31 |
| 626 | NORTHCO-FUJI TREES | 1/1/2010 | 5,500.00 | | 10 | 3,116.44 | 45.83 SL | 274.98 | 3,391.42 | 2,108.58 |
| 627 | NORTHCO-GALA&SKEENA TREES | 1/1/2010 | 1,616.51 | | 10 | 915.96 | 13.47 SL | 80.82 | 996.78 | 619.73 |
| 628 | CHER DON-BARTLETT TREES | 1/1/2012 | 1,325.63 | | 10 | 486.20 | 11.05 SL | 66.30 | 552.50 | 773.13 |
| 630 | KERNAN-SKEENA CHERRY TREE | 1/1/2009 | 4,289.35 | | 10 | 2,860.00 | 35.75 SL | 214.50 | 3,074.50 | 1,214.85 |
| 631 | KERNAN-SKEENA CHERRY TREE | 1/1/2009 | 3,159.69 | | 10 | 2,106.40 | 26.33 SL | 157.98 | 2,264.38 | 895.31 |
| 632 | NORTHCO-GOLDEN&GALA TREES | 1/1/2010 | 687.50 | | 10 | 389.64 | 5.73 SL | 34.38 | 424.02 | 263.48 |
| 633 | KERNAN-GRANNY,BART.BOSC | 1/1/2010 | 625.00 | | 10 | 354.28 | 5.21 SL | 31.26 | 385.54 | 239.46 |
| 634 | NC-GRAN,GALA,BART.CHERRY | 1/1/2010 | 2,062.50 | | 10 | 1,168.92 | 17.19 SL | 103.14 | 1,272.06 | 790.44 |
| 635 | CD-GRAN,GALA,BART.CHERRY | 1/1/2010 | 18.25 | | 10 | 10.20 | 0.15 SL | 90.00 | 11.10 | 7.15 |
| 636 | KERNAN-651GALA,378 GRANNY | 1/1/2010 | 5,689.58 | | 10 | 3,223.88 | 47.41 SL | 284.46 | 3,508.34 | 2,181.24 |
| 637 | CHERDON-991 GALA TREES | 1/1/2010 | 5,755.24 | | 10 | 3,261.28 | 47.96 SL | 287.76 | 3,549.04 | 2,206.20 |
| 638 | GRAFT AT CHER-DON 29865 | 1/1/2012 | 10,452.75 | | 10 | 3,832.84 | 87.11 SL | 522.66 | 4,355.50 | 6,097.25 |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 639 | CHERDON BARTLETTS | 9/1/2013 | 436.77 | | 10 | 87.36 | 3.64 | SL | 21.84 | 109.20 | 327.57 |
| 640 | KERNAN CHERRIES | 1/1/2010 | 7,862.56 | | 10 | 4,455.36 | 65.52 | SL | 393.12 | 4,848.48 | 3,014.08 |
| 641 | KERNAN FUJI | 1/1/2011 | 13,616.21 | | 10 | 6,354.32 | 113.47 | SL | 680.82 | 7,035.14 | 6,581.07 |
| 642 | KERNAN GALA | 1/1/2011 | 4,123.50 | | 10 | 1,924.16 | 34.36 | SL | 206.16 | 2,130.32 | 1,993.18 |
| 644 | NORTHCO FUJI, GALA | 1/1/2011 | 4,350.00 | | 10 | 2,030.00 | 36.25 | SL | 217.50 | 2,247.50 | 2,102.50 |
| 646 | 1 ACRE GALAS - KERNAN | 1/1/2012 | 2,802.73 | | 10 | 1,027.84 | 23.36 | SL | 140.16 | 1,168.00 | 1,634.73 |
| 647 | MCDOUGAL-9.9 ACRE SHCH | 1/1/2012 | 9,915.61 | | 10 | 3,635.72 | 82.63 | SL | 495.78 | 4,131.50 | 5,784.11 |
| 649 | KERNAN-3.3 ACRES SHCH | 1/1/2012 | 8,851.21 | | 10 | 3,245.44 | 73.76 | SL | 442.56 | 3,688.00 | 5,163.21 |
| 651 | NORTHCO 1.5 ACRES REDS | 1/1/2014 | 4,208.79 | | 10 | 701.40 | 35.07 | SL | 210.42 | 911.82 | 3,296.97 |
| 652 | NORTHCO-6.3 ACRES CHERRY | 1/1/2012 | 9,574.10 | | 10 | 2,872.08 | 79.78 | SL | 478.68 | 3,350.76 | 6,223.34 |
| 653 | KERNAN 4.1 ACRES GALAS | 1/1/2014 | 2,856.40 | | 10 | 476.00 | 23.80 | SL | 142.80 | 618.80 | 2,237.60 |
| 654 | KERNAN 1.25 ACRES FUJIS | 1/1/2014 | 1,628.00 | | 10 | 271.40 | 13.57 | SL | 81.42 | 352.82 | 1,275.18 |
| 655 | KERNAN 5 ACRES BARTLETTS | 1/1/2015 | 8,194.10 | | 10 | 546.24 | 68.28 | SL | 409.68 | 955.92 | 7,238.18 |
| 656 | KERNAN 1.5 ACRES D'ANJOUS | 1/1/2015 | 2,080.00 | | 10 | 138.64 | 17.33 | SL | 103.98 | 242.62 | 1,837.38 |
| 657 | COOK .9 ACRES D'ANJOUS | 1/1/2015 | 1,514.57 | | 10 | 100.96 | 12.62 | SL | 75.72 | 176.68 | 1,337.89 |
| 658 | 9MILE 4.5 ACRES FUJIS | 1/1/2014 | 9,263.13 | | 10 | 1,543.80 | 77.19 | SL | 463.14 | 2,006.94 | 7,256.19 |
| 659 | CHERDON-1.9 ACRE SHCH | 1/1/2014 | 3,621.08 | | 10 | 603.60 | 30.18 | SL | 181.08 | 784.68 | 2,836.40 |
| 660 | NORTHCO-2.4 ACRES NELSON | 1/1/2014 | 3,323.03 | | 10 | 553.80 | 27.69 | SL | 166.14 | 719.94 | 2,603.09 |
| 661 | NORTHCO-.6 ACRES LAPINS | 1/1/2014 | 1,424.10 | | 10 | 237.40 | 11.87 | SL | 71.22 | 308.62 | 1,115.48 |
| 662 | NORTHCO-1.6 ACRES RED | 1/1/2014 | 3,688.43 | | 10 | 245.92 | 30.74 | SL | 184.44 | 430.36 | 3,258.07 |
| 663 | NINE MILE-2.5 ACRES FUJI | 1/1/2015 | 5,197.10 | | 10 | 346.48 | 43.31 | SL | 259.86 | 606.34 | 4,590.76 |
| 664 | NINE MILE-2 ACRES GRANNYS | 1/1/2015 | 4,743.19 | | 10 | 316.24 | 39.53 | SL | 237.18 | 553.42 | 4,189.77 |
| 665 | MCDOUGAL-1.3 ACRE NELSON | 1/1/2014 | 1,820.58 | | 10 | 303.40 | 15.17 | SL | 91.02 | 394.42 | 1,426.16 |
| 666 | KERNAN-1.4 ACRE PEARS | 8/31/2010 | 10,135.98 | | | - | | | | | 10,135.98 |
| 667 | KERNAN-2.3 ACRE FUJI | 1/1/2015 | 6,670.80 | | 10 | 444.72 | 55.59 | SL | 333.54 | 778.26 | 5,892.54 |
| 668 | BLACKLER.7 ACRES RED SPUR | 1/1/2015 | 918.40 | | 10 | 61.20 | 7.65 | SL | 45.90 | 107.10 | 811.3 |
| 669 | BLACKLER 1.95ACRES SKEENA | 1/1/2015 | 3,111.13 | | 10 | 207.44 | 25.93 | SL | 155.58 | 363.02 | 2,748.11 |
| 670 | GAUSMAN 1.9 ACRES E.ROBIN | 1/1/2014 | 10,850.68 | | 10 | 1,808.40 | 90.42 | SL | 542.52 | 2,350.92 | 8,499.76 |
| 671 | KERNAN 1 ACRE D'ANJOU | 8/31/2011 | 3,291.10 | | | - | | | | | 3,291.10 |
| 672 | KERNAN .5 ACRES BARTLETTS | 8/31/2011 | 2,338.61 | | | - | | | | | 2,338.61 |
| 673 | KERNAN .27 ACRES RED FUJI | 1/1/2015 | 1,096.37 | | 10 | 73.12 | 9.14 | SL | 54.84 | 127.96 | 968.41 |
| 674 | 9MILE 1 ACRE MORNING MIST | 1/1/2015 | 3,482.78 | | 10 | 232.16 | 29.02 | SL | 174.12 | 406.28 | 3,076.50 |
| 675 | NORTHCO 4.45 A. RED SPUR | 1/1/2015 | 15,679.05 | | 10 | 1,045.28 | 130.66 | SL | 783.96 | 1,829.24 | 13,849.81 |
| 676 | NORTHCO-2.8A.MIDNIGHT RED | 8/31/2012 | 8,142.09 | | | - | | | | | 8,142.09 |
| 677 | NORTHCO-.5 A. AZTEC FUJI | 8/31/2012 | 1,800.64 | | | - | | | | | 1,800.64 |
| 678 | NORTHCO-3.8 A. PINK LADY | 8/31/2012 | 12,786.61 | | | - | | | | | 12,786.61 |
| 679 | KERNAN-2.3 A. PINK LADY | 8/31/2012 | 7,410.21 | | | - | | | | | 7,410.21 |
| 680 | KERNAN-3.3 BANNING R FUJI | 8/31/2012 | 24,676.94 | | | - | | | | | 24,676.94 |
| 681 | CHERDON-1.7 A. SWEETHEART | 8/31/2012 | 3,060.06 | | | - | | | | | 3,060.06 |
| 682 | 9 MILE-372 MORN MIST FUJI | 8/31/2012 | 2,905.10 | | | - | | | | | 2,905.10 |
| 683 | GAUSMAN-.5 A. EARLY ROBIN | 8/31/2012 | 2,814.77 | | | - | | | | | 2,814.77 |
| 684 | GAUSMAN-.6 A. BLACK PEARL | 8/31/2012 | 2,587.34 | | | - | | | | | 2,587.34 |
| 685 | NORTHCO-1.2 A MIDNIGHT RD | 8/31/2013 | 4,338.13 | | | - | | | | | 4,338.13 |
| 686 | KERNAN-2.7 A NELSON SPECI | 8/31/2013 | 9,877.35 | | | - | | | | | 9,877.35 |
| 687 | KERNAN-1.0 A BANNING FUJI | 8/31/2013 | 8,762.64 | | | - | | | | | 8,762.64 |
| 688 | KERNAN-0.5 ACRE RED PEARS | 8/31/2013 | 1,208.80 | | | - | | | | | 1,208.80 |
| 689 | NCO-765AZTEC FUJI-1.9ACRE | 4/18/2014 | 5,761.44 | | | - | | | | | 5,761.44 |
| 690 | NCO-1972MIDNIGHT RED-5.18 | 5/9/2014 | 13,854.82 | | | - | | | | | 13,854.82 |
| 691 | KO-305 NELSON SPEC-.8ACRE | 4/18/2014 | 3,101.62 | | | - | | | | | 3,101.62 |
| 692 | KO-493 TIETON - 1.43 ACRE | 5/9/2014 | 4,042.60 | | | - | | | | | 4,042.60 |
| 693 | BL-5.1 AC.-1800 RED SPUR | 5/31/2015 | 23,211.68 | | | - | | | | | 23,211.68 |

GOLD DIGGER APPLES, INC.
Depreciation Master List
Book

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 694 | COOK-4.1 AC-846 R.ANJOU | 5/31/2015 | 13,776.97 | | | | - | | | | 13,776.97 |
| Minor: | 037 TREES-NON-PRODUCING | Totals | 678,050.31 | | | 280,842.16 | 4,234.71 | | 25,408.26 | 306,250.42 | 371,799.89 |

Plant : 008 ORCHARD ASSETS
Major : 096 ORCHARDS
Minor : 052 ROBERTS-EQUIP&IRRIG

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 2015-5.5 ACRES IRRIGATION | 5/31/2015 | 8,290.89 | | 7 | 394.80 | 98.70 | SL | 592.20 | 987.00 | 7,303.89 |
| Minor: | 052 ROBERTS-EQUIP&IRRIG | Totals | 8,290.89 | | | 394.80 | 98.70 | | 592.20 | 987.00 | 7,303.89 |

Plant: 008 ORCHARD ASSETS
Major: 096 ORCHARDS
Minor: 053 ROBERTS-ORCH TREES

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 5.5 AC-FUJI/CHERRY PLANT | 5/31/2015 | 7,350.74 | | | | - | | | 7,350.74 |
| 101 | 1143 AZTEC FUJI-3.3 ACRE | 8/30/2015 | 9,100.71 | | | | - | | | 9,100.71 |
| 102 | 609 NELSON SPCL-2.2 ACRE | 8/30/2015 | 6,923.39 | | | | - | | | 6,923.39 |
| Minor: | 053 ROBERTS-ORCH TREES | Totals | 23,374.84 | | | | | | | 23,374.84 |

Plant: 008 ORCHARD ASSETS
Major: 096 ORCHARDS
Minor: 054 ROBERTS-PREPRODUT CO

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | ROB.HOME PP COSTS 5.8ACRE | 8/31/2015 | 15,310.24 | | | | - | | | 15,310.24 |
| Minor: | 054 ROBERTS-PREPRODUT CO | Totals | 15,310.24 | | | | | | | 15,310.24 |

Plant: 008 ORCHARD ASSETS
Major: 096 ORCHARDS
Minor: 060 BLUE LAKE BLD/EQUIP

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | SINGLE WIDE | 9/17/2012 | 8,300.00 | | 20 | 1,244.92 | 34.58 | SL | 207.48 | 1,452.40 | 6,847.60 |
| 110 | TWO BEDROOM HOUSE(SHACK) | 9/17/2012 | 2,000.00 | | 20 | 299.92 | 8.33 | SL | 49.98 | 349.90 | 1,650.10 |
| 120 | 3 CABINS | 9/17/2012 | 6,000.00 | | 20 | 900.00 | 25.00 | SL | 150.00 | 1,050.00 | 4,950.00 |
| 130 | 2 YEAR-ROUND CABINS | 9/17/2012 | 10,000.00 | | 20 | 1,500.08 | 41.67 | SL | 250.02 | 1,750.10 | 8,249.90 |
| 200 | TREES & IRRIGATION | 9/17/2012 | 631,652.09 | | 10 | 189,495.69 | 5,263.77 | SL | 31,582.62 | 221,078.31 | 410,573.78 |
| 201 | 2015 5.1 AC.IRRIG RED BLK | 5/31/2015 | 7,288.27 | | 7 | 347.08 | 86.77 | SL | 520.62 | 867.70 | 6,420.57 |
| 300 | EQUIPMENT(LIST) | 9/17/2012 | 307,257.86 | | 7 | 131,681.90 | 3,657.83 | SL | 21,946.98 | 153,628.88 | 153,628.98 |
| Minor: | 060 BLUE LAKE BLD/EQUIP | Totals | 972,498.22 | | | 325,469.59 | 9,117.95 | | 54,707.70 | 380,177.29 | 592,320.93 |

Plant: 008 ORCHARD ASSETS
Major: 096 ORCHARDS
Minor: 070 DEVON-EQUIP/IRRIG

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | DEER FENCE | 6/30/2014 | 15,294.52 | | 7 | 2,731.20 | 182.08 | SL | 1,092.48 | 3,823.68 | 11,470.84 |
| 101 | DRIP SYSTEM 14.36 ACRES | 6/30/2014 | 7,559.50 | | 7 | 1,349.85 | 89.99 | SL | 539.94 | 1,889.79 | 5,669.71 |
| 102 | UNDERTREE SPRINKER-14.36A | 6/30/2014 | 21,207.73 | | 7 | 3,787.05 | 252.47 | SL | 1,514.82 | 5,301.87 | 15,905.86 |
| 103 | FILTRATION SYSTEM | 6/30/2014 | 2,184.08 | | 7 | 390.00 | 26.00 | SL | 156.00 | 546.00 | 1,638.08 |
| 104 | NEW IRRIG-VARIOUS-14.36AC | 6/30/2014 | 7,494.01 | | 7 | 1,338.15 | 89.21 | SL | 535.26 | 1,873.41 | 5,620.60 |
| 105 | BLK 3 IRRIG 3.7 AC GALA | 5/31/2015 | 7,993.18 | | 7 | 380.64 | 95.16 | SL | 570.96 | 951.60 | 7,041.58 |
| Minor: | 070 DEVON-EQUIP/IRRIG | Totals | 61,733.02 | | | 9,976.89 | 734.91 | | 4,409.46 | 14,386.35 | 47,346.67 |

Plant: 008 ORCHARD ASSETS
Major: 096 ORCHARDS
Minor: 071 DEVON-ORCHARD TREES

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 9250 FIRESTORM HC-6.86 AC | 5/22/2014 | 26,719.55 | | | | - | | | 26,719.55 |
| 101 | 5075 BUCKEYE GALA-3.83 AC | 5/22/2014 | 13,378.21 | | | | - | | | 13,378.21 |

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 102 | 243 FIRESTORM HC-.54 AC | 8/30/2015 | 742.99 | | | | . | | | 742.99 |
| 103 | 637 BUCKEYE .7A ADD BLK1 | 8/30/2015 | 5,465.66 | | | | . | | | 5,465.66 |
| 104 | 5057 FIRESTORM HC 3.3AC | 8/30/2015 | 18,436.49 | | | | . | | | 18,436.49 |
| 105 | 1285 GALE GALA 3.86 ACRE | 8/30/2015 | 14,001.98 | | | | . | | | 14,001.98 |
| Minor: | 071 DEVON-ORCHARD TREES | Totals | 78,744.88 | | | | | | | 78,744.88 |

Plant: 008 ORCHARD ASSETS
Major: 096 ORCHARDS
Minor: 072 DEVON-PREPRODUCT COS

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 10.69 ACRE TREE TRELLIS | 8/31/2014 | 47,414.21 | | | | . | | | 47,414.21 |
| 101 | 14.36 ACRES FUMIGATE/RIP | 8/31/2014 | 23,695.00 | | | | . | | | 23,695.00 |
| 102 | DEVON PP COSTS 10.69ACRES | 12/31/2014 | 44,620.35 | | | | . | | | 44,620.35 |
| 103 | BLK 1 TREE TRAINING 11.3A | 8/31/2015 | 5,512.63 | | | | . | | | 5,512.63 |
| 104 | BLK 1-TRELLIS LABOR 11.3A | 8/31/2015 | 13,243.55 | | | | . | | | 13,243.55 |
| 105 | BLK2-TREE TRELLIS 3.3A HC | 8/31/2015 | 22,129.71 | | | | . | | | 22,129.71 |
| 106 | DEVON PP COSTS 18.3 ACRES | 8/31/2015 | 46,751.28 | | | | . | | | 46,751.28 |
| 107 | DEVON PP COSTS 18.3 ACRES | 1/1/2016 | 7,510.90 | | | | . | | | 7,510.90 |
| Minor: | 072 DEVON-PREPRODUCT COS | Totals | 210,877.63 | | | | | | | 210,877.63 |
| Major: | 096 ORCHARDS | Totals | 8,224,165.13 | | | | 3,694,164.26 | 42,131.61 | 252,791.16 | 3,946,955.42 | 4,277,209.71 |
| Plant: | 008 ORCHARD ASSETS | Totals | 8,224,165.13 | | | | 3,694,164.26 | 42,131.61 | 252,791.16 | 3,946,955.42 | 4,277,209.71 |

Plant: 009 WINERY ASSETS
Major: 099 WINERY
Minor: 021 WINE

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | GRAPE BINS MACROBIN 28-S | 6/22/2000 | 2,948.24 | | 12 | 2,948.24 | Fully Depr | SL | | 2,948.24 | |
| 4 | POLYVIN WINE TANKS | 8/30/2000 | 4,518.00 | | 12 | 4,518.00 | Fully Depr | SL | | 4,518.00 | |
| 6 | DESTEMMER/CRUSHER LUGANA | 8/30/2000 | 4,467.00 | | 7 | 4,467.00 | Fully Depr | SL | | 4,467.00 | |
| 7 | IDROPRESS AND LINER | 8/30/2000 | 2,213.00 | | 7 | 2,213.00 | Fully Depr | SL | | 2,213.00 | |
| 9 | WINERY IMPROVEMENTS | 2/1/2001 | 2,730.68 | | 5 | 2,730.68 | Fully Depr | SL | | 2,730.68 | |
| 10 | 2-250 TANK 2-TOP MANWAY | 2/1/2001 | 2,075.97 | | 5 | 2,075.97 | Fully Depr | SL | | 2,075.97 | |
| 13 | ELECTRICAL-WINERY | 2/1/2001 | 3,944.77 | | 5 | 3,944.77 | Fully Depr | SL | | 3,944.77 | |
| 14 | 11 WINE BARREL RACKS | 2/1/2001 | 761.06 | | 5 | 761.06 | Fully Depr | SL | | 761.06 | |
| 16 | 20 PLATE FILTER | 2/28/2001 | 2,700.00 | | 5 | 2,700.00 | Fully Depr | SL | | 2,700.00 | |
| 21 | TOOL SET | 2/1/2001 | 49.13 | | 3 | 49.13 | Fully Depr | SL | | 49.13 | |
| 27 | ALARM SYSTEM WINERY/RETAI | 8/1/2001 | 2,933.04 | | 5 | 2,933.04 | Fully Depr | SL | | 2,933.04 | |
| 29 | SK-16 MEMBRANE PRESS | 9/12/2001 | 19,900.00 | | 7 | 19,900.00 | Fully Depr | SL | | 19,900.00 | |
| 36 | LAB PERMANENT SUPPLIES | 11/30/2001 | 1,214.22 | | 5 | 1,214.22 | Fully Depr | SL | | 1,214.22 | |
| 37 | LAB PERMANENT SUPPLIES | 12/20/2001 | 413.10 | | 5 | 413.10 | Fully Depr | SL | | 413.10 | |
| 38 | 1000 SILICONE FERM BUNGS | 12/20/2001 | 509.12 | | 5 | 509.12 | Fully Depr | SL | | 509.12 | |
| 39 | LAB PERMANENT SUPPLIES | 12/1/2001 | 1,079.47 | | 5 | 1,079.47 | Fully Depr | SL | | 1,079.47 | |
| 42 | PUMP - WINERY | 3/21/2002 | 894.03 | | 5 | 894.03 | Fully Depr | SL | | 894.03 | |
| 46 | WINERY - LAWN ADD/FENCE | 6/1/2002 | 4,105.32 | | 5 | 4,105.32 | Fully Depr | SL | | 4,105.32 | |
| 47 | WINERY - SIGNAGE | 6/1/2002 | 2,176.52 | | 5 | 2,176.52 | Fully Depr | SL | | 2,176.52 | |
| 48 | WINERY - COMPUTER | 6/1/2002 | 760.74 | | 5 | 760.74 | Fully Depr | SL | | 760.74 | |
| 49 | WINERY - CABINETRY | 6/1/2002 | 4,237.36 | | 7 | 4,237.36 | Fully Depr | SL | | 4,237.36 | |
| 50 | WINERY - RACKING WAND | 6/1/2002 | 599.95 | | 5 | 599.95 | Fully Depr | SL | | 599.95 | |
| 51 | WINERY - DESK & CHAIR | 6/1/2002 | 377.98 | | 5 | 377.98 | Fully Depr | SL | | 377.98 | |
| 52 | WINERY - CASH DRAWER ETC | 6/1/2002 | 281.49 | | 5 | 281.49 | Fully Depr | SL | | 281.49 | |
| 53 | WINERY - LADDERS | 6/1/2002 | 314.03 | | 5 | 314.03 | Fully Depr | SL | | 314.03 | |

GOLD DIGGER APPLES, INC.
Depreciation Master List
Book

| Item # | Description | In Service Date | Cost | Salvage Value | Yrs Life | Prior Years Depr | Current Month Depr | | Current YTD Depr | Accumulated To Date Depr | Current Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | WINERY - FLOOD LIGHT | 6/1/2002 | 230.48 | | 5 | 230.48 | Fully Depr | SL | | 230.48 | |
| 55 | WINERY - 10 LITER BARREL | 6/1/2002 | 163.85 | | 5 | 163.85 | Fully Depr | SL | | 163.85 | |
| 56 | WINERY - CORK PULLER | 6/1/2002 | 283.00 | | 5 | 283.00 | Fully Depr | SL | | 283.00 | |
| 58 | WINERY - HEATER | 6/1/2002 | 493.27 | | 5 | 493.27 | Fully Depr | SL | | 493.27 | |
| 59 | 1-GD 5X5 460 V3PH CHILLER | 8/1/2002 | 15,964.00 | | 7 | 15,964.00 | Fully Depr | SL | | 15,964.00 | |
| 60 | WINERY - IMPROVEMENTS | 6/1/2002 | 8,443.96 | | 7 | 8,443.96 | Fully Depr | SL | | 8,443.96 | |
| 76 | WINE PKG DEVELOPEMENT | 9/30/2005 | 6,562.50 | | 15 | 4,375.20 | 36.46 | SL | 218.76 | 4,593.96 | 1,968.54 |
| 81 | FERMENTER/STGTANK/CHILLER | 9/20/2007 | 7,078.35 | | 7 | 7,078.35 | Fully Depr | SL | | 7,078.35 | |
| 85 | ENOLTA MINI-LUX CORKER | 4/30/2009 | 5,500.00 | | 5 | 5,500.00 | Fully Depr | SL | | 5,500.00 | |
| 89 | DISHWASHER FOR LW STORE | 10/12/2009 | 4,201.20 | | 5 | 4,201.20 | Fully Depr | SL | | 4,201.20 | |
| Minor: | 021 WINE | Totals | 115,124.83 | | | 112,937.53 | 36.46 | | 218.76 | 113,156.29 | 1,968.54 |
| Major: | 099 WINERY | Totals | 115,124.83 | | | 112,937.53 | 36.46 | | 218.76 | 113,156.29 | 1,968.54 |
| Plant: | 009 WINERY ASSETS | Totals | 115,124.83 | | | 112,937.53 | 36.46 | | 218.76 | 113,156.29 | 1,968.54 |
| | Grand Totals | | 30,104,550.26 | 7,815.00 | | 19,765,072.26 | 101,447.89 | | 607,157.96 | 20,372,230.22 | 9,732,320.04 |

16-01783-FPC7   Doc 1   Filed 05/26/16   Entered 05/26/16 09:35:44   Pg 76 of 141

# SUMMARY OF SALIENT FACTS AND CONCLUSIONS

**DATE OF REPORT**          August 26, 2015

**DATE OF VALUATION**          July 31, 2015

**PROPERTY**          Gold Digger Apples, Inc.
Fruit Warehouse Facilities

**ADDRESS**

|  |  |
|---|---|
| Plant 1 | 1220 Ironway Street (main office) and 1010 Apple Way |
| Plant 2 | 103 Oroville Eastside Road |
| Plant 3 | 1110 Jennings Loop Road |
| Plant 4 | 14th Avenue/Alder Street |
| Heavy Pack | 104 14th Avenue |
| Lake Os Packers | 1305 Cherry Street |
| Cordell | 400-700 Apple Way |
| Oroville Fruit | 1207 Main Street |
| Appleway Storage | NNA W. Apple Way |
| Caribou | Apple Way/Dogwood |
| Fir St. Bin Lot | Fir Street/Apple Way |
| Golden Rd. Lot | NNA Golden Road |

**PURPOSE OF APPRAISAL**          To Estimate Market Value

**SITE AREA**          Total Combined Sites          44.21 acres
(1,925,586 sq. ft.)

**IMPROVEMENTS:**

| | | |
|---|---|---|
| **CA Storage** | Total Capacity: | 101,771 bins |
| **Regular Cold Storage** | Total Capacity: | 34,875 bins |
| **Packing/Dry Stg./Office** | Total Sq. Ft.: | 236,879 sq. ft. |
| **Retail** | Total Sq. Ft.: | 3,056 sq. ft. |
| **Total Structural Area:** | | **613,456 sq. ft.** |

*Note – much of the above fruit storage capacity and packing/dry storage/office is heavily depreciated and no longer utilized. Total fruit storage space currently maintained; 88,388 bins CA capacity & 19,035 bins regular cold storage capacity – see property description.*

**COST APPROACH**          N/A

**SALES COMPARISON APPROACH:**          $13,330,000

**INCOME APPROACH**          N/A

**INDICATED MARKET VALUE**          **$13,330,000**

---

**Fill in this information to identify the case:**

Debtor name ___Gold Digger Apples, Inc.___

United States Bankruptcy Court for the: ___Eastern District of Washington___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** Creditor's name
Alvarado Orchards, LLC

Describe debtor's property that is subject to a lien
_____

$ 91,486.96          $ 0.00

Creditor's mailing address
PO Box 528
Tonasket, WA 98855

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
Austin Orchard

Describe debtor's property that is subject to a lien
_____

$ 2,284.24          $ 0.00

Creditor's mailing address
1797 Hwy 7
Oroville, WA 98844

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 22,757,094.15

16-03783-FPC7     Doc 165/09/16     Filed 05/27/16     09:35:44

| Debtor | Gold Digger Apples, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**

**Creditor's name**

Azzano Farms

**Creditor's mailing address**

128 Miller Road
Omak, WA 98841

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 679,580.43    Column B: $ 0.00

---

**2.4**

**Creditor's name**

Blue Lake Orchard, LLC

**Creditor's mailing address**

140 W. Boundary Point Road
Oroville, WA 98844

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 62,593.00    Column B: $ 0.00

---

16-01783-FPC7   Doc 1   Filed 05/26/16   Entered 05/26/16 09:35:44   Pg 79 of 141

| Debtor | Gold Digger Apples, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**Part 1:** Additional Page

| Column A | Column B |
|---|---|
| **Amount of claim** | **Value of collateral that supports this claim** |
| Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name

Blue Lake Orchard, LLC (Capital Lease)

**Creditor's mailing address**

140 W. Boundary Point Road
Oroville, WA 98844

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See Blue Lake Orchard Lease Agreement

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 812,305.88    $ 1,500,000.00

---

**2.6** Creditor's name

Blue Lake/Fletcher, LLC

**Creditor's mailing address**

140 W. Boundary Point Road
Oroville, WA 98844

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19,833.71    $ 0.00

---

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 80 of 141

| Debtor | Gold Digger Apples, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7**

**Creditor's name**

Bob Bergh

**Creditor's mailing address**

100 South Janis Road
Tonasket, WA 98855

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119,452.46     $ 0.00

---

**2.8**

**Creditor's name**

Chuck Root

**Creditor's mailing address**

34 Woods Road
Omak, WA 98841

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,715.22     $ 0.00

---

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 81 of 141

| Debtor | Gold Digger Apples, Inc. | Case number _(if known)_ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9**

**Creditor's name**

David Ramos

**Creditor's mailing address**

1767 Hwy 7
Oroville, WA 98844

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____
      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 113,013.96    $ 0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.10**

**Creditor's name**

Dennis Carlton

**Creditor's mailing address**

11 Len Louis Road
Okanogan, WA 98840

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____
      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 124,683.21    $ 0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 82 of 141

| Debtor | Gold Digger Apples, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.1** Creditor's name

Diversified Financial Services

**Creditor's mailing address**

PO Box 30238
Omaha, NE 68103-1338

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____
        _____
        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See Attachment 1

X

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73,802.14     $ 120,000.00

---

**2.12** Creditor's name

Elias Sandoval

**Creditor's mailing address**

PO Box 875
Omak, WA 98841

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____
        _____
        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 14,931.82     $ 0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 83 of 141

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13 Creditor's name**

Ellips

**Creditor's mailing address**

PO Box 601
Wenatchee, WA 98807

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Computer hardware updates

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 350,000.00     $ Unknown

---

**2.14 Creditor's name**

Felipe Torres

**Creditor's mailing address**

PO Box 1340
Brewster, WA 98812

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,299.73     $ 0.00

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 84 of 141

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.15 Creditor's name**

Five Star Orchard

**Describe debtor's property that is subject to a lien**

$ 65,803.12    $ 0.00

**Creditor's mailing address**

2021 Hwy 7
Oroville, WA 98844

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16 Creditor's name**

Garry and Shirley Will

**Describe debtor's property that is subject to a lien**

$ 560,157.43    $ 0.00

**Creditor's mailing address**

PO Box 178
Loomis, WA 98827

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 85 of 141

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.17 Creditor's name**

Gary Bergh

**Describe debtor's property that is subject to a lien**

$ 9,307.84        $ 0.00

**Creditor's mailing address**

PO Box 292
Oroville, WA 98844

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.18 Creditor's name**

GP Graders

**Describe debtor's property that is subject to a lien**

GP Cherry Line Grader        $ 253,438.10        $ 1,400,000.00

**Creditor's mailing address**

3721 Airport Way
Wenatchee, WA 98802

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 86 of 141

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | **that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19 Creditor's name**

Jason Vargas

**Creditor's mailing address**

PO Box 545
Oroville, WA 98844

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____ $ 1,299.73    $ 0.00

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.20 Creditor's name**

Jerry Hendrick

**Creditor's mailing address**

62 O'Neil Road
Oroville, WA 98844

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____ $ 7,730.83    $ 0.00

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Debtor | Gold Digger Apples, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.21

**Creditor's name**

Kevin Thompson

**Creditor's mailing address**

1324 Hwy 7 North
Oroville, WA 98844

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
    - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 189.61 | $ 0.00

**Describe the lien**

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

### 2.22

**Creditor's name**

Kubota Credit Corporation

**Creditor's mailing address**

PO Box 894717
Los Angeles, CA 90189

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
    - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

(2) RNTL Kubota Model M7040HDNB-1 4WD Narrow Tractor, Serial Numbers: 83346, 83763

$ 9,075.73 | $ 50,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

16-01783-FPC7   Doc 1   Filed 05/26/16   Entered 05/26/16 09:35:44   Pg 88 of 141

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.23** Creditor's name

LA One, Inc.

**Creditor's mailing address**

PO Box 1067
Oroville, WA 98844

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,494.25     $ 0.00

**2.24** Creditor's name

LA, Inc.

**Creditor's mailing address**

PO Box 1067
Oroville, WA 98844

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,938.72     $ 0.00

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 89 of 141

## Part 1: Additional Page

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.25 Creditor's name

Luna and Vega Orch, LLc

**Creditor's mailing address**

31758 Hwy 97
Tonasket, WA 98855

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 40,899.60    $ 0.00

### 2.26 Creditor's name

Mauricio DePaz

**Creditor's mailing address**

PO Box 1517
Tonasket, WA 98855

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 41,666.49    $ 0.00

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 90 of 141

## Part 1: Additional Page

| | Column A Amount of claim | Column B Value of collateral that supports this claim |
|---|---|---|
| | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.27 Creditor's name**

Miguel DePaz

**Describe debtor's property that is subject to a lien**

Column A: $4,764.31 Column B: $0.00

**Creditor's mailing address**

PO Box 1178
Tonasket, WA 98855

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.28 Creditor's name**

Mosers' Ranch

**Describe debtor's property that is subject to a lien**

Column A: $73,278.70 Column B: $0.00

**Creditor's mailing address**

PO Box 172
Tonasket, WA 98855

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?
- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

16-01783-FPC7 Doc 1 Filed 05/26/16 Entered 05/26/16 09:35:44 Pg 91 of 141

| | Column A | Column B |
|---|---|---|
| **Part 1:**   Additional Page | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.29 Creditor's name**

Okanogan County Treasurer

**Creditor's mailing address**

PO Box 111
Okanogan, WA 98840

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Real Estate Taxes

$89,518.46        $0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.30 Creditor's name**

Parm Dhaliwal

**Creditor's mailing address**

PO Box 526
Oroville, WA 98844

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$11,272.40        $0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

16-01783-FPC7   Doc 1   Filed 05/26/16   Entered 05/26/16 09:35:44   Pg 92 of 141

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.31 Creditor's name

Peterson Orchards, LLC

**Creditor's mailing address**

1278 Hwy 7
Oroville, WA 9844

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 89,884.02      $ 0.00

**Describe the lien**

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

### 2.32 Creditor's name

S&D Orchard

**Creditor's mailing address**

Santos Gutierrez, 1159 Hwy 97
Tonasket, WA 98855

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 31,134.76      $ 0.00

**Describe the lien**

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 93 of 141

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.33 Creditor's name**

Sanbros Farms

**Creditor's mailing address**

Angadjot S. Sandhu, PO Box 1995
Oroville, WA 98844

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____

$ 19,086.77       $ 0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.34 Creditor's name**

Sanbros Farms 1

**Creditor's mailing address**

Balraj S. Sandhu, PO Box 1995
Oroville, WA 98844

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____

$ 25,211.00       $ 0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

16-01783-FPC7     Doc 1     Filed 05/26/16     Entered 05/26/16 09:35:44     Pg 94 of 141

| Debtor | Gold Digger Apples, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.35** Creditor's name

Santos Alvarez

**Creditor's mailing address**

PO Box 1412
Tonasket, WA 98855

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 9,544.51    $ 0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.36** Creditor's name

Sherman Creek Orchard

**Creditor's mailing address**

Rich Robinson, 32 Apple Tree Drive
Kettle Falls, WA 99141

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 14,218.70    $ 0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 18 of 22

16-01783-FPC7   Doc 1   Filed 05/26/16   Entered 05/26/16 09:35:44   Pg 95 of 141

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.37** Creditor's name

Similkameen Ranch

**Describe debtor's property that is subject to a lien**

$ 4,623.06        $ 0.00

**Creditor's mailing address**

Don and Mary Curtis, PO Box 54
Oroville, WA 98844

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.38** Creditor's name

Terry Diset

**Describe debtor's property that is subject to a lien**

$ 5,643.94        $ 0.00

**Creditor's mailing address**

33429A Hwy 97
Oroville, WA 98844

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 96 of 141

**Part 1:    Additional Page**

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | Do not deduct the value of collateral. |  |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.39 Creditor's name**

Toyota Industries Commercial Financial

**Creditor's mailing address**

Dept 2431
Carol Stream, IL 60132-2431

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See Attachment 2
_____
X
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $41,876.28
Column B: $75,000.00

---

**2.40 Creditor's name**

Toyota Industries Commercial Financial

**Creditor's mailing address**

Dept. 2431
Carol Stream, IL 60132-2431

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

(2) 2014 Toyota Forklifts Model 8FGU25, Serial Numbers: 8FGU25-60034, 8FGU25-62728
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $45,084.70
Column B: $50,000.00

---

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 97 of 141

| Debtor | Gold Digger Apples, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>that supports this claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.41** Creditor's name

US Bank

**Creditor's mailing address**

PO Box 790401
St. Louis, MO 63179-0401

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

First on all real estate described on Exhibit "A"

$ 18,603,100.72    $ 0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.42** Creditor's name

Whitestone Mountain Orchard

**Creditor's mailing address**

c/o Christine Lichtenfels, 9 Juniper Drive
Lander, WY 82520

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 192,303.54    $ 0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 98 of 141

## Part 1:  Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.43

**Creditor's name**

Wolter Abbink

**Creditor's mailing address**

140 Pleasant Valley Road
Okanogan, WA 98840

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $ 9,564.07    $ 0.00

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

### 2.44

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $_____    $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

16-01783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 99 of 141

Attachment
Debtor: Gold Digger Apples, Inc.        Case No:


Attachment 1

 (4) 2014 Model 2600 Orchard-Rite Wind Machine w/V10 Ford engine, Serial Numbers: 131265K/KDW07216, 131183K/KDW07228, 131185K/KDW07218, 131186K/KCW07141

Attachment 2

 (3) 2012 Toyota Forklifts Model 8FGU25, Serial Number 8FGU25-44644, 8FGU25-45403, 8FGU25-45473

Check if this is an amended filing

**Fill in this information to identify the case:**

Debtor __Gold Digger Apples, Inc.__

United States Bankruptcy Court for the: __Eastern District of Washington__

Case number
(if known) _____

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Michael C. Ormsby
__See Attachment 1__
__Spokane, Washington 99201__

As of the petition filing date, the claim is: $ __Notice only__     $ __Notice only__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
__Taxes and Other Government__
Debts

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__)

**2.2** Priority creditor's name and mailing address
State of Washington
__Department of Labor & Industries, PO Box 34974__
__Seattle, Washington 98124-1974__

As of the petition filing date, the claim is: $ __54,736.55__     $ __54,736.55__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
__Taxes and Other Government__
Debts

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__)

**2.3** Priority creditor's name and mailing address
State of Washington
__See Attachment 2__
__Seattle, Washington 98124-1949__

As of the petition filing date, the claim is: $ __18,834.65__     $ __18,834.65__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
__Taxes and Other Government__
Debts

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__)

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.4** Priority creditor's name and mailing address

State of Washington
See Attachment 3
Spokane, Washington 99207

$ 0.00     $ 0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim: Taxes and Other Government Debts

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.5** Priority creditor's name and mailing address

United States of America
See Attachment 4
Washington, District of Columbia 20530

$ Notice only     $ Notice only

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim: Taxes and Other Government Debts

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.6** Priority creditor's name and mailing address

United States of America
Internal Revenue Service, PO Box 7346
Philadelphia, Pennsylvania 19114

$ Notice only     $ Notice only

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim: Taxes and Other Government Debts

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.7** Priority creditor's name and mailing address

United States of America
See Attachment 5
Spokane, Washington 99201

$ 34,706.70     $ 34,706.70

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim: Taxes and Other Government Debts

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

| Part 1. | Additional Page |
|---------|------------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8** Priority creditor's name and mailing address

$ 0.00    $ 0.00

_____

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**
_____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.9** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**
_____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.10** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**
_____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.11** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**
_____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
Nonpriority creditor's name and mailing address
Abbink, Wolter

140 Pleasant Valley Road
Okanogan, WA 98840

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Common Stock Holder

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

**3.2**
Nonpriority creditor's name and mailing address
Akins Harvest Foods

PO Box 2450
Oroville, WA 98844

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 87.10

**3.3**
Nonpriority creditor's name and mailing address
Amerigas-Okanogan

PO Box 7155
Pasadena, CA 91109-7155

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,385.77

**3.4**
Nonpriority creditor's name and mailing address
Anova Works, PLLC

413 North Mission Street
Wenatchee, WA 98801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 180.00

**3.5**
Nonpriority creditor's name and mailing address
Apple House, Inc.

PO Box 247
Brewster, WA 98812

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 115.60

**3.6**
Nonpriority creditor's name and mailing address
Armada

PO Box 71
Okanogan, WA 98840

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

| Debtor | Gold Digger Apples, Inc. | Case number (if known) |
| --- | --- | --- |
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7**

Nonpriority creditor's name and mailing address

Azzano Farms, LLC

128 Miller Road
Omak, WA 98841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Common Stock Holder

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.8**

Nonpriority creditor's name and mailing address

Azzano, Mike and Megan

130 Ross Canyon Road
Omak, WA 98841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.9**

Nonpriority creditor's name and mailing address

B.J. Orchard

24B West Lake Road
Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.10**

Nonpriority creditor's name and mailing address

Ben Peterson

246 Eastlake Road
Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 150.00

---

**3.11**

Nonpriority creditor's name and mailing address

Bergh, Bob

100 South Janis Road
Tonasket, WA 98855

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

16-02575-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 105 of 141

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address

Bergh, Gary D.

PO Box 292

Oroville, WA 98844

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Common Stock Holder

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.13** Nonpriority creditor's name and mailing address

Big River Freight

PO Box 3445

Wenatchee, WA 98807

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 672.00

---

**3.14** Nonpriority creditor's name and mailing address

Blackler, Perry (GDO Lease)

PO Box 299

Oroville, WA 98844

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.15** Nonpriority creditor's name and mailing address

Blue Lake Orchard - Fletcher

140 W. Boundary Point Road

Oroville, WA 98844

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.16** Nonpriority creditor's name and mailing address

Blue Lake Orchard - Jack Nelson

140 W. Boundary Point Road

Oroville, WA 98844

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.17** | **Nonpriority creditor's name and mailing address**

Callaway and Detro

700-A Okoma Drive

Omak, WA 98841

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.18** | **Nonpriority creditor's name and mailing address**

Carlton, Dennis

11 Len Louis Road

Okanogan, WA 98840

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Common Stock Holder

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.19** | **Nonpriority creditor's name and mailing address**

CED

PO Box 1766

Wenatchee, WA 98807

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 528.94

---

**3.20** | **Nonpriority creditor's name and mailing address**

Century Link

PO Box 91155

Seattle, WA 98111

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Phone Service

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100.00 +

---

**3.21** | **Nonpriority creditor's name and mailing address**

Century Link Business Services

PO Box 52187

Phoenix, AZ 85072

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Long Distance

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100.00 +

---

| Debtor | Gold Digger Apples, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

CH20 Incorporated

8820 Old Hwy 99 S.E.
Olympia, WA 98501

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Water Treatment

Is the claim subject to offset?
☒ No
☐ Yes

$ 100.00 +

---

**3.23** Nonpriority creditor's name and mailing address

CH20 Incorporated

8820 Old Hwy 99 SE
Olympia, WA 98501

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,768.98

---

**3.24** Nonpriority creditor's name and mailing address

Chelan Fresh Marketing

PO Box 878
Chelan, WA 98816

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.25** Nonpriority creditor's name and mailing address

Chelan Fruit Cooperative

PO Box 669
Chelan, WA 98816

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 17,201.70

---

**3.26** Nonpriority creditor's name and mailing address

Chep USA

15226 Collections CTR DR
Chicago, IL 60693

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

| Debtor | Gold Digger Apples, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Chuck Root

34 Woods Road
Omak, WA 98841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 150.00

**3.28** Nonpriority creditor's name and mailing address

Cintas Corporation #607

PO Box 650838
Dallas, TX 75265-0838

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 210.74

**3.29** Nonpriority creditor's name and mailing address

City of Oroville

PO Box 2200
Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Water/Sewer

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 100.00 +

**3.30** Nonpriority creditor's name and mailing address

City of Oroville

PO Box 2200
Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

**3.31** Nonpriority creditor's name and mailing address

CO-Energy

PO Box 1451
Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,816.42

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Compu Tech

PO Box 503
Wenatchee, WA 98807

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Accounting Program

Is the claim subject to offset?
☒ No
☐ Yes

$ 100.00 +

**3.33** Nonpriority creditor's name and mailing address

Confluence Health

PO Box 361
Wenatchee, WA 98807-0361

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 170.96

**3.34** Nonpriority creditor's name and mailing address

Cordell, Neher & Company

PO Box 3068
Wenatchee, WA 98807

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

**3.35** Nonpriority creditor's name and mailing address

Cove Orchard, Inc.

PO Box 565
Tonasket, WA 98855

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

**3.36** Nonpriority creditor's name and mailing address

DataPro Solutions, Inc.

6336 E. Utah Avenue
Spokane Valley, WA 99212

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 164.31

| Debtor | Gold Digger Apples, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

Dennis Carlton

11 Len Louis Road
Okanogan, WA 98840

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 100.00

---

**3.38** Nonpriority creditor's name and mailing address

Department of Agriculture

Attn: Accounts Receivable PO Box 42591
Olympia, WA 98504-2591

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,366.78

---

**3.39** Nonpriority creditor's name and mailing address

Department of Licensing

Okanogan County Auditor PO Box 1010
Okanogan, WA 98840

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 56.00

---

**3.40** Nonpriority creditor's name and mailing address

Diset, Terry

33429A Hwy 97
Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.41** Nonpriority creditor's name and mailing address

Duane Ward

32630 A. Hwy 97
Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 150.00

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

Ferrellgas

PO Box 173940
Denver, CO 80217-3940

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

Five Star Orchard

2021 Hwy 7
Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

Flatiron Capital

PO Box 712195
Denver, CO 80217

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 23,192.65

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

Fresh Pear Committee

4382 SE International Way #A
Milwaukie, OR 97222

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 6,176.44

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

Frontier Foods

PO Box 2088
Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 92.22

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Gold Digger Apples, Inc. | Case number (if known) _____ |
|--------|--------------------------|------------------------|
|        | Name                     |                        |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47** Nonpriority creditor's name and mailing address

Fruit Packers Supply, Inc.

1102 North 16th Avenue
Yakima, WA 98902

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 21,914.77

---

**3.48** Nonpriority creditor's name and mailing address

Garry Will

PO Box 178
Loomis, WA 98827

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 150.00

---

**3.49** Nonpriority creditor's name and mailing address

Gary Azzano

128 Miller Road
Omak, WA 98841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 150.00

---

**3.50** Nonpriority creditor's name and mailing address

Gebbers Farms

PO Box 735
Brewster, WA 98812

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,482.47

---

**3.51** Nonpriority creditor's name and mailing address

Grainger

Dept. 810573501 PO Box 419267
Kansas City, MO 64141

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 71.78

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.52** Nonpriority creditor's name and mailing address

Graphic Label, Inc.

PO Box 508
Yakima, WA 98907

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 3,055.77

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

GS1 US Inc.

Dept. 781271 PO Box 78000
Detroit, MI 48278

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 500.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

Gutierrez Orchard/Santo Gutierrez

1159 Hwy 7
Tonasket, WA 98855

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address

Hampaul, Paul (GDO Hampaul)

2012 - 20th Street NW
Calgary AB, Canada T2M 3V9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address

Hendrick, Jerry

62 O'Neil Road
Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Gold Digger Apples, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** Nonpriority creditor's name and mailing address

IFCO Systems US, LLC

PO Box 846041
Dallas, TX 75284-6041

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,240.79

---

**3.58** Nonpriority creditor's name and mailing address

Inland Empire Industrial Supply

12741 Magnolia Ave., Ste 100
Riverside, CA 92503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.59** Nonpriority creditor's name and mailing address

Jack Nelson

140 W. Boundary Point Road
Oroville, WA 98844

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 150.00

---

**3.60** Nonpriority creditor's name and mailing address

Jennifer Cisneros

50 Gavin Road
Oroville, WA 98844

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 50.00

---

**3.61** Nonpriority creditor's name and mailing address

LA One, Inc.

Steve Tibbs PO Box 1067
Oroville, WA 98844

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

16-20783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 115 of 141

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.62** Nonpriority creditor's name and mailing address

LA, Inc.

Steve Tibbs PO Box 1067

Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Common Stock Holder

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

Les Schwab

Oroville Tire Center PO Box 910

Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 120.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Long Business Forms & Graphics

PO Box 1299

Wenatchee, WA 98807

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 228.71

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

MAF Industries, Inc.

PO Box 218

Traver, CA 93673

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 5,578.22

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

Mike Azzano

130 Ross Canyon Road

Omak, WA 98841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 150.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.67** Nonpriority creditor's name and mailing address

Moser Orchards, LLC

Gerard Moser 369 Blue Lake Road
Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 0.00

Basis for the claim: Common Stock Holder

Date or dates debt was incurred  _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.68** Nonpriority creditor's name and mailing address

Mosers' Ranch

PO Box 172
Tonasket, WA 98855

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: Common Stock Holder

Date or dates debt was incurred  _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.69** Nonpriority creditor's name and mailing address

MRA Orchard

Dan and Mary Lou Peterson PO Box 1685
Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: Common Stock Holder

Date or dates debt was incurred  _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.70** Nonpriority creditor's name and mailing address

Napa Oroville Auto Supply, Inc.

PO Box 2210
Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 697.48

Basis for the claim: _____

Date or dates debt was incurred  _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.71** Nonpriority creditor's name and mailing address

Nelson, Jack

140 W. Boundary Point Road
Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: Common Stock Holder

Date or dates debt was incurred  _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| Debtor | Gold Digger Apples, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.72**   Nonpriority creditor's name and mailing address

Noble Wines Ltd

9860 40th Avenue S

Seattle, WA 98118

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 11.80

---

**3.73**   Nonpriority creditor's name and mailing address

Norco, Inc.

PO Box 15299

Boise, ID 83715

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 0.00

---

**3.74**   Nonpriority creditor's name and mailing address

North Cascade Propane Service

PO Box 157

Twisp, WA 98856

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 531.41

---

**3.75**   Nonpriority creditor's name and mailing address

North Cascades Broadcasting

PO Box 151

Omak, WA 98841

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 352.80

---

**3.76**   Nonpriority creditor's name and mailing address

Northwest Bearing-BDI

PO Box 17947

Denver, CO 80217-0947

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 1,809.10

| Debtor | Gold Digger Apples, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.77** Nonpriority creditor's name and mailing address

Northwest Wholesale

PO Box 1649

Wenatchee, WA 98807

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 105,939.82

---

**3.78** Nonpriority creditor's name and mailing address

Nulton Irrigation

PO Box 38

Oroville, WA 98844

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 4,412.68

---

**3.79** Nonpriority creditor's name and mailing address

Office Depot

PO Box 70049

Los Angeles, CA 70074-0049

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 1,073.80

---

**3.80** Nonpriority creditor's name and mailing address

Okanogan County Public Health

PO Box 231

Okanogan , WA 98840

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 105.00

---

**3.81** Nonpriority creditor's name and mailing address

Okanogan County Public Works

1234-A S 2nd

Okanogan, WA 98840

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Garbage Service

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 100.00+

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.82** **Nonpriority creditor's name and mailing address**

Okanogan County PUD #1

PO Box 1969

Oroville, WA 98844

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Power

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100.00

---

**3.83** **Nonpriority creditor's name and mailing address**

Okanogan County PUD #1

PO Box 1969

Oroville, WA 98844

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48,644.59

---

**3.84** **Nonpriority creditor's name and mailing address**

Okanogan Valley Concrete, Inc.

PO Box 1296

Okanogan, WA 98840

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.85** **Nonpriority creditor's name and mailing address**

Oroville Building Supply

PO Box 447

Tonasket, WA 98855

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 313.88

---

**3.86** **Nonpriority creditor's name and mailing address**

Oroville Farm, LLC

33436 Hwy 97

Oroville, WA 98844

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,000.00

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87** | Nonpriority creditor's name and mailing address

Oroville Tonasket Irrigation

PO Box 1729
Oroville, WA 98844

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 46,256.57

---

**3.88** | Nonpriority creditor's name and mailing address

Oroville Trading Post

PO Box 571
Oroville, WA 98844

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.89** | Nonpriority creditor's name and mailing address

Oxarc, Inc.

PO Box 2605
Spokane, WA 99220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 119.83

---

**3.90** | Nonpriority creditor's name and mailing address

Pacific CA Systems

1420 Industrial Way
Union Gap, WA 98903

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 821.56

---

**3.91** | Nonpriority creditor's name and mailing address

Peterson Orchards, LLC

Bob Peterson 1278 Hwy 7
Oroville, WA 98844

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Common Stock Holder

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** Nonpriority creditor's name and mailing address

Princes Department Store

PO Box 1463
Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 104.20

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.93** Nonpriority creditor's name and mailing address

Ranes, Wayne

27 Glover Lane
Okanogan, WA 98840

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.94** Nonpriority creditor's name and mailing address

Robert Bergh

100 South Janis Road
Tonasket, WA 98855

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 150.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.95** Nonpriority creditor's name and mailing address

Robinson, Leland (Bob Bergh Running)

31663 Hwy 97 M
Tonasket, WA 98855

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.96** Nonpriority creditor's name and mailing address

Root, Chuck

34 Woods Road
Omak, WA 98841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Gold Digger Apples, Inc. | Case number (if known) |
| --- | --- | --- |
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.97** Nonpriority creditor's name and mailing address

S&D Orchard

Santos Gutierrez 1159 Hwy 7
Tonasket, WA 98855

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Common Stock Holder

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.98** Nonpriority creditor's name and mailing address

Safety Kleen

PO Box 650509
Dallas, TX 75265

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 163.84

---

**3.99** Nonpriority creditor's name and mailing address

Sanbros Farms

Angadjot S. Sandhu PO Box 1995
Oroville, WA 98844

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.100** Nonpriority creditor's name and mailing address

Sanbros Farms 1

Balraj S. Sandhu PO Box 1995
Oroville, WA 98844

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.101** Nonpriority creditor's name and mailing address

Sherman Creek Orchard

c/o Rich Robinson 32 Apple Tree Drive
Kettle Falls, WA 99141

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.102** Nonpriority creditor's name and mailing address

Similkameen Ranch

Don and Mary Curtis PO Box 54
Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Common Stock Holder

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.103** Nonpriority creditor's name and mailing address

Sinclair Systems International

MS 39 PO Box 4000
Portland, OR 97208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,934.87

---

**3.104** Nonpriority creditor's name and mailing address

Skagen Consulting, LLC

423 19th Street NE
East Wenatchee, WA 98802

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.105** Nonpriority creditor's name and mailing address

Smith & Nelson, Inc.

PO Box 565
Tonasket, WA 98855

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.106** Nonpriority creditor's name and mailing address

Sprague Pest Management

PO Box 2222
Tacoma, WA 98401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 367.54

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.107** Nonpriority creditor's name and mailing address

Sylvester, John

102 F. East Oroville Road
Oroville, WA 98844

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Common Stock Holder

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.108** Nonpriority creditor's name and mailing address

The Mountain Group, LLC

PO Box 453
Camp Sherman, OR 97730

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,955.44

---

**3.109** Nonpriority creditor's name and mailing address

Tibbs Protable Toilet Rentals

107 Sawtell Road
Oroville, WA 98844

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.110** Nonpriority creditor's name and mailing address

Timber Products Manufacturers

951 East Third Avenue
Spokane, Washington 99202-2287

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.111** Nonpriority creditor's name and mailing address

Tim's Country Saw Shop

PO Box 749
Tonasket, WA 98855

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37.60

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.112** Nonpriority creditor's name and mailing address

TPM Administrator

PO Box 5433

Spokane, WA 99205

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.113** Nonpriority creditor's name and mailing address

Triple M Farms, LLC

369 Blue Lake Road

Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 28,080.00

---

**3.114** Nonpriority creditor's name and mailing address

Upper Valley Disposal

32707 Highway 97

Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Garbage Service

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 100.00 +

---

**3.115** Nonpriority creditor's name and mailing address

US Bank Business Card

PO Box 508

Tonasket, WA 98855

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.116** Nonpriority creditor's name and mailing address

Valley Tractor & Equipment, Inc.

PO Box 75

Wenatchee, WA 98807

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 73.30

| Debtor | Gold Digger Apples, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| | Amount of claim |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.117** Nonpriority creditor's name and mailing address

Van Doren Sales, Inc.

PO Box 1746

Wenatchee, WA 98801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 268.39

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.118** Nonpriority creditor's name and mailing address

Vargas, Jason

PO Box 545

Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.119** Nonpriority creditor's name and mailing address

Verizon Wireless

PO Box 660108

Dallas, TX 75266

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Phone Service

$ 100.00+

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.120** Nonpriority creditor's name and mailing address

Ward, Duane

32630 A Hwy 97

Oroville, WA 98844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.121** Nonpriority creditor's name and mailing address

Washington Apple Commission

2900 Euclid Avenue

Wenatchee, WA 98801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 3,968.25

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Gold Digger Apples, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.122** Nonpriority creditor's name and mailing address

Washington Farm Bureau

975 Carpenter Road NE, Ste 301

Lacey, WA 98516

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 75.00

---

**3.123** Nonpriority creditor's name and mailing address

Washington State Fruit Comm

105 S 18th St #205 Attn: Assessments

Yakima, WA 98901

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 180.02

---

**3.124** Nonpriority creditor's name and mailing address

Weinstein Beverage Company

410 Peter Street E

Wenatchee, WA 98801

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 590.09

---

**3.125** Nonpriority creditor's name and mailing address

Western Gloves, Inc.

PO Box 3752

Spokane, WA 99217

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 407.43

---

**3.126** Nonpriority creditor's name and mailing address

Western Peterbilt, Inc.

PO Box 24065

Seattle, WA 98124

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 81.49

| Debtor | Gold Digger Apples, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127** Nonpriority creditor's name and mailing address

Whiteaker, Clyde

PO Box 853

Oroville, WA 98844

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Common Stock Holder

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.128** Nonpriority creditor's name and mailing address

Whitestone Mountain Orchard

c/o Christine Lichtenfels 9 Juniper Drive

Lander, WY 82520

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.129** Nonpriority creditor's name and mailing address

Wilbur-Ellis Company

PO Box 675023

Dallas, TX 75267-5023

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 38.38

---

**3.130** Nonpriority creditor's name and mailing address

Will, Gary

PO Box 178

Loomis, WA 98827

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.131** Nonpriority creditor's name and mailing address

Wilson, Frank George (Santos Gutierrez)

84 O'Neil Road

Oroville, WA 98844

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Common Stock Holder

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

16-20783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 129 of 141

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $108,277.90 |
| 5b. **Total claims from Part 2** | 5b. **+** | $393,045.28 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $501,323.18 |

16-20783-FPC7    Doc 1    Filed 05/26/16    Entered 05/26/16 09:35:44    Pg 131 of 141

Attachment
Debtor: Gold Digger Apples, Inc.          Case No:

**Attachment 1**

     **US Attorney ED Washington, 920 W. Riverside Avenue**

**Attachment 2**

     **Employment Security Department, UI Tax & Wage Administration
PO Box 34949**

**Attachment 3**

     **Department of Revenue, 1330 N. Washington St. Ste 5600**

**Attachment 4**

     **Loretta Lynch, US Attorney General, 950 Pennsylvania Avenue, NW**

**Attachment 5**

     **Internal Revenue Service, 920 W. Riverside Avenue 791-S**

Fill in this information to identify the case:

Debtor name __Gold Digger Apples, Inc.__

United States Bankruptcy Court for the: __Eastern District of Washington__

Case number (If known): _____  Chapter __7__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Debtor is a tenant of the real property<br>See Attachment 1 | Angell Ranch, LLC<br>Michele Andrew and Sherrill Lee Angell<br>122 Loomis-Oroville Road |
| | State the term remaining | 21 months | Tonasket          WA          98855 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Debtor is a tenant of the real property<br>See Attachment 2 | Dana Behar, et. ux.<br>907 11th Avenue East |
| | State the term remaining | 31 months | Seattle          WA          98102 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Debtor is a tenant of the real property<br>See Attachment 3 | Blue Lake, LLC<br>Attn: Jack Nelson and Phillip Jolly<br>140 W. Boundary Point Road |
| | State the term remaining | 19 months | Oroville          WA          98844 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Debtor is a tenant of the real property<br>See Attachment 4 | F Bar D Devon, Ltd.<br>Rocky DeVon, Managing Member<br>See Attachment 4 |
| | State the term remaining | 153 months | Oroville          WA          98844 |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Debtor is a tenant of the real property<br>See Attachment 5 | Robert and Vanessa McDaniel, et. ux.<br>PO Box 87 |
| | State the term remaining | 68 months | Tonasket          WA          98855 |
| | List the contract number of any government contract | | |

18-02063-FPC7      Doc 56      Filed 06/06/18      Entered 06/06/18 09:35:44      Pg 133 of 141

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Debtor is a tenant of the real property<br>See Attachment 6 | Bona Fortuna Enterprises, Inc. |
|---|---|---|---|
| | | | c/o Paul Hampaul |
| | State the term remaining | 20 months | 2012-20th Street N.W. |
| | List the contract number of any government contract | | Calgary                    AB Canada      T2M3V9 |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Debtor is a tenant of the real property<br>See Attachment 7 | Robert S. and Karen G. Monroe, et. ux. |
|---|---|---|---|
| | | | dba Monroe Orchards |
| | State the term remaining | 44 months | PO Box 1332 |
| | List the contract number of any government contract | | Oroville                    WA             98844 |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Debtor is a tenant of the real property<br>See Attachment 8 | Oroville Farm, LLC |
|---|---|---|---|
| | | | 33436 Highway 97 |
| | State the term remaining | 21 months | OSC 8082 |
| | List the contract number of any government contract | | Oroville                    WA             98844 |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Debtor is a tenant of the real property<br>See Attachment 9 | Gordon Roberts |
|---|---|---|---|
| | | | PO Box 233 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Oroville                    WA             98844 |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Debtor is a tenant of the real property<br>See Attachment 10 | Gordon Roberts |
|---|---|---|---|
| | | | PO Box 233 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Oroville                    WA             98844 |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Debtor is a tenant of the real property<br>See Attachment 11 | Ellis Barnes |
|---|---|---|---|
| | | | 103 Loomis Hwy |
| | State the term remaining | | |
| | List the contract number of any government contract | | Tonasket                    WA             98855 |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Debtor is a tenant of the real property<br>See Attachment 12 | Blackler Orchard |
|---|---|---|---|
| | | | PO Box 299 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Oroville                    WA             98844 |

16-03783-FPC7      Doc 6-3      Filed 06/02/16      Entered 06/02/16 09:35:44      Pg 134 of 141

Attachment 1

 lease covering an orchard dated February 19, 2016 with Angell Ranch, LLC. The term is for January 1, 2016 to December 31, 2018.

Attachment 2

 lease covering an orchard dated March 20, 2015 with Dana Behar, et. ux.. The term is for March 20, 2015 to November 15, 2019.

Attachment 3

 lease covering an orchard dated March 17, 2012 with Blue Lake, LLC. The term is for March 15, 2012 to November 30, 2017.

Attachment 4

 lease covering an orchard dated March 28, 2014 F Bar Devon, Ltd. The term is for March 1, 2014 to December 31, 2028.

Attachment 4

 Dale DeVon, Managing Member
 3499 Loomis-Oroville Road

Attachment 5

 lease covering an orchard dated March 1, 2012 with Robert McDaniel, et. ux. The term is for March 1, 2012 to November 30, 2021.

Attachment 6

 lease covering an orchard dated April 25, 2015 with Bona Fortuna Enterprises. The term is for April 25, 2015 to November 15, 2017.

Attachment 7

 lease covering an orchard dated January 29, 2016 with Robert Monroe, et. ux. The term is for January 29, 2016 to November 30, 2020.

Attachment 8

 lease covering an orchard dated September 18, 2014 with Oroville Farm, LLC. The term is for January 1, 2015 to December 31, 2017.

Attachment 9

 lease covering an orchard dated March 19, 2012 with Gordon Roberts. The term is for March 19, 2012 to November 15, 2015

Attachment 2/2
Debtor: Gold Digger Apples, Inc.      Case No:


Attachment 10

lease covering an orchard dated April 26, 2012 with Gordon Roberts. The term is for April 26, 2012 to November 15, 2015.

Attachment 11

lease covering an orchard dated November 6, 2010 with Ellis Barnes. The term is for November 6, 2010 through December 31, 2012.

Attachment 12

lease covering an orchard dated September 27, 2011 with Blackler Orchards. The term is year to year.

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

DAN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

# UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | No.: 16- |
|---|---|
| **GOLD DIGGER APPLES, INC.,** | Chapter 11 |
| Debtor. | **SCHEDULES I and J** |

Attached hereto and marked as Exhibit "A" is a true and correct copy of Debtor's Profit and Loss statement for December, 2015. This approximates each months income and expenses.

DATED this 23 day of May, 2016.

GOLD DIGGER APPLES, INC.

By: _____

GREG MOSER, President

Schedules I & J-1

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

# Gold Digger Apples, Inc.

## INCOME STATEMENT
### Current Month
#### December 31, 2015

| | Actual |
|---|---|
| **REVENUE** | |
| Packing & Warehousing | $ 888,446 |
| Grower Cap-X Assessments | - |
| Hauling | 14,744 |
| **TOTAL REVENUE** | $ 903,190 |
| | |
| **OPERATING EXPENSES** | |
| Labor | $ 245,988 |
| Payroll Taxes | 33,842 |
| Packing Materials | 198,681 |
| Wash and Wax | 5,283 |
| Warehouse Expenses | 36,700 |
| Fuel and Oil | 12,756 |
| Repairs & Maintenance | 9,901 |
| Utilities | 63,271 |
| Insurance | 19,721 |
| Property & Other Taxes | 12,781 |
| Rental Expenses | - |
| Other Expenses/Supplies | 4,800 |
| Depreciation | 68,156 |
| | |
| **Total Operating Expenses** | $ 711,880 |
| | |
| **Warehouse Operating Margin** | $ 191,310 |
| | |
| **ORCHARD OPERATIONS** | |
| Orchard Revenue | 2,889 |
| Orchard Expenses | (7,713) |
| **Net Orchard Operations** | $ (4,824) |
| | |
| **GENERAL EXPENSES** | |
| Administrative | 165,213 |
| Interest and Loan Fees | 47,578 |
| **Total General Expenses** | $ 212,791 |
| | |
| **OPERATING MARGIN** | $ (26,305) |
| | |
| **OTHER INCOME (EXPENSE)** | |
| Winery Revenue | 9,968 |
| Winery Expenses | (14,708) |
| Retail Store Operations | (5,801) |
| Other | 4,279 |
| **Total Other Income (Expense)** | $ (6,262) |
| | |
| **INCOME (LOSS) BEFORE INCOME TAX** | $ (32,567) |
| PROVISION FOR INCOME TAX (REFUND) | |
| | |
| **NET MARGIN (LOSS)** | $ (32,567) |

EXHIBIT 'A'

**Fill in this information to identify the case:**

Debtor name _____ **Gold Digger Apples, Inc.** _____

United States Bankruptcy Court for the: _____ **Eastern District of Washington** _____

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $ **2,145,000.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................... $ **2,145,000.00**

---

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D*............................ $ **22,757,094.15**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................ $ **108,277.90**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................... + $ **393,045.28**

4. **Total liabilities**..........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                        $ **23,258,417.33**

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐  *Schedule H: Codebtors (Official Form 206H)*

☐  *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206-Summary)*

☐  *Amended Schedule _____*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **5/23/16**
              MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

**Greg Moser**
Printed name

**President**
Position or relationship to debtor

Official Form B202              Declaration Under Penalty of Perjury for Non-Individual Debtors