| | |
|---|---|
| Teresa H. Pearson, WSB No. 25889<br>MILLER NASH GRAHAM & DUNN LLP<br>111 S.W. Fifth Avenue, Suite 3400<br>Portland, Oregon 97204<br>Telephone: (503) 224-5858<br>Facsimile: (503) 224-0155<br><br>Attorneys for U.S. Bank National Association | Honorable Frederick P. Corbit<br>Chapter 7 |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>GOLD DIGGER APPLES, INC.,<br>91-0348985<br><br>      Debtor. | Case No. 16-01783-FPC7<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

      PLEASE TAKE NOTICE that U.S. Bank National Association ("U.S. Bank"), a creditor and party-in-interest in the above-referenced case, by and through its undersigned attorneys, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b). Such attorneys hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address, facsimile and telephone numbers, and e-mail address:

NOTICE OF APPEARANCE AND REQUEST FOR
SPECIAL NOTICE - 1

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: (503) 224-5858 | F: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

70103354.1
16-01783-FPC7   Doc 11   Filed 06/01/16   Entered 06/01/16 11:35:35   Pg 1 of 4

Teresa H. Pearson
Miller Nash Graham & Dunn LLP
1515 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97204
Telephone: 503-205-2646
Facsimile: 503-224-0155
Email: teresa.pearson@millernash.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, or otherwise filed or made with regard to the referenced cases and proceedings therein.

Neither this request for special notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive U.S. Bank's (i) right to have final orders entered only after *de novo* review by a higher court, (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which U.S Bank may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are reserved.

NOTICE OF APPEARANCE AND REQUEST FOR
SPECIAL NOTICE - 2

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: (503) 224-5858 | F: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

70103354.1

16-01783-FPC7    Doc 11    Filed 06/01/16    Entered 06/01/16 11:35:35    Pg 2 of 4

DATED this 1st day of June, 2016.

MILLER NASH GRAHAM & DUNN LLP

*/s/ Teresa H. Pearson*
Teresa H. Pearson, P.C., WSB No. 25889
teresa.pearson@millernash.com
(503) 224-5858

Attorneys for Secured Creditor
U.S. Bank National Association

NOTICE OF APPEARANCE AND REQUEST FOR
SPECIAL NOTICE - 3

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: (503) 224-5858 | F: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

70103354.1
16-01783-FPC7    Doc 11    Filed 06/01/16    Entered 06/01/16 11:35:35    Pg 3 of 4

| | |
|---|---|
| 1 | I hereby certify that I served the foregoing NOTICE OF |
| 2 | APPEARANCE AND REQUEST FOR SPECIAL NOTICE on: |
| 3 | |
| | Jeffrey B Earl   jearl98837@yahoo.com, WA09@ecfcbis.com |
| 4 | |
| | Dan ORourke   dorourke@southwellorourke.com, tina@southwellorourke.com |
| 5 | |
| 6 | US Trustee   USTP.REGION18.SP.ECF@usdoj.gov |
| 7 | by transmitting full, true, and correct copies thereof to the attorney through the |
| 8 | court's **Cm/ECF system** on the date set forth below. |
| 9 | DATED this 1st day of June, 2016. |

*/s/ Teresa H. Pearson*
Teresa H. Pearson, P.C.
Washington State Bar No. 25889
  Of Attorneys for Creditor
  U.S. Bank National Association

Page 1 -   Certificate of Service

70103354.1

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: (503) 224-5858 | F: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

16-01783-FPC7    Doc 11    Filed 06/01/16    Entered 06/01/16 11:35:35    Pg 4 of 4